Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Abuelo's International, L.P.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Abuelo's Mexican Restaurant** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **7 5 – 2 2 7 1 1 0 8** |

**4. Debtor's address**

**Principal place of business**

**4413 82nd St**
Number        Street

**Lubbock, TX 79424-3366**
City                    State      ZIP Code

**Lubbock**
County

**Mailing address, if different from principal place of business**

Number        Street

City                    State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                    State      ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor   **Abuelo's International, L.P.**_____     Case number *(if known)*_____
Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. §101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. §501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**7   2   2   5**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

☑ Chapter 11. *Check all that apply:*

 ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

 ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

 ❑ A plan is being filed with this petition.

 ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❑ Yes.  District _____  When _____ Case number _____
MM / DD / YYYY

District _____  When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

☑ Yes.  Debtor **Food Concepts International, L.P.**_____  Relationship **Affiliate**_____

District **Northern District of Texas**_____  When **9/2/2025**_____
MM / DD / YYYY

Case number, if known _____

Official Form 201               **Voluntary Petition for Non-Individuals Filing for Bankruptcy**               page **2**

Debtor   **Abuelo's International, L.P.**　　　　　　　　　　　Case number *(if known)* _____

　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>　　**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>　　☐　It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>　　　What is the hazard? _____<br><br>　　☐　It needs to be physically secured or protected from the weather.<br><br>　　☐　It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>　　☐　Other _____<br><br>　　**Where is the property?** _____<br>　　　　　　　Number　　　Street<br>　　　　_____<br>　　　　City　　　　　　　　　State　ZIP Code<br><br>　　**Is the property insured?**<br>　　☐ No<br>　　☐ Yes.　Insurance agency _____<br>　　　　　　Contact name _____<br>　　　　　　Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49　☐ 50-99　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☑ 200-999　☐ 10,001-25,000　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　☑ $10,000,001-$50 million　☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor   __Abuelo's International, L.P.__                                    Case number *(if known)* _____
            Name

| 16. Estimated liabilities | ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ☑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __09/02/2025__
               MM/ DD/ YYYY

**X**  __/s/ Robert L. Lin__                                        __Robert L. Lin__
   Signature of authorized representative of debtor              Printed name

Title   __ABI GP, LLC, by President__

**18. Signature of attorney**

**X** _____/s/ Joseph F. Postnikoff_____   Date __09/02/2025__
   Signature of attorney for debtor                          MM/ DD/ YYYY

__Joseph F. Postnikoff__
Printed name

__Rochelle McCullough, LLP__
Firm name

__300 Throckmorton Street, Suite 520__
Number        Street

__Fort Worth__                                  __TX__     __76102-2929__
City                                           State    ZIP Code

__(817) 347-5260__                             __jpostnikoff@romclaw.com__
Contact phone                                  Email address

__16168320__                                   __TX__
Bar number                                     State

Debtor   **Abuelo's International, L.P.**
     Name

Case number *(if known)* _____

---

### ▮ Additional Page

**10. Continued**

Debtor **Food Concepts International Holdings, Inc.**   Relationship **Affiliate**

District **Northern District of Texas**   When   **9/2/2025**
          MM / DD / YYYY

Case number, if known _____

---

## RESOLUTION

I, Robert Lin, the Secretary of Abuelo's International, L.P. (the "Company"), do hereby certify that at a meeting of the Managers of ABI GP, LLC, the general partner of the Company, duly called and held on the 20th day of March 2025, the following resolutions were adopted and recorded in the minute book of ABI GP, LLC after full discussion by the Managers on the matters to which the resolution applies, and they have not been modified or rescinded, and are still in full force and effect. Notice of the meeting was sufficient in all respects.

> "RESOLVED, that [ABI GP, LLC, the general partner of the Company], has determined that it is advisable and in the best interests of the [Company] . . . to enter into the Plan Documents and consummate the transactions contemplated thereby, including the Plan[1] and the Plan Documents[2];

> "FURTHER RESOLVED, that [ABI GP, LLC, the general partner of the Company], hereby approves the Plan and the transactions contemplated thereby, including the Plan Documents;

> "FURTHER RESOLVED, that the [Authorized Officers] be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company . . . to negotiate, execute, deliver, and file with the Bankruptcy Court all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations order and other documents . . . in such form and with such changes, additions, and modifications thereto as any such Authorized Officer may deem necessary, appropriate, or advisable, the execution, deliver, and filing thereof to be conclusive evidence of the approval of [ABI GP, LLC, the general partner of the Company], acting in its Applicable Capacities.

I do hereby further certify that at a meeting of the Board of Directors of Food Concepts International Holdings, Inc. ("FCIH") duly called and held on the 5th day of August 2025, the following resolutions were adopted and recorded in the minute book of FCIH after full discussion by the Directors on the matters to which the resolution applies, and they have not been modified

---

[1] Plan is defined as "[t]o file petitions with the United States Bankruptcy Court . . . seeking relief under the provisions of chapter 11 of title 11 of the United States Code . . . and to pursue confirmation of a chapter 11 plan of reorganization . . ."

