

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 24, 2025**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **ABUELO'S INTERNATIONAL, L.P., *et al.*,[1]** | § | **Case No. 25-43339-elm11** |
| | § | |
| **Debtors.** | § | **Joint Administration Requested** |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION TO**
**REJECT LEASES OF NONRESIDENTIAL REAL PROPERTY**
**[Refers to Docket No. 7]**

On September 22, 2025, came on for consideration the *Debtor's Emergency Motion to Reject Leases of Nonresidential Real Property* [Docket No. 7] (the "<u>Motion</u>") filed by the Debtors[2] in the above styled and numbered chapter 11 bankruptcy proceedings. In the Motion, the Debtors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, L.P. (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

[2] Capitalized terms not defined herein have the meaning ascribed to them in the Motion.

seek an order of this Court rejecting certain lease agreements (the "Leases") as more fully detailed in the Motion.

The Court, having considered the Motion, finds jurisdiction over the parties and subject matter, that notice of the Motion has been adequate under the circumstances and that the Motion is in order and should be approved as modified herein.  It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion of the Debtors be and the same is hereby granted as modified herein; it is further

**ORDERED, ADJUDGED AND DECREED** that the Leases described in the Motion are rejected effective as of the Petition Date[3]; it is further

**ORDERED, ADJUDGED AND DECREED** that the automatic stay of section 362 of the United States Bankruptcy Code is modified to allow the Landlords to take all action appropriate to mitigate their damages; it is further

**ORDERED, ADJUDGED AND DECREED** that the Landlords shall have until the latter of (a) forty-five (45) days from date of entry of this Order or (b) the bar date set for filing proofs of claim in these bankruptcy cases to file lease rejection claims; and it is further

**ORDERED, ADJUDGED AND DECREED** that this Order shall become effective immediately upon entry.

### End of Order ###

---

[3] In the case of the Plano Lease, there has been an assertion the Plano Lease may have been terminated pre-petition by agreement. As a result, this Order will act as a rejection of the Plano Lease, only to the extent such lease was effective as of the Petition Date.

**Abuelo's International, L.P.,** *et al.*, **Debtors in Possession**
**Order Granting Debtors' Motion to Reject Leases of Nonresidential Real Property**          **Page 2 of 2**