[2] Plan Documents is defined as "Restructuring Support Agreement, Loan Agreement, or other action consistent with the Plan or any reasonable Strategic Alternative.

or rescinded, and are still in full force and effect. Notice of the meeting was sufficient in all

respects.

"RESOLVED, that the [FCIH] retain Rochelle McCullough as bankruptcy council and that they be instructed to target a Chapter 11 filing the week of August 18, all in accordance with the powers and authority granted to the Authorized Officers of the [FCIH], the Operating Companies and the Subsidiaries as defined and as set forth in the Resolutions of March 20, 2025.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation on this the 1st day of September 2025.

By: _____

Robert Lin
Secretary

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
211 North Pennsylvania Street, Suite 1330
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.580.2530
Facsimile: 888.467.5979
http://www.romclaw.com

PROPOSED COUNSEL FOR DEBTOR IN POSSESSSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | § Case No. _____ |
| | § |
| ABUELO'S INTERNATIONAL, L.P., | § |
| | § In Proceedings Under Chapter 11 |
| Debtor. | § |

**CORPORATE OWNERSHIP STATEMENT [Rules 1007(a)(1) and 7007.1]**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, there are no entities to report.

Fill in this information to identify the case:

Debtor name **Abuelo's International, L.P.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First Bank & Trust c/o Kyle S. Hirsch Cave Leighton Paisner LLP 2200 Ross Avenue Suite 4200S Dallas, TX 75201-7965 | kyle.hirsch@bclplaw.com | General Security Agreement | | | | $8,000,000.00 |
| 2 | Ben E. Keith Company Attn: Brenda Bittle PO Box 9019001 Fort Worth, TX 76101 | (817) 759-6865 spclark@benekeith.com | Trade debt | | | | $1,131,107.87 |
| 3 | Gordon Food Service, Inc. PO Box 88029 Chicago, IL 60680-1029 | (888) 968-7500 michael.strieter@gfs.com | Trade debt | | | | $100,216.78 |
| 4 | Shamrock Foods Company 2540 N 29th Avenue Phoenix, AZ 85009 | (602) 477-6464 Kim_Jones@shamrockfoods.com | Trade debt | | | | $97,711.82 |
| 5 | Whitley Penn LLP PO Box 676360 Dallas, TX 75267-6360 | (817) 259-9798 Jackie.Seltzer@whitleypenn.com | Services | | | | $76,952.99 |
| 6 | Edward Don 3501 Plano Pkwy The Colony, TX 75056 | (800) 261-2074 steveparker@don.com | Trade debt | | | | $47,248.04 |
| 7 | Alvarez & Marsal Holdings, LLC 600 Madison Ave 8th Floor New York, NY 10022 | (214) 438-1000 rwells@alvarezandmarsal.com | Professional Services | | | | $46,530.75 |
| 8 | Andrews Plumbing Services, Inc. 5617 E. Hillery Dr. Scottsdale, AZ 85254 | (602) 992-9560 info@andrewsaz.com | Trade debt | | | | $46,252.17 |

Debtor    **Abuelo's International, L.P.**
          Name
                                                                Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Coastal Refrigeration Services, Inc. 156 Rock Moss Road Myrtle Beach, SC 29588 | (843) 238-3838 Rich@coastalairmb.com | Trade debt | | | | $42,832.15 |
| 10  Watts Heating & Hot Water Solutions 425 W. Everman Pkwy Suite 101 Fort Worth, TX 76134 | (817) 335-3419 credit@pvi.com | Trade debt | | | | $35,342.83 |
| 11  Alsco, Inc. 404 N. University Ave. Lubbock, TX 79415 | (806) 762-8751 rmabrey@alsco.com | Trade debt | | | | $33,767.64 |
| 12  Pacific West, LLC 1555 W. 2200 S Suite A West Valley City, UT 84119 | (480) 821-5455 | Trade debt | | | | $29,717.11 |
| 13  TXU Energy PO Box 650764 Dallas, TX 75265-0638 | (866) 898-3465 | Utilities | | | | $26,044.69 |
| 14  Medical City Plano PO Box 406462 Atlanta, GA 30384-6462 | (972) 596-6800 | Medical | | | | $25,372.56 |
| 15  Astralcom, LLC 4747 Canehill Avenue Lakewood, CA 90713 | (562) 425-6976 richard@astralcom.com | Services | | | | $21,332.00 |
| 16  SSPR, LLC 105 E Moreno Ave #101 Colorado Springs, CO 80903 | (719) 634-1180 rvaccola@nextpr.com | Services | | | | $18,823.90 |
| 17  Farmers Bros. Co. PO Box 934237 Atlanta, GA 31193-4237 | (682) 549-6633 Arturo.Gonzalez@farmerbros.com | Trade debt | Disputed | | | $18,775.33 |
| 18  1st Source Restaurant Services, Inc. 665 Jones Street Lewisville, TX 75057 | (214) 551-5338 dispatch@arcstx.com | Trade debt | | | | $16,701.44 |
| 19  Atmos Energy PO Box 740353 Cincinnati, OH 45274-0353 | (888) 286-6100 | Utilities | | | | $14,429.67 |
| 20  Lamar Texas Limited Partnership PO Box 96030 Baton Rouge, LA 70896 | (806) 372-5517 tfields@lamar.com | Advertising | | | | $12,345.00 |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          page 2

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Abuelo's International, L.P.**                    CASE NO

                                                    CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **09/02/2025**        Signature                         **/s/ Robert L. Lin**
                                            Robert L. Lin, ABI GP, LLC, by President

1st Source Restaurant
Services, Inc.
665 Jones Street
Lewisville, TX 75057


Alsco, Inc.
404 N. University Ave.
Lubbock, TX 79415


Alvarez & Marsal Holdings,
LLC
600 Madison Ave 8th Floor
New York, NY 10022


Andrews Plumbing Services,
Inc.
5617 E. Hillery Dr.
Scottsdale, AZ 85254


Arizona Department of
Economic Security
1717 W. Jefferson St
Phoenix, AZ 85007


Arizona Department of
Revenue
PO Box 29079
Phoenix, AZ 85038


Arkansas Department of
Finance and Admin
PO Box 919
Little Rock, AR 72201


Astralcom, LLC
4747 Canehill Avenue
Lakewood, CA 90713

Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353

Attorney General of the
United States
Office of the Attorney General
Main Justice Building, Rm 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530

Ben E. Keith Company
Attn: Brenda Bittle
PO Box 9019001
Fort Worth, TX 76101

Benton County Collector
2113 West Walnut Street
Rogers, AR 72756

Buckhead Meats
4216 Mint Way
Dallas, TX 75237

Central Appraisal District of
Taylor County
1534 S Treadaway Blvd
Abilene, TX 79602

City of Chattanooga
101 E 11th Street
Chattanooga, TN 37402

City of Myrtle Beach
PO Box 2468
Myrtle Beach, SC 29578

City of Rogers
301 West Chestnut
Rogers, AR 72756

Coastal Refrigeration
Services, Inc.
156 Rock Moss Road
Myrtle Beach, SC 29588

Dinsmore & Shohl, LLP
707 Virginia Street E. Suite 1300
Charleston, WV 25301

DoorDash, Inc.
303 2nd Street, South Tower Suite 800
San Francisco, CA 94107

ECOLAB USA, INC.
PO Box 70343
Chicago, IL 60673-0343

Edward Don
3501 Plano Pkwy
The Colony, TX 75056

EZ Cater, Inc.
40 Water Street, 5th Floor
Boston, MA 02109

Farmers Bros. Co.
PO Box 934237
Atlanta, GA 31193-4237

First Bank & Trust
c/o Kyle S. Hirsch
Cave Leighton Paisner LLP
2200 Ross Avenue Suite 4200S
Dallas, TX 75201-7965

First Bank & Trust
c/o Kyle S. Hirsch
Bryan Cave Leighton Paisner LLP
2200 Ross Avenue 4200S
Dallas, TX 75201-7965

Five Star Recruiting, LLC
3304 Maiden Street
Vernon, TX 76384

Florida Department of
Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Food Concepts International
Holdings, Inc.
4413 82nd St Ste 250
Lubbock, TX 79424-3366

Food Concepts International,
L.P.
4413 82nd Street Suite 250
Lubbock, TX 79424-3366

Gordon Food Service, Inc.
PO Box 88029
Chicago, IL 60680-1029

Hamilton County Trustee
625 George Ave
Chattanooga, TN 37402

Harris County Tax Assessor
7300 N Sheppard Dr
Houston, TX 77091

Horry County
1301 2nd Avenue Suite 1C09
Conway, SC 29526

Horry County Treasurer's
Office
1301 2nd Avenue Suite 1C09
Conway, SC 29526

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101

Jaburg Wilk
1850 N Central Ave Ste 1200
Phoenix, AZ 85004-4537

James Young
4413 82nd Street
Lubbock, TX 79424

Jessica Lloyd
115 Lenox Street Suite 1300
Lakeland, FL 33803

Kansas Department of Labor
401 SW Topeka Blvd.
Topeka, KS 66603

Kansas Department of
Revenue
PO Box 3506
Topeka, KS 66625-3506

Keurig Dr. Pepper Inc.
6425 Hall of Fame Lane
Frisco, TX 75034

Kim Hunter
9548 W. JJ Ranch Road
Peoria, AZ 85383

Lamar Texas Limited
Partnership
PO Box 96030
Baton Rouge, LA 70896

Land O Lakes
4001 Lexington Ave. N.
Saint Paul, MN 55126

Limehouse Produce LLC
2660 Carner Avenue
North Charleston, SC 29405

Medical City Plano
PO Box 406462
Atlanta, GA 30384-6462

Meridian Shrimp
3505 Boca Chica Blvd.
Brownsville, TX 78521

Midland Central Appraisal
District
4631 Andrews Hwy
Midland, TX 79703

NCR Corporation
PO Box 745947
Atlanta, GA 30384-8755

NeighborFavor, Inc.
1705 Guadalupe St Suite 300
Austin, TX 78701

Neil Jones Foods
1701 W 16th Street
Vancouver, WA 98660

Office of the United States
Trustee
1100 Commerce St Ste 976
Dallas, TX 75242-1011

Oklahoma Employment
Security Commission
2401 N. Lincoln Blvd.
Oklahoma City, OK 73105

Oklahoma Tax Commission
2401 N Lincoln Blvd.
Oklahoma City, OK 73105

Osceola County Property
Appraiser
2505 E Irlo Bronson Memorial Hwy
Kissimmee, FL 34744

Pacific West, LLC
1555 W. 2200 S Suite A
West Valley City, UT 84119

Paytronix Systems, Inc.
80 Bridge St.
Newton, MA 02458

Polk County Tax Collector
658 State Road 60 W
Lake Wales, FL 33853-4419

Randall County Tax Assessor
4320 W. Western St Suite 100
Amarillo, TX 79109

Red Raider Sports Properties
c/o Learfield Communications, LLC
PO Box 843038
Kansas City, MO 64184-3038

Service Experts, Inc.
27311 W 4th North
Garden Plain, KS 67050

Shamrock Foods Company
2540 N 29th Avenue
Phoenix, AZ 85009

Small Business
Administration
4300 Amon Carter Blvd. Suite 114
Fort Worth, TX 76155

Smith County Tax Assessor
1517 W Front St #116
Tyler, TX 75702


SOCI, Inc.
Po Box 31001-3081
Pasadena, CA 91110-0001


South Carolina Department of
Employment and Workforce
1550 Gadsen Street
Columbia, SC 29202


South Carolina Department of
Revenue
PO Box 125
Columbia, SC 29214-0400


SSPR, LLC
105 E Moreno Ave #101
Colorado Springs, CO 80903


State of Arkansas Division of
Workforce Services
2 Capitol Mall
Little Rock, AR 72201


Tarrant Appraisal District
2500 Handley Ederville Rd
Fort Worth, TX 76118


Tarrant County Appraisal
District
2500 Handley Ederville Rd
Fort Worth, TX 76118

Tennessee Dept Labor and
Workforce Dev.
220 French Landing Dr.
Nashville, TN 37243

Texas Alcohol Beverage
Commission
License and Permits Division
PO Box 13127
Austin, TX 78711

Texas Attorney General's
Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Texas Comptroller Of Public
Accounts
State Comptroller of Public Accounts
Revenue Accounting Division-Bankruptcy
Section
P.O. Box 13528
Austin, TX 78711

Texas Workforce Commission
TEC Building- Bankruptcy
101 E. 15th Street
Austin, TX 78778

Tulsa County Assessor
218 W 6th Street 5th Floor
Tulsa, OK 74119

Tulsa County Assessor
218 W 6th Street 5th Floor

TXU Energy
PO Box 650764
Dallas, TX 75265-0638

United States Attorney
Office of the United States Attorney
1100 Commerce St 3rd Floor
Dallas, TX 75242-1699


Ventura Oils
40 Pointe Dr.
Brea, CA 92821


Watts Heating & Hot Water
Solutions
425 W. Everman Pkwy Suite 101
Fort Worth, TX 76134


West Harris County M.U.D. #5
1750 West 43rd Street
Houston, TX 77018


Whitley Penn LLP
PO Box 676360
Dallas, TX 75267-6360


James Young
4413 82nd Street Suite 250
Lubbock, TX 79424

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| | § | |
| IN RE: | § | |
| **Abuelo's International, L.P.** | § | Case No. _____ |
| | § | |
| Debtor(s) | § | Chapter   **11**_____ |

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date
**09/02/2025**_____

_____
**/s/ Robert L. Lin**
Robert L. Lin
ABI GP, LLC, by President
EIN No.   <u>1</u> <u>1</u> <u>0</u> <u>8</u>

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date
**09/02/2025**_____

_____
**/s/ Joseph F. Postnikoff**
Joseph F. Postnikoff
Attorney