**Fill in this information to identify the case:**

Debtor Name   **Abuelo's International, L.P.**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas**

(State)

Case number (If known):   **25-43339-11**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo** | **Checking account** | **3 9 6 2** | **$0.00** |
| 3.2. | **Wells Fargo** | **Checking account** | **4 0 1 5** | **$0.00** |
| 3.3. | **Wells Fargo** | **Checking account** | **4 0 2 8** | **$0.00** |
| 3.4. | **Wells Fargo** | **Checking account** | **4 0 5 1** | **$0.00** |
| 3.5. | **Wells Fargo** | **Checking account** | **4 0 6 9** | **$0.00** |
| 3.6. | **Wells Fargo** | **Checking account** | **5 9 7 2** | **$0.00** |
| 3.7. | **Wells Fargo** | **Checking account** | **5 4 4 3** | **$0.00** |
| 3.8. | **Wells Fargo** | **Checking account** | **4 3 5** | **$0.00** |
| 3.9. | **Wells Fargo** | **Checking account** | **1 9 2 5** | **$0.00** |
| 3.10. | **Wells Fargo** | **Checking account** | **1 9 1 7** | **$0.00** |
| 3.11. | **Wells Fargo** | **Checking account** | **7 2 9 7** | **$0.00** |
| 3.12. | **Wells Fargo** | **Checking account** | **3 9 0 6** | **$0.00** |
| 3.13. | **First Bank & Trust** | **Checking account** | **6 3 1 2** | **$6,293.56** |
| 3.14. | **Wells Fargo** | **Checking account** | **3 9 4 7** | **$0.00** |
| 3.15. | **Wells Fargo** | **Checking account** | **3 9 5 4** | **$0.00** |

Debtor **Abuelo's International, L.P.**      Case number *(if known)* **25-43339-11**

Name

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3.16. | **Wells Fargo** | **Checking account** | 3 | 9 | 8 | 8 | | $0.00 |
| 3.17. | **Wells Fargo** | **Checking account** | 3 | 9 | 9 | 6 | | $0.00 |
| 3.18. | **Wells Fargo** | **Checking account** | 4 | 0 | 0 | 2 | | $0.00 |
| 3.19. | **Wells Fargo** | **Checking account** | 4 | 0 | 4 | 4 | | $0.00 |
| 3.20. | **Wells Fargo** | **Checking account** | 0 | 4 | 0 | 8 | | $0.00 |
| 3.21. | **Wells Fargo** | **Checking account** | 4 | 1 | 1 | 9 | | $0.00 |
| 3.22. | **Wells Fargo** | **Checking account** | 0 | 4 | 2 | 4 | | $0.00 |
| 3.23. | **Wells Fargo** | **Checking account** | 4 | 5 | 2 | 9 | | $0.00 |
| 3.24. | **Wells Fargo** | **Checking account** | 3 | 0 | 6 | 6 | | $0.00 |
| 3.25. | **Wells Fargo** | **Checking account** | 8 | 7 | 5 | 3 | | $0.00 |
| 3.26. | **Wells Fargo** | **Checking account** | 9 | 0 | 1 | 5 | | $0.00 |
| 3.27. | **Wells Fargo** | **Checking account** | 4 | 0 | 2 | 3 | | $0.00 |
| 3.28. | **Wells Fargo** | **Checking account** | 7 | 3 | 1 | 8 | | $0.00 |
| 3.29. | **Wells Fargo** | **Checking account** | 8 | 4 | 2 | 7 | | $1,319,589.94 |

4.  **Other cash equivalents** *(Identify all)*

4.1

4.2

5.  **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$1,325,883.50**

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1  **01- See Exhibit to Schedule A 7 & 8 - Deposits & Prepayments**      **$57,427.83**

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  **01- See Exhibit to Schedule A 7 & 8 - Deposits & Prepayments**      **$885,678.73**

9.  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.      **$943,106.56**

| Part 3: | Accounts receivable |
|---|---|

Debtor   **Abuelo's International, L.P.**                                    Case number *(if known)* **25-43339-11**

Name

---

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

| | | | | **Current value of debtor's interest** |
|---|---|---|---|---|

11. **Accounts receivable**

   11a. 90 days old or less:  **$370,611.00** - **unknown** =.....→  **$370,611.00**

   face amount          doubtful or uncollectible accounts

   11b. Over 90 days old: _____ - _____ =.....→  _____

   face amount          doubtful or uncollectible accounts

12. **Total of Part 3**                                           **$370,611.00**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**   Investments

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ☑ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1 _____   _____   _____

   14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                    % of ownership:

   15.1 **ABUELO'S BEVERAGE CORPORATION, INC. - 100% Ownership**   **100.00%**   _____   **$0.00**

   15.2 **ABUELO'S INTERNATIONAL (KANSAS), INC. - 100% Ownership**   **100.00%**   _____   **$0.00**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____   _____   _____

   16.2 _____   _____   _____

17. **Total of Part 4**                                           **$0.00**

   Add lines 14 through 16. Copy the total to line 83.

---

**Part 5:**   Inventory, excluding agriculture assets

---

Official Form 206A/B            **Schedule A/B: Assets — Real and Personal Property**            page **3**

Debtor     **Abuelo's International, L.P.**                              Case number *(if known)* **25-43339-11**
              Name

---

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 01-See Exhibit Schedule A 19 - Inventory | 08/13/2025 MM / DD / YYYY | unknown | | $643,536.32 |
| 20. **Work in progress** | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | MM / DD / YYYY | | | |

23. **Total of Part 5**                                                                        $643,536.32

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes.  Book value _____**unknown**_____  Valuation method _____  Current value __**$643,536.32**__

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:**       Farming and fishing-related assets (other than titled motor vehicles and land)

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |

---

Debtor    **Abuelo's International, L.P.**                                    Case number *(if known)* **25-43339-11**
          Name

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment** (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 01-See Exhibit to Schedule A | $8,978,446.00 | | $8,978,446.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

Debtor **Abuelo's International, L.P.** _____  Case number *(if known)* **25-43339-11** _____

Name

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | **$8,978,446.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **01-See Exhibit to Schedule A** | **unknown** | | **unknown** |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | | | |

Debtor **Abuelo's International, L.P.**                                            Case number *(if known)* **25-43339-11**

          Name

---

51.  **Total of Part 8**

     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☐ No

     ☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

## Part 9: Real property

54.  **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.

     ☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **01-See Exhibit to Schedule A** | **Lease** | **$0.00** | | **$0.00** |

56.  **Total of Part 9**                                                                                                       **$0.00**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☑ No

     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

## Part 10: Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.

     ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |

---

Official Form 206A/B                 **Schedule A/B: Assets — Real and Personal Property**                 page **7**

Debtor **Abuelo's International, L.P.**                          Case number *(if known)* **25-43339-11**
Name

| | | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| | **Rewards Program Data** | **$0.00** | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |

66. **Total of Part 10**                                                                                                              **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ =➜ _____
                      Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____   _____
_____  Tax year _____   _____
_____  Tax year _____   _____

73. **Interests in insurance policies or annuities**

_____                      _____

Official Form 206A/B             **Schedule A/B: Assets — Real and Personal Property**             page **8**

Debtor      **Abuelo's International, L.P.**                                    Case number *(if known)* **25-43339-11**
                    Name

---

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim**

    **Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **Nature of claim**

    **Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **9**

Debtor **Abuelo's International, L.P.**

Name

Case number *(if known)* **25-43339-11**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,325,883.50 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $943,106.56 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $370,611.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $643,536.32 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,978,446.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | unknown | |
| 88. | **Real property.** *Copy line 56, Part 9.* ................................................... ➔ | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. | **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $12,261,583.38 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................... | | $12,261,583.38 |

---

Fill in this information to identify the case:

Debtor name   **Abuelo's International, L.P.**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____
                                                                              (State)

Case number (if known):   **25-43339-11**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1.   Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1   Creditor's name**

**Benton County Collector**

**Creditor's mailing address**

**2113 West Walnut Street**

**Rogers, AR 72756**

**Creditor's email address, if known**

**Date debt was incurred**   **2025**

**Last 4 digits of account number**   **3 7 7 5**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Personal Property Tax**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

| | Column A | Column B |
| --- | --- | --- |
| | unknown | unknown |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$8,082,223.88**

Debtor    **Abuelo's International, L.P.**

Name

Case number (if known) **25-43339-11**

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Central Appraisal District of Taylor County**

**Creditor's mailing address**

**1534 S Treadaway Blvd**

**Abilene, TX 79602**

**Creditor's email address, if known**

**Date debt was incurred**      **2025**

**Last 4 digits of account number**    **8  3  8  0**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

  ❑ No.  Specify each creditor, including this creditor, and its relative priority.

  ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Personal Property Taxes**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Column A: **$7,643.21**      Column B: **unknown**

Debtor     **Abuelo's International, L.P.**                                    Case number (if known) **25-43339-11**
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

First Bank & Trust

**Describe debtor's property that is subject to a lien**

All Business and Assets                      **$8,031,428.19**            **unknown**

**Creditor's mailing address**

c/o Kyle S. Hirsch
Cave Leighton Paisner LLP

2200 Ross Avenue Suite 4200S

Dallas, TX 75201-7965

**Describe the lien**

General Security Agreement and
Leasehold Mortgages

**Creditor's email address, if known**

kyle.hirsch@bclplaw.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**        **9/18/2024**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**        **1  1  5  9**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Debtor   **Abuelo's International, L.P.**                                    Case number (if known) **25-43339-11**

Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

**Harris County ESD #08**

**Describe debtor's property that is subject to a lien**

**$334.65**            **unknown**

**Creditor's mailing address**

**Linebarger Goggan Blair & Sampson, LLP**

**3500 Maple Avenue, Suite 800**

**Dallas, TX 75219**

**Describe the lien**

**Ad Valorem Tax Lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor     **Abuelo's International, L.P.**                                        Case number (if known) **25-43339-11**

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.5** **Creditor's name**

**Horry County Treasurer's Office**

**Describe debtor's property that is subject to a lien**

Amount of claim: **unknown**

Value of collateral: **unknown**

**Creditor's mailing address**

**1301 2nd Avenue Suite 1C09**

**Conway, SC 29526**

**Describe the lien**

**Personal Property Tax**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      **2025**

**Last 4 digits of account number**   **6  2  4  4**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **Abuelo's International, L.P.**                     Case number (if known) **25-43339-11**

Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:**   Additional Page | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6**   **Creditor's name**

**Katy ISD**

**Creditor's mailing address**

**Linebarger Goggan Blair & Sampson, LLP**

**PO Box 3064**

**Houston, TX 77253-3064**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

                                                            $3,754.82          unknown

**Describe the lien**

**Ad Valorem Property Tax Lien**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

Debtor　　**Abuelo's International, L.P.**　　　　　　　　　　　Case number (if known) **25-43339-11**

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.7** **Creditor's name**

**Midland Central Appraisal District**

**Creditor's mailing address**

**4631 Andrews Hwy**

**Midland, TX 79703**

**Creditor's email address, if known**

**Date debt was incurred**　　**2025**

**Last 4 digits of account** **7 1 7 9**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

　❑ No. Specify each creditor, including this creditor, and its relative priority.

　❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Personal Property Taxes**

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$6,686.06**　　Value of collateral: **unknown**

Debtor    **Abuelo's International, L.P.**                                          Case number (if known) **25-43339-11**

          Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.8** **Creditor's name**

**Osceola County Property Appraiser**

**Creditor's mailing address**

**2505 E Irlo Bronson Memorial Hwy**

**Kissimmee, FL 34744**

**Creditor's email address, if known**

**Date debt was incurred**        **2025**

**Last 4 digits of account number**    **3  1  6  0**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Personal Property Tax**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Column A: **unknown**     Column B: **unknown**

Debtor   **Abuelo's International, L.P.**_____   Case number (if known) **25-43339-11**_____
         Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9** **Creditor's name**

**Polk County Tax Collector**

**Creditor's mailing address**

**658 State Road 60 W**

**Lake Wales, FL 33853-4419**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **2025**

**Last 4 digits of account**   **7  3  8  8**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the
     relative priority?

  ❑ No. Specify each creditor, including
       this creditor, and its relative
       priority.

  ❑ Yes. The relative priority of creditors
       is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Personal Property Tax**

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Is anyone else liable on this claim?**

☑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: **unknown**    Column B: **unknown**

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **9** of **17**

Debtor  **Abuelo's International, L.P.**                                  Case number (if known) **25-43339-11**
        Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.10** **Creditor's name**

**Randall County Tax Assessor**

$5,465.56          unknown

**Creditor's mailing address**

**4320 W. Western St Suite 100**

**Amarillo, TX 79109**

**Creditor's email address, if known**

_____

**Date debt was incurred** **2025**

**Last 4 digits of account number** **6 9 1 0**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Personal Property Tax**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor   **Abuelo's International, L.P.**                                      Case number (if known) **25-43339-11**

Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11** **Creditor's name**

**Smith County Tax Assessor**

**Creditor's mailing address**

**1517 W Front St #116**

**Tyler, TX 75702**

**Creditor's email address, if known**

**Date debt was incurred**          **2025**

**Last 4 digits of account number**   **3  0  0  0**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Personal Property Tax**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

|   |   |
|---|---|
| **$5,170.04** | **unknown** |

Debtor **Abuelo's International, L.P.**

Name

Case number (if known) **25-43339-11**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.12 Creditor's name**

**Tarrant Appraisal District**

**Creditor's mailing address**

**2500 Handley Ederville Rd**

**Fort Worth, TX 76118**

**Creditor's email address, if known**

**Date debt was incurred** **2025**

**Last 4 digits of account number** **5 5 7 7**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Personal Property Tax**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**$10,187.14**      **unknown**

Debtor **Abuelo's International, L.P.**        Case number (if known) **25-43339-11**

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.13 Creditor's name**

**Tarrant Appraisal District**

**Creditor's mailing address**

**2500 Handley Ederville Rd**

**Fort Worth, TX 76118**

**Creditor's email address, if known**

**Date debt was incurred**    **2025**

**Last 4 digits of account number**    **5 9 4 6**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

    ❑ No. Specify each creditor, including this creditor, and its relative priority.

    ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Amount of claim:** **$5,177.67**     **Value of collateral:** **unknown**

**Describe the lien**

**Personal Property Tax**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor **Abuelo's International, L.P.**
Name

Case number (if known) **25-43339-11**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.14** **Creditor's name**

**Tarrant County Appraisal District**

**Creditor's mailing address**

**2500 Handley Ederville Rd**

**Fort Worth, TX 76118**

**Creditor's email address, if known**

**Date debt was incurred** **2025**

**Last 4 digits of account number** **8 6 9 5**

**Do multiple creditors have an interest in the same property?**

☑ No

❏ Yes. Have you already specified the relative priority?

❏ No. Specify each creditor, including this creditor, and its relative priority.

❏ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$6,376.54                    unknown

**Describe the lien**

**Personal Property Tax**

**Is the creditor an insider or related party?**

☑ No

❏ Yes

**Is anyone else liable on this claim?**

☑ No

❏ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Debtor  **Abuelo's International, L.P.**

Name

Case number (if known) **25-43339-11**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.15** **Creditor's name**

**Tulsa County Assessor**

**Describe debtor's property that is subject to a lien**

unknown    unknown

**Creditor's mailing address**

**218 W 6th Street 5th Floor**

**Tulsa, OK 74119**

**Describe the lien**

**Personal Property Tax**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    **2025**

**Last 4 digits of account number**    **2  1  4  2**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor   **Abuelo's International, L.P.**                                    Case number (if known) **25-43339-11**
         Name

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.16** **Creditor's name**

**Tulsa County Assessor**

**Creditor's mailing address**

**218 W 6th Street 5th Floor**

**Creditor's email address, if known**

**Date debt was incurred**        **2025**

**Last 4 digits of account number**        **6  1  5  0**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the relative priority?

   ❑ No.  Specify each creditor, including this creditor, and its relative priority.

   ❑ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Personal Property Tax**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Column A: **unknown**        Column B: **unknown**

Debtor   **Abuelo's International, L.P.**                                    Case number (if known) **25-43339-11**

    Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.17** **Creditor's name**

**West Harris County M.U.D. #5**

**Creditor's mailing address**

**1750 West 43rd Street**

**Houston, TX 77018**

**Creditor's email address, if known**

**Date debt was incurred**      **2025**

**Last 4 digits of account**      **7  0  0  1**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

❑ Yes. Have you already specified the
    relative priority?

    ❑ No.  Specify each creditor, including
        this creditor, and its relative
        priority.

    ❑ Yes. The relative priority of creditors
        is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Personal Property Tax**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

☑ No

❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

Column A: **unknown**     Column B: **unknown**

**Fill in this information to identify the case:**

Debtor name _____ **Abuelo's International, L.P.** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____ **25-43339-11** _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with **PRIORITY** unsecured claims and Part 2 for creditors with **NONPRIORITY** unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown** | **unknown** |
|---|---|---|---|

**Arizona Department of Economic Security**

**1717 W. Jefferson St**

**Phoenix, AZ 85007**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

**Unemployment**

**Date or dates debt was incurred**

**2025**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 5 0 - 7

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**2.2**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,883.50** | **$43,883.50** |
|---|---|---|---|

**Arizona Department of Revenue**

**PO Box 29079**

**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Sales Tax**

**Date or dates debt was incurred**

**2025**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 3 4 6 3

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

Debtor    **Abuelo's International, L.P.**                                    Case number *(if known)*    __25-43339-11__
          Name

<div style="background:black;color:white">Part 1:</div> Additional Page

| 2.3 | | | | |
|---|---|---|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **unknown** | **unknown** | |

**Priority creditor's name and mailing address** — 2.3

**Arizona Department of Revenue**

**PO Box 29079**

**Phoenix, AZ 85038**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Withholding**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**     **unknown**

---

**2.4 Priority creditor's name and mailing address**

**Arkansas Department of Finance and Admin**

**PO Box 919**

**Little Rock, AR 72201**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number** **- S L S**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,647.29**     **$12,647.29**

---

**2.5 Priority creditor's name and mailing address**

**Arkansas Department of Finance and Admin**

**PO Box 919**

**Little Rock, AR 72201**

**Date or dates debt was incurred**

**Last 4 digits of account number** **- W H W**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Withholding**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**     **unknown**

Debtor   **Abuelo's International, L.P.**                                                Case number *(if known)*   **25-43339-11**
     Name

## Part 1:  Additional Page

**2.6** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown

**City of Myrtle Beach**

**PO Box 2468**

**Myrtle Beach, SC 29578**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**2025**

**Basis for the Claim:**

**Hospitality Fee**

**Last 4 digits of account number** **2  0  8  1**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

**2.7** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown

**City of Rogers**

**301 West Chestnut**

**Rogers, AR 72756**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**2025**

**Basis for the Claim:**

**Sales Tax**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

**2.8** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown

**Department of the Treasury-IRS**

**Ogden, UT 84409**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Form 940-941**

**Last 4 digits of account number** **1  1  0  8**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

Debtor      **Abuelo's International, L.P.** Case number *(if known)*      **25-43339-11**
      Name

| Part 1: | Additional Page |

### 2.9

**Priority creditor's name and mailing address**

**Florida Department of Revenue**

**5050 W. Tennessee St.**

**Tallahassee, FL 32399**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number 7 6 0 1**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**
**Sales Tax**

**Is the claim subject to offset?**
☑ No
❑ Yes

$21,147.87      $21,147.87

### 2.10

**Priority creditor's name and mailing address**

**Florida Department of Revenue**

**5050 W. Tennessee St.**

**Tallahassee, FL 32399**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number 0 1 7 5**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Unemployment**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown      unknown

### 2.11

**Priority creditor's name and mailing address**

**Florida Department of Revenue**

**5050 W. Tennessee St.**

**Tallahassee, FL 32399**

**Date or dates debt was incurred**

**Last 4 digits of account number 7 4 0 1**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Sales Tax**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown      unknown

Debtor    **Abuelo's International, L.P.**                                    Case number *(if known)*     **25-43339-11**
          Name

## Part 1:  Additional Page

**2.12** **Priority creditor's name and mailing address**

**Horry County**

**1301 2nd Avenue Suite 1C09**

**Conway, SC 29526**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number** **2  9  8  6**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

**Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**            **unknown**

---

**2.13** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Special Procedures-Insolvency**

**P.O. Box 7346**

**Philadelphia, PA 19101**

**Date or dates debt was incurred**

**Last 4 digits of account number** **1  1  0  8**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

**Income Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**            **unknown**

---

**2.14** **Priority creditor's name and mailing address**

**Kansas Department of Labor**

**401 SW Topeka Blvd.**

**Topeka, KS 66603**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number** **-  0  0  0**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

**Unemployment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**            **unknown**

---

Debtor   **Abuelo's International, L.P.**

Name

Case number *(if known)* ___**25-43339-11**___

---

Part 1:  Additional Page

**2.15** **Priority creditor's name and mailing address**

**Kansas Department of Revenue**

**PO Box 3506**

**Topeka, KS 66625-3506**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number -   F   0   2**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

**Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___   ___unknown___

**2.16** **Priority creditor's name and mailing address**

**Kansas Department of Revenue**

**PO Box 3506**

**Topeka, KS 66625-3506**

**Date or dates debt was incurred**

**Last 4 digits of account number -   F   0   1**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

**Withholding**

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___   ___unknown___

**2.17** **Priority creditor's name and mailing address**

**Oklahoma Employment Security Commission**

**2401 N. Lincoln Blvd.**

**Oklahoma City, OK 73105**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number  9   7   1   4**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

**Unemployment**

**Is the claim subject to offset?**
☑ No
☐ Yes

___unknown___   ___unknown___

---

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     page 6 of 12

Debtor    **Abuelo's International, L.P.**                                      Case number *(if known)*    **25-43339-11**
              Name

---

| Part 1: | Additional Page |
|---------|-----------------|

**2.18** **Priority creditor's name and mailing address**

**Oklahoma Tax Commission**

**2401 N Lincoln Blvd.**

**Oklahoma City, OK 73105**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number 6 - 0 8**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**    $20,455.61      $20,455.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.19** **Priority creditor's name and mailing address**

**Oklahoma Tax Commission**

**2401 N Lincoln Blvd.**

**Oklahoma City, OK 73105**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number 6 - 0 9**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**    $3,474.83      $3,474.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.20** **Priority creditor's name and mailing address**

**Oklahoma Tax Commission**

**2401 N Lincoln Blvd.**

**Oklahoma City, OK 73105**

**Date or dates debt was incurred**

**Last 4 digits of account number 6 - 0 4**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    unknown      unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

**Withholding**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Abuelo's International, L.P.**                    Case number *(if known)*  **25-43339-11**

Name

---

Part 1:  Additional Page

**2.21**  **Priority creditor's name and mailing address**

**South Carolina Department of Employment and Workforce**

**1550 Gadsen Street**

**Columbia, SC 29202**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number  9   2   6   9**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

**Unemployment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**        **unknown**

---

**2.22**  **Priority creditor's name and mailing address**

**South Carolina Department of Revenue**

**PO Box 125**

**Columbia, SC 29214-0400**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number  7   6   4   3**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$27,667.99**        **$27,667.99**

---

**2.23**  **Priority creditor's name and mailing address**

**South Carolina Department of Revenue**

**PO Box 125**

**Columbia, SC 29214-0400**

**Date or dates debt was incurred**

**2025**

**Last 4 digits of account number  1   7   0   4**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Sales Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,258.62**        **$2,258.62**

---

Debtor   **Abuelo's International, L.P.**                             Case number *(if known)*     **25-43339-11**
      Name

---

| Part 1: | Additional Page |
| --- | --- |

**2.24** **Priority creditor's name and mailing address**

**South Carolina Department of Revenue**

**PO Box 125**

**Columbia, SC 29214-0400**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number  3   7   0   2**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Withholding**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**            **unknown**

---

**2.25** **Priority creditor's name and mailing address**

**State of Arkansas Division of Workforce Services**

**2 Capitol Mall**

**Little Rock, AR 72201**

**Date or dates debt was incurred**
**2025**

**Last 4 digits of account number  0   1   0   3**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Unemployment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**            **unknown**

---

**2.26** **Priority creditor's name and mailing address**

**Tennessee Dept Labor and Workforce Dev.**

**220 French Landing Dr.**

**Nashville, TN 37243**

**Date or dates debt was incurred**
**2025**

**Last 4 digits of account number  3   0   0   0**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
**Unemployment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3.00**            **$3.00**

---

Debtor    **Abuelo's International, L.P.**                                         Case number *(if known)*    **25-43339-11**
           Name

| Part 1: | Additional Page |
| --- | --- |

**2.27** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$246,945.87** | **$246,945.87**

**Texas Comptroller Of Public Accounts**

**State Comptroller of Public Accounts**
**Revenue Accounting Division-**
**Bankruptcy Section**

**P.O. Box 13528**

**Austin, TX 78711**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Sales Tax**

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account**
**number  1   0   8   8**

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) **(8)**

---

**2.28** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24,744.85** | **$24,744.85**

**Texas Comptroller Of Public Accounts**

**State Comptroller of Public Accounts**
**Revenue Accounting Division-**
**Bankruptcy Section**

**P.O. Box 13528**

**Austin, TX 78711**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the Claim:**

**Sales Tax**

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account**
**number  2   1   7   6**

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) **(8)**

---

**2.29** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** | **unknown**

**Texas Workforce Commission**

**TEC Building- Bankruptcy**

**101 E. 15th Street**

**Austin, TX 78778**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**

**Unemployment**

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account**
**number  2   -   0   0**

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) **(4)**

---

Debtor    **Abuelo's International, L.P.**                                    Case number *(if known)*    **25-43339-11**
                 Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

 **01-See Exhibit for Schedule F**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Various - See Exhibit**

**$3,387,611.15**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.2** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.3** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

**3.4** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
❑ No
❑ Yes

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 11 of 12

Debtor      **Abuelo's International, L.P.**                                     Case number *(if known)*      **25-43339-11**
                Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$403,229.43** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$3,387,611.15** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$3,790,840.58** |

Fill in this information to identify the case:

Debtor name    **Abuelo's International, L.P.**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____
(State)

Case number (If known): _____ **25-43339-11** _____    Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **See Exhibit G - Other Contracts** | **01-See Exhibit Schedule G - Contracts** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Abuelo's International, L.P.**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____
(State)

Case number (If known): **25-43339-11**

☐ Check if this is an amended filing

# Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Food Concepts International Holdings, Inc.** | **4413 82nd St Ste 250** <br> Street <br><br> **Lubbock, TX 79424-3366** <br> City    State    ZIP Code | **First Bank & Trust** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Food Concepts International, L.P.** | **4413 82nd Street Suite 250** <br> Street <br><br> **Lubbock, TX 79424-3366** <br> City    State    ZIP Code | **First Bank & Trust** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 **Young, James** | **4413 82nd Street Suite 250** <br> Street <br><br> **Lubbock, TX 79424** <br> City    State    ZIP Code | **First Bank & Trust** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor  **Abuelo's International, L.P.**

Name

Case number (if known) **25-43339-11**

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

Official Form 206H          **Schedule H: Codebtors**          page __2__ of __2__

Fill in this information to identify the case:

Debtor name          **Abuelo's International, L.P.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):          **25-43339-11**          Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*........................................................................................................

   **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*..................................................................................................

   **$12,261,583.38**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*....................................................................................................

   **$12,261,583.38**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$8,082,223.88**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................

   **$403,229.43**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

   **+    $3,387,611.15**

4. **Total liabilities**........................................................................................................................................................

   **$11,873,064.46**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ **Abuelo's International, L.P.** _____

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ **25-43339-11** _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **Exhibits to Schedules and SOFA** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/30/2025** _____
       MM/ DD/ YYYY

**X** **/s/ Robert L. Lin** _____
Signature of individual signing on behalf of debtor

**Robert L. Lin** _____
Printed name

**Vice President / CRO** _____
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# Abuelo's International, LP
Case # 25-43339

### Exhibit to Schedule A - Office Furniture & Equipment

| Store # - Address / Description | Cost Basis | A/D | Book Value | Total Assets |
|---|---|---|---|---|
| **A1 - 3501 West 45TH Ave. Amarillo, TX 79109** | | | | |
| Amarillo Leasehold Improvements | $785,667 | ($784,511) | $1,156 | |
| Amarillo Auto | 30,423 | (30,423) | | |
| Amarillo FF&E | 2,396,732 | (2,224,097) | 172,635 | **173,791** |
| | | | | |
| **A2 - 4401 82nd Street Lubbock, TX 79424** | | | | |
| Lubbock Leasehold Improvements | 1,074,840 | (1,058,417) | 16,423 | |
| Lubbock Auto | 29,026 | (26,266) | 2,760 | |
| Lubbock FF&E | 3,965,317 | (3,591,730) | 373,587 | **392,770** |
| | | | | |
| **A3 - 2908 West Loop 250 North Midland, TX 79705** | | | | |
| Midland Auto | 22,402 | (22,402) | | |
| Midland New Building | 3,123,480 | (1,406,898) | 1,716,582 | |
| Midland_Old | | (311,034) | (311,034) | |
| Midland New FFE | 1,349,588 | (844,823) | 504,765 | **1,910,313** |
| | | | | |
| **A5 - 4782 S. 14th Street Abilene, TX 79605** | | | | |
| Abilene Leasehold Improvements | 173,929 | (173,929) | | |
| Abilene FF&E | 3,091,056 | (2,805,089) | 285,967 | **285,967** |
| | | | | |
| **A6 - 850 Airport Frwy Hurst, TX 76054** | | | | |
| Hurst Leasehold | 2,609,751 | (1,553,987) | 1,055,764 | |
| FFE | 1,857,633 | (2,540,018) | (682,385) | |
| New FFE A/D | | | | |
| Hurst FF&E | 856,765 | | 856,765 | **1,230,144** |
| | | | | |
| **A7 - 1041 West I-20 Arlington, TX 76017** | | | | |
| Arlington Building | 1,518,224 | (1,174,587) | 343,637 | |
| Arlington FF&E | 2,338,046 | (2,038,565) | 299,481 | **643,118** |
| | | | | |
| **A9 - 3420 North Central Expwy, Plano, TX 75075 – Closed Store** | | | | |
| E Plano FF&E | 2,280,377 | (2,280,377) | | **0** |
| | | | | |
| **A11 - 16092 N. Arrowhead Fountains Center Dr. Peoria, AZ 85382** | | | | |
| Peoria Building | 1,999,127 | (1,439,676) | 559,451 | |
| Peoria FF&E | 1,897,868 | (1,598,885) | 298,983 | **858,434** |
| | | | | |
| **A12 - 10909 E. 71st Street South, Tulsa, OK 74133 - Closed Store** | | | | |
| Tulsa Building | 1,991,887 | (1,690,242) | 301,645 | |
| Tulsa Auto | 41,603 | (41,603) | | |
| Tulsa FF&E | 2,078,597 | (1,968,084) | 110,513 | **0** |

# Abuelo's International, LP

Case # 25-43339

### Exhibit to Schedule A - Office Furniture & Equipment

| Store # -<br>Address / Description | Cost Basis | A/D | Book Value | Total Assets |
|---|---|---|---|---|
| **A14 - 3440 W. Chandler Blvd., Chandler, AZ 85226 – Closed Store** | | | | |
| Chandler Building | 1,973,510 | (1,973,510) | | |
| Chandler FF&E | 1,857,492 | (1,632,615) | 224,877 | **0** |
| **A16 - 2901 S. Capital of Texas Hwy., Barton Creek Square Mall Bldg. #7, Austin, TX 78746 – Closed Store** | | | | |
| Barton Creek FF&E | 1,569,033 | (1,569,033) | | **0** |
| **A18 - 4005 West Walnut Rogers, AR 72756** | | | | |
| Rogers Auto | 13,644 | (13,644) | | |
| Rogers FF&E | 1,405,181 | (1,294,210) | 110,971 | **110,971** |
| **A20 - 1413 N. Waterfront Pkwy East Wichita, KS 67206** | | | | |
| Wichita Building | 1,632,896 | (1,632,691) | 205 | |
| Wichita Auto | 43,079 | (43,079) | | |
| Wichita FF&E | 1,508,922 | (1,409,512) | 99,410 | **99,615** |
| **A26 - 740 Coastal Grand Circle Myrtle Beach, SC 29577** | | | | |
| Myrtle Beach Building | 2,130,131 | (2,130,131) | | |
| Myrtle Beach FF&E | 1,252,386 | (858,646) | 393,740 | **393,740** |
| **A38 - 3700 Lakeside Village Blvd Lakeland, FL 33803** | | | | |
| Lakeland-638 Building | 2,416,563 | (1,262,847) | 1,153,716 | |
| Lakeland 638- FF&E | 814,705 | (685,141) | 129,564 | **1,283,280** |
| **A42 - 2431 W Osceola Pkwy, Kissimmee, FL 34741 – Closed Store** | | | | |
| Kissimmee- FF&E | 1,440,710 | (1,322,282) | 118,428 | **0** |
| **A44 - 4740 S. Hulen Street Ft. Worth, TX 76132** | | | | |
| Hulen Building | 1,720,379 | (1,002,086) | 718,293 | |
| Hulen FF&E | 1,335,314 | (1,200,037) | 135,277 | **853,570** |
| **A45 - 452 South Ridge Rd Wichita, KS 67209** | | | | |
| W Wichita Leasehold | 1,457,580 | (1,040,255) | 417,325 | |
| W Wichita FF&E | 973,071 | (897,346) | 75,725 | **493,050** |
| **A46 - 8926 South Broadway Ave Suite 129 Tyler, TX 75703** | | | | |
| Tyler Leasehold | 1,617,262 | (1,581,948) | 35,314 | |
| Tyler FF&E | 1,129,238 | (1,041,521) | 87,717 | **123,031** |
| **A47 - 5733 State Highway 121 Building B The Colony, TX 75056** | | | | |
| The Colony Leasehold | 1,417,337 | (1,371,699) | 45,638 | |
| The Colony FF&E | 1,073,051 | (992,037) | 81,014 | **126,652** |

# Abuelo's International, LP

Case # 25-43339

Exhibit to Schedule A - Office Furniture & Equipment

| Store # - Address / Description | Cost Basis | A/D | Book Value | Total Assets |
|---|---|---|---|---|
| **A46 - 24600 Katy Fwy Suite 1020, Katy, TX 77494 -Closed Store** | | | | |
| Leasehold | 1,682,351 | (1,682,351) | | |
| Katy | 1,198,286 | (1,116,005) | 82,281 | 0 |
| | | | | |
| **A49 -  2505 Gulf Fwy, League City, TX 77539 – Closed Store** | | | | |
| League City Leasehold | 1,840,189 | (3,168,400) | (1,328,211) | |
| LL Deemed_End Cap | 1,328,211 | | 1,328,211 | |
| League City FFE | 1,216,108 | (1,119,408) | 96,700 | 0 |
| | | | | |
| **A50 - Nickel Creek Retail Center Abuelo's Mexican Restaurant 1531 West 81st  Street, Suite A Tulsa, OK  74132** | | | | |
| Tulsa_Nickel Creek_ Leasehold | 1,451,532 | (664,956) | 786,576 | |
| Tulsa_Nickel Creek_ FFE | 1,040,003 | (983,481) | 56,522 | 0 |
| **GRAND TOTAL** | | | | **8,978,446** |

**Abuelo's International, LP**
Case # 25-43339

Exhibit Schedule A 7 & 8 - Deposits & Prepayments

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

| Vendor | Address | Vendor Account # | Amount |
|---|---|---|---|
| DIRECT ENERGY | PO BOX 660749 DALLAS TX 75266 | 1177680 | 3,000.00 |
| ATMOS | PO BOX 740353 CINCINNATI OH 45274 | 80-00028224112141392 | 350.00 |
| SWGAS | PO BOX 24531 OKLAND CA 94623 | 421-5744209-002 | 5,610.00 |
| WESTSTAR | PO BOX 758500 TOPEKA KS 66675 | 8816310084 | 5,744.33 |
| SANTEE COOPER | PO BOX 188 MONCKS CORNER SC 29461 | 3648410000 | 3,000.00 |
| LAKELAND ELEC | PO BOX 32006 LAKELAND FL 33802-2006 | 3349970 | 12,160.00 |
| KISSIMEE UTL | 101 N. CHURCH ST, SUITE 120 KISSIMMEE 34741-5054 | 600 | 9,810.00 |
| CITY OF FT WORTH | 818 MISSOURI AVENUE, ROOM 154 FORT WORTH TX 76104-3618 | 600 | 1,000.00 |
| ATMOS | PO BOX 740353 CINCINNATI OH 45274 | 3035011216 | 250.00 |
| TYLER BROADWAY/CENTENNIAL LP | PO BOX 841009  DALLAS TX 75284-1009 | | 16,503.50 |
| | | | 57,427.83 |

**Abuelo's International, LP**

Case # 25-43339

Exhibit A 7 & 8 - Deposits & Prepayments

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES AND RENT**

| Store # & Location | Vendor | | Amount Remaining | Description |
|---|---|---|---|---|
| **Corporate** | **Prepaid insurance** | $ | 10,982.00 | Prepaid Insurance |
| | **TOTAL** | **$** | **10,982.00** | |
| | | | | |
| **Corporate** | **Coscto Discount Amortization** | $ | 805,454.00 | Costco Discout Amortization |
| | **TOTAL** | **$** | **805,454.00** | |
| | | | | |
| **Corporate** | **Quadra-Tech** | $ | 22,861.00 | Caddy's |
| | **TOTAL** | **$** | **22,861.00** | |
| | | | | |
| **A1 - 3501 West 45TH  Ave. Amarillo, TX 79109** | | | | |
| | TABC PERMIT 2025 (2nd half in P3 2026) | $ | 1,875.00 | TABC license-2 yr |
| | Hot Schedules (FourthHHS) | $ | 221.01 | Scheduling software |
| | Play Network | $ | 142.08 | Customized music and media experience subscription |
| | KUUSOFT | $ | 285.17 | Digital commercials on tv screen |
| | Lonestar Logo-601 (2025) | $ | 893.75 | Highway billboard signs |
| | RED RAIDER SPORTS (TTU Ads) | $ | 2,000.00 | Advertising with TTU |
| | **TOTAL** | **$** | **5,417.01** | |
| | | | | |
| **A2 - 4401 82nd Street Lubbock, TX 79424** | | | | |
| | Hot Schedules | $ | 221.01 | Scheduling software |
| | Play Network | $ | 142.08 | Customized music and media experience subscription |
| | KUUSOFT | $ | 285.17 | Digital commercials on tv screen |
| | GIFT CARDS (BOB) | $ | 416.67 | Promotion |
| | BMI | $ | 990.07 | Music subscrition |
| | Global Music | $ | 250.00 | Music subscrition |
| | Sesac | $ | 842.97 | Music subscrition |
| | RED RAIDER SPORTS (TTU Ads) | $ | 5,835.00 | Advertising with TTU |
| | Lonestar Logos (602) | $ | 3,286.25 | Highway billboard signs |
| | **TOTAL** | **$** | **12,269.21** | |
| | | | | |
| **A3 - 2908 West Loop 250 North Midland, TX 79705** | | | | |
| | Hot Schedules | $ | 221.01 | Scheduling software |
| | Play Network | $ | 142.08 | Customized music and media experience subscription |
| | LoneStar Logo (2025) | $ | 1,787.50 | Highway billboard signs |
| | KUUSOFT | $ | 285.17 | Digital commercials on tv screen |
| | TTU Ads | $ | 2,000.00 | Advertising with TTU |
| | **TOTAL** | **$** | **4,435.76** | |
| | | | | |
| **A5 - 4782 S. 14th Street Abilene, TX 79605** | | | | |
| | Hot Schedules | $ | 221.01 | Scheduling software |
| | Play Network | $ | 142.08 | Customized music and media experience subscription |
| | LoneStar Logo 2025 | $ | 893.75 | Highway billboard signs |
| | KUUSOFT | $ | 285.17 | Digital commercials on tv screen |
| | RED RAIDER SPORTS (TTU Ads) | $ | 2,000.00 | Advertising with TTU |
| | **TOTAL** | **$** | **3,542.01** | |
| | | | | |
| **A6 - 850 Airport Frwy Hurst, TX 76054** | | | | |
| | Hot Schedules | $ | 221.01 | Scheduling software |
| | Play Network | $ | 142.08 | Customized music and media experience subscription |
| | KUUSOFT | $ | 285.17 | Digital commercials on tv screen |
| | TTU Ads | $ | 1,000.00 | Advertising with TTU |
| | TTU Ads (609) | $ | 222.22 | Advertising with TTU |
| | **TOTAL** | **$** | **1,870.48** | |

**Abuelo's International, LP**

Case # 25-43339

Exhibit A 7 & 8 - Deposits & Prepayments

**8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES AND RENT**

| Store # & Location | Vendor | Amount Remaining | Description |
|---|---|---|---|
| **A7 - 1041 West I-20 Arlington, TX 76017** | | | |
| | Hot Schedules | $ 221.01 | Scheduling software |
| | NCR 607 Terminals do not charge | $ 2,251.60 | J.E.'d in error; needs to be expensed in August |
| | Play Network | $ 142.08 | Customized music and media experience subscription |
| | KUUSOFT | $ 285.17 | Digital commercials on tv screen |
| | TTU Ads | $ 1,000.00 | Advertising with TTU |
| | TTU Ads (609) | $ 222.22 | Advertising with TTU |
| | **TOTAL** | **$ 4,122.08** | |
| | | | |
| **A11 - 16092 N. Arrowhead Fountains Center Dr. Peoria, AZ  85382** | | | |
| | Hot Schedules | $ 220.75 | Scheduling software |
| | KUUSOFT | $ 285.17 | Digital commercials on tv screen |
| | PlayNetwork | $ 141.88 | Customized music and media experience subscription |
| | TTU Ads | $ 1,000.00 | Advertising with TTU |
| | **TOTAL** | **$ 1,647.80** | |
| | | | |
| **A18 - 4005 West Walnut Rogers, AR 72756** | | | |
| | Hot Schedules | $ 206.54 | Scheduling software |
| | KUU Soft | $ 285.17 | Digital commercials on tv screen |
| | PlayNetwork | $ 143.71 | Customized music and media experience subscription |
| | **TOTAL** | **$ 635.42** | |
| | | | |
| **A20 - 1413 N. Waterfront Pkwy East Wichita, KS 67206** | | | |
| | Hot Schedules | $ 206.54 | Scheduling software |
| | PlayNetwork | $ 141.09 | Customized music and media experience subscription |
| | KUUSOFT | $ 285.17 | Digital commercials on tv screen |
| | **TOTAL** | **$ 632.80** | |
| | | | |
| **A26 - 740 Coastal Grand Circle Myrtle Beach, SC 29577** | | | |
| | Hot Schedules | $ 222.33 | Scheduling software |
| | KUU SOFT | $ 285.17 | Digital commercials on tv screen |
| | PlayNetwork | $ 143.06 | Customized music and media experience subscription |
| | **TOTAL** | **$ 650.56** | |
| | | | |
| **A38 - 3700 Lakeside Village Blvd Lakeland, FL 33803** | | | |
| | Hot Schedules | $ 206.54 | Scheduling software |
| | KUU SOFT | $ 285.17 | Digital commercials on tv screen |
| | PlayNetwork | $ 140.44 | Customized music and media experience subscription |
| | FLORIDA LOGOS  2025 | $ 625.00 | Highway Blue exit signS |
| | **TOTAL** | **$ 1,257.15** | |
| | | | |
| **A44 - 4740 S. Hulen Street Ft. Worth, TX  76132** | | | |
| | Hot Schedules | $ 221.01 | Scheduling software |
| | Play Network | $ 142.08 | Customized music and media experience subscription |
| | LoneStar Logo 2025 | $ 2,104.17 | Highway billboard signs |
| | KUUSOFT | $ 285.17 | Digital commercials on tv screen |
| | TTU Ads | $ 1,000.00 | Advertising with TTU |
| | TTU Ads (609) | $ 222.22 | Advertising with TTU |
| | **TOTAL** | **$ 3,974.65** | |

**Abuelo's International, LP**

Case # 25-43339

Exhibit A 7 & 8 - Deposits & Prepayments

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES AND RENT**

| Store # & Location | Vendor | Amount Remaining | Description |
|---|---|---|---|
| **A45 - 452 South Ridge Rd Wichita, KS 67209** | | | |
| | Hot Schedules | $ 206.54 | Scheduling software |
| | PlayNetwork | $ 282.19 | Customized music and media experience subscription |
| | KUUSOFT | $ 285.17 | Digital commercials on tv screen |
| | **TOTAL** | **$ 773.89** | |
| | | | |
| **A46 - 8926 South Broadway Ave Suite 129 Tyler, TX 75703** | | | |
| | Hot Schedules | $ 221.07 | Scheduling software |
| | PlayNetwork Quarterly | $ 142.08 | Customized music and media experience subscription |
| | KUUSOFT | $ 285.17 | Digital commercials on tv screen |
| | TTU Ads | $ 2,000.00 | Advertising with TTU |
| | **TOTAL** | **$ 2,648.32** | |
| | | | |
| **A47 - 5733 State Highway 121 Building B The Colony, TX 75056** | | | |
| | Hot Schedules | $ 221.01 | Scheduling software |
| | Play Network | $ 142.08 | Customized music and media experience subscription |
| | KUUSOFT | $ 285.17 | Digital commercials on tv screen |
| | TTU Ads | $ 1,000.00 | Advertising with TTU |
| | TTU Ads (609) | $ 222.22 | Advertising with TTU |
| | **TOTAL** | **$ 1,870.48** | |
| | | | |
| **A50 - Nickel Creek Retail Center Abuelo's Mexican Restaurant 1531 West 81st Street, Suite A Tulsa, OK 74132** | | | |
| | Hot Schedules | $ 206.54 | Scheduling software |
| | KUU SOFT | $ 285.17 | Digital commercials on tv screen |
| | PlayNetwork | $ 142.43 | Customized music and media experience subscription |
| | **TOTAL** | **$ 634.14** | |
| | | | |
| **GRAND TOTAL** | | **$ 885,678.73** | |

Adolphs International 2.0
Case # 25-43339

Exhibit for Schedule A 19 - Inventory
and
Exhibit for SOFA 27 - Inventories

| **Person In Posession Of Records** | **Address** | **Inventory Process** |
|---|---|---|
| Barbara Smitherman | 4413 82nd St, Suite 250, Lubbock TX 79424 | Each restaurant takes inventory on a weekly and monthly basis. This is done by the management team of each restaurant. This is done with conjunction with their ordering process as well as for financial reporting purposes. |

Corp-Store
4413 82nd St, Lubbock, TX

**Consolidated Current Inventory**

09/02/2025 08:21

| GL Code/Description | On Hand Quantity | On Hand Value $ | In Transit Quantity | In Transit Value $ | Total Quantity | Total Value $ |
|---|---|---|---|---|---|---|
| Meat | 16,589.30 | 115,666.09 | 0.00 | 0.00 | 16,589.30 | 115,666.09 |
| Poultry | 11,662.82 | 36,567.81 | 0.00 | 0.00 | 11,662.82 | 36,567.81 |
| Seafood | 3,650.20 | 28,951.97 | 0.00 | 0.00 | 3,650.20 | 28,951.97 |
| Produce | 11,573.36 | 43,304.83 | 0.00 | 0.00 | 11,573.36 | 43,304.83 |
| Dairy | 370.09 | 15,852.27 | 0.00 | 0.00 | 370.09 | 15,852.27 |
| Cheese | 10,214.24 | 24,566.26 | 0.00 | 0.00 | 10,214.24 | 24,566.26 |
| Bakery | 877.30 | 31,328.38 | 0.00 | 0.00 | 877.30 | 31,328.38 |
| Packaging | 2,047.59 | 6,646.59 | 0.00 | 0.00 | 2,047.59 | 6,646.59 |
| Grocery | 2,000.71 | 94,029.58 | 0.00 | 0.00 | 2,000.71 | 94,029.58 |
| Oil/Seasoning | 1,357.13 | 69,022.98 | 0.00 | 0.00 | 1,357.13 | 69,022.98 |
| Misc/Vendor Fees | (434,255.55) | (93,547.83) | 0.00 | 0.00 | (434,255.55) | (93,547.83) |
| Liquor | 126,355.49 | 126,355.49 | 0.00 | 0.00 | 126,355.49 | 126,355.49 |
| Beer | 57,666.12 | 57,666.12 | 0.00 | 0.00 | 57,666.12 | 57,666.12 |
| Wine | 24,743.26 | 24,743.26 | 0.00 | 0.00 | 24,743.26 | 24,743.26 |
| Bar Grocery | 30,361.12 | 35,870.21 | 0.00 | 0.00 | 30,361.12 | 35,870.21 |
| Office Supplies | 448.24 | 448.24 | 0.00 | 0.00 | 448.24 | 448.24 |
| Smallwares | 2,526.97 | 2,749.55 | 0.00 | 0.00 | 2,526.97 | 2,749.55 |
| Supplies/Vendor Tax | 3,496.73 | 9,511.13 | 0.00 | 0.00 | 3,496.73 | 9,511.13 |
| Chemicals | 144.87 | 13,803.39 | 0.00 | 0.00 | 144.87 | 13,803.39 |
| Total: | | 643,536.32 | | 0.00 | | 643,536.32 |

Hierarchy: Corporate-1-Corporate

# Abuelo's International, LP

Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| 1ST SOURCE RESTAURANT SERVICES INC 665 JONES STREET  LEWISVILLE TX 75057 | MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS & BEANLAND, LLP 8131 LBJ FREEWAY, SUITE 700, DALLAS, TX  75251 | 606001, 607002, 609058, 644009, 646007, 647001 | 53,221.98 | | | Repair |
| A 1 ROCKET INDUSTRIES INC PO BOX 9552  AMARILLO TX 79105 | | 601081 | 2,045.93 | | | Trade |
| A&G SERVICES 3124 WICHITA CT  FORT WORTH TX 76140 | | | 953.25 | | | Repair |
| AAA AFFORDABLE VACUUM SERVICE, INC 2201 S MIDKIFF  MIDLAND TX 79701 | | 603002 | 2,700.00 | | | Services |
| ACE MART RESTAURANT SUPPLY CO P.O. BOX 18100  SAN ANTONIO TX 78218-100 | | 612128, 650090 | 31.39 | | | Supplies |
| ACE MART RESTAURANT SUPPLY COMPANY PO BOX 974297  DALLAS TX 75397-4297 | | 8067858686 | 265.93 | | | Supplies |
| ADVANCED MICROBIAL SERVICES INC. 5738 S.116TH WEST AVE.,  SAND SPRINGS OK 74063 | | | 315.00 | | | Services |
| ADVANCED PIPE REPAIR INC 11870 FM 2932  FORNEY TX 75126 | | 602107 | 1,388.97 | | | Repair |
| AFA, INC. dba AAA FIRE P.O. BOX 3604  LUBBOCK TX 79452 | | 603003 | 3,152.59 | | | Services |
| A-HEAD FOR PROFITS OF FL LLC 240 GREAT CIRCLE ROAD STE 344  NASHVILLE TN 37228 | | 642078 | 147.60 | | | Repair |
| ALL AMERICAN WINDOW STEAM CLEANING PO BOX 13602  ODESSA TX 79768 | | 603082 | 150.00 | | | Services |
| ALL FLOW MECHANICAL LLC 14641 N 61ST DR  GLENDALE AZ 85306 | | 611074, 614059 | 2,370.00 | | | Repair |
| ALL REPAIR PLUMBING INC. PO BOX 3129  BURLESON TX 76097-3129 | | 606065, 607003, 644120 | 2,450.22 | | | Repair |
| ALL SEASONS PROPERTY CARE, INC P.O. BOX 93783  LUBBOCK TX 79493 | | 602094 | 4,527.41 | | | Services |
| ALLIANCE BEVERAGE DISTRIBUTING CO. 1115 N 47TH AVE  PHOENIX AZ 85043 | | 10046, 10298 | 171.80 | | | Liquor |
| ALLIANCE REFRIGERATION INC 3619 N 35TH AVENUE  PHOENIX AZ 85017 | | 00000004, 0000004 | 16,674.66 | | | Repair |
| ALSCO INC 404 N UNIVERSITY AVE  LUBBOCK TX 79415 | | 21001136, 21000685, 21000755, 21000336 | 44,256.00 | | | Linen Services |
| AMARILLO CLEANING SERVICE INC PO BOX 19125  AMARILLO TX 79114 | | 601060 | 525.01 | | | Services |
| AMERICAN FIRE PROTECTION 8194 W. DEER VALLEY ROAD #104-258  PEORIA AZ 85382 | | 611037, 614037 | 2,410.00 | | | Services |
| AMERICAN GREASE TRAPPERS INC 35246 US 19N #268  PALM HARABOR FL 34684 | | 638069 | 1,200.00 | | | Services |
| AMERICAN RESTAURANT SERVICES, LLC 35246 US HWY 19 N # 268  PALM HARBOR FL 34684 | | 638046, 642084 | 685.00 | | | Supplies |
| ANDERSON LOCK & SECURITY SYSTEMS, I 813 6TH AVE SOUTH  SURFSIDE BEACH SC 29575 | | 626073 | 145.00 | | | Repair |
| ANDREWS DISTRIBUTING 1701 PHARR STREET  FORT WORTH TX 76102 | | A1290, A1291, FWA9725 | 944.20 | | | Liquor |
| ANDREWS ELECTRICAL INC 5617 E HILLERY DR  SCOTTSDALE AZ 85254-2449 | | 611081 | 1,113.04 | | | Repair |

# Abuelo's International, LP
Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| ANDREWS PLUMBING SERVICES INC 5617 E HILLERY DR  SCOTTSDALE AZ 85254-2449 | | 611080 | 46,252.17 | | | Repair |
| ANDREWS REFRIGERATION INC 5617 E HILLERY DR  SCOTTSDALE AZ 85254-2449 | | 611082 | 3,527.09 | | | Repair |
| ANTHONY REFRIGERATION SOLUTIONS LLC PO BOX 14382  ODESSA TX 79768 | | | 4,611.99 | | | Repair |
| APS PO BOX 60015  PRESCOTT AZ 86304-6015 | | 7137060000 | 8,990.52 | | | Services |
| ARIZONA CUTLERY & SHARPENING SERVIC 12620 N CAVE CREEK RD #4  PHOENIX AZ 85022 | | 611004,  614003 | 103.14 | | | Services |
| ARLINGTON UTILITIES P O BOX 90020  ARLINGTON TX 76004-3020 | | 20-0715.300 | 2,172.07 | | | Utilities |
| ASTRALCOM, LLC 4747 CANEHILL AVENUE  LAKEWOOD CA 90713 | | | 21,332.00 | | | Advertising |
| AT&T PO BOX 5019  CAROL STREAM IL 60197-5019 | | 831-001-0179 045 | 1,362.78 | | | Services |
| ATTORNEY GENERAL OF THE UNITED STATES OFFICE OF THE ATTORNEY GENERAL MAIN JUSTICE BUILDING, RM 5111 10TH & CONSTITUTION AVENUE, N.W.  WASHINGTON, DC 20530 | | | - | | | |
| ATLANTIC FOODSERVICE REPAIRS, INC PO BOX 14664  SURFSIDE BEACH SC 29587 | | 626027 | 1,082.93 | | | Repair |
| ATMOS ENERGY PO BOX 740353  CINCINNATI OH 45274-0353 | | 3011275012, 30-00040728605165884, 4006180212, 3044488310, 80-00028224112141392, 3037811198, 3035011216 | 14,429.67 | | | Utilities |
| AVIVE TRI-STATE SALES & LOGISTICS, PO BOX 146  OLD WESTBURY NY 11568-0146 | | 611006 | 272.76 | | | Supplies |
| BARMALADE LLC 190 E STACY ROAD STE 306-125 ALLEN TX 75002 | | 601066, 602091, 603074, 605049, 606057, 607050, 611061, 612093, 614051, 618070, 620061, 626076, 638054, 642056, 644108, 645075, 646022, 647020, 650072 | 12,400.00 | | | Liquor |
| BECKER ELECTRIC CO LTD 4830 LAKE CECILE DRIVE  KISSIMMEE FL 34746 | | 642035 | 438.04 | | | Repair |

# Abuelo's International, LP

Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| BEN E KEITH COMPANY<br>PO BOX 2628 ATTN: BRENDA BITTLE FORT WORTH TX 76113 | | 204956, 418884, 043946, 413612, 052884, 418736, 043945, 043939, 000322, 000322, 000331, 000333, 000333, 715620, 739785, 744254, 744273, 772834, 300564, 205029, 207297, 81416 | 1,303,534.86 | | | Food |
| BIO-GREEN SERVICES LLC<br>PO BOX 50905  MESA AZ 85208 | | 614043 | 800.00 | | | Services |
| BLACK HILLS UTILITY HOLDING<br>PO BOX 6001  RAPID CITY SD 57709-6001 | | 8882 7682 12,  0199 7820 95 | 5,570.67 | | | Utilities |
| BOSS VENTURES TEXAS LLC<br>200 S ONG ST  AMARILLO TX 79106 | | 601020 | 491.88 | | | Service |
| BRANDABILITY INC<br>10501 INDIANA AVE  LUBBOCK TX 79423 | | 150465, 113691, 113772, 113774, 113776, 113789, 113790, 113786, 113793, 113892, 113899, 114031, 114035, 164439, 464954, 516748, 150465 | 1,045.31 | | | Inventory |
| BREWER COMMERCIAL SERVICES, LLC<br>1911 W PARKSIDE LANE  PHOENIX AZ 85027 | | 611009 | 870.00 | | | Repair |
| BROOKS GREASE SERVICES INC<br>3104 N ERIE AVE TULSA OK 74115 | | 22018, 21841, 618060, 14442 | 1,170.00 | | | Services |
| BUDWEISER DISTRIBUTING CO<br>100 S. PHILADELPHIA  AMARILLO TX 79104 | | 00060 | - | | | Liquor |
| BYRNE ACQUISITION GROUP, LLC<br>3926 WESLEY STREET STE 301 MYRTLE BEACH SC 29579 | | 2948 | 1,000.00 | | | Advertising |
| CAPROCK CLAIMS MANAGEMENT, LLC<br>1825 LAKEWAY DRIVE #200 LEWISVILLE TX 75057 | | | 8,410.59 | | | Medical |
| CARENOW CORPORATE<br>P.O. BOX 9101  COPPELL TX 75019 | | | 655.04 | | | Insurance |
| CARSWELL ENTERPRISES<br>PO BOX 832674  RICHARDSON TX 75083 | | 647023 | 525.00 | | | Services |
| CENTERPOINT ENERGY RESOURCES CORP<br>PO BOX 4981  HOUSTON TX 77210-4981 | | 6400546956-0, 6401571664-6 | 2,081.85 | | | Utilities |
| CENTRAL FOOD EQUIPMENT INC<br>3310 REYNOLDS RD  LAKELAND FL 33803 | | 11545 | 132.38 | | | Equipment |
| CEQUEL COMMUNICATIONS LLC<br>PO BOX 200904  DALLAS TX 75320-0904 | | | 1,650.00 | | | Internet Connectivity |
| CHAIR & VINYL DOCTOR<br>11387 N HWY 59  GRAVETTE AR 72736 | | 618082 | 874.91 | | | Repair |
| CHRIS MICHAEL MOODY<br>2726 CAMPER AVENUE  KISSIMMEE FL 34744 | | 642076 | 800.00 | | | Services |

**Abuelo's International, LP**
Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| CHRIS YAHNIS COASTAL 1864 HUSTED ROAD  CONWAY SC 29526 | | 1545 | - | | | Liquor |
| CINTAS CORPORATION NO 2 PO BOX 630803  CINCINNATI OH 45263-0803 | | 65056 | 189.18 | | | Services |
| CITY OF ABILENE P O BOX 3479  ABILENE TX 79604-3479 | | 51-4513-00 | 4,308.49 | | | Utilities |
| CITY OF AMARILLO P O BOX 100  AMARILLO TX 79105-0100 | | 0311563-003 | 3,033.65 | | | Utilities |
| CITY OF FORT WORTH 1000 THROCKMORTON STREET  FORT WORTH TX 76102-6311 | | | 1,532.72 | | | Utilities |
| CITY OF HURST 1505 PRECINCT LINE ROAD  HURST TX 76054-3302 | | 50727/ 50728 | 2,998.97 | | | Utilities |
| CITY OF LAKELAND CITY HALL-FINANCE CUSTOMER BILLING 228 S MASSACHUSETTS AVE LAKELAND FL 33801 | | 3371957 | 1,728.23 | | | Licences |
| CITY OF LUBBOCK UTILITIES PO BOX 10541  LUBBOCK TX 79408-3541 | | 9466310-9826927 | 4,304.42 | | | Utilities |
| CITY OF MIDLAND PO BOX 208342  DALLAS TX 75320-8342 | | 177925-139812-140770 | 3,668.43 | | | Utilities |
| CITY OF MYRTLE BEACH HOSPITALITY FEES PO BOX 2468 MYRTLE BEACH SC 29578 | | 1-004-00123-00 | 1,894.30 | | | Licences |
| CITY OF PEORIA, AZ 8401 W.MONORE ST. ATTN: M.A.R. PROCESSING PEORIA AZ 85345 | | 51416-01 | 1,824.91 | | | Utilities |
| CITY OF PLANO  P. O. BOX 861990 PLANO TX 75086-1990 | | 218893-145706 | 642.49 | | | Utilities |
| CITY OF TULSA UTILITIES SERVICES UTILITIES SERVICES  TULSA OK 74187-0002 | | 1043 1720 1 | 2,745.33 | | | Utilities |
| CMC GROUP INC PO BOX 778889  CHICAGO IL 60677-8889 | | CN249826 | 252.04 | | | Trade |
| COASTAL OUTDOOR ADVERTISING P.O. BOX 7277  MYRTLE BEACH SC 29572 | | 4670 | 3,600.00 | | | Services |
| COASTAL REFRIGERATION SERVICES, INC 156 ROCK MOSS ROAD  MYRTLE BEACH SC 29588 | | 626075 | 45,058.89 | | | Repair |
| COCA COLA USA PO BOX 101086  ATLANTA GA 30392 | | 0003598573, 1321960, 1321960, 1321960, 2062033, 0003753293, 0004454469, 7359824, 8559150, 5414291, 645029, 6853439, 3381825, 650049 | 2,057.57 | | | Food |
| CODY HENRY 3250 NONESUCH RD  ABILENE TX 79606 | | | 750.00 | | | Repair |
| COLBURN ELECTRIC LLC 829 W ELGIN ST  BROKEN ARROW OK 74012 | | 612080 | 3,056.98 | | | Repair |
| COMMERCIAL COOKING SERVICES, LLC 330 NORTH WASHINGTON AVE  WICHITA KS 67202 | | 645086 | 606.79 | | | Repair |
| COOKFIX SOLUTIONS 2917 SOUTH 28TH STREET  ABILENE TX 79605 | | 605054 | 3,788.53 | | | Repair |

# Abuelo's International, LP
Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| COZZINI BROS INC<br>8430 W BRYN MAWR AVE STE 800  CHICAGO IL 60631 | | 22423, 22433, 22431, 22426, 27557, 26797, 45416, 45660, 626043, 755841, 29797, 44488, 783577, 871100, 29807, 650040 | 3,128.13 | | | Services |
| CRESCENT CROWN DISTRIBUTING LLC<br>402 SOUTH 54TH PLACE  PHOENIX AZ 85034 | | 921962, 924632 | - | | | Liquor |
| CROSSOVER LANDSCAPING INC<br>6068 S PRIMROSE  LOWELL AR 72745 | | 618091 | 990.00 | | | Services |
| CURRY & COMPANY PLUMBING INC<br>950 W BEACON ROAD  LAKELAND FL 33803 | | 638024 | 340.42 | | | Repair |
| D&S HEATING AND COOLING LLC<br>776 AMETHYST AVE  SPRINGDALE AR 72764 | | 618071 | 1,400.00 | | | Repair |
| DEWITT EQUIPMENT CO.<br>P.O. BOX 2189  MESA AZ 85214 | | 611011, 614008 | 445.00 | | | Services |
| DOMINION ENERGY SOUTH CAROLINA INC<br>P.O. BOX 100255  COLUMBIA SC 29202-3255 | | 0-2100-6545-7940 | 2,676.23 | | | Utilities |
| DR. VINYL OF LUBBOCK<br>PO BOX 12  TAHOKA TX 79373 | | 602104 | 540.00 | | | Repair |
| EARTHTEK INC<br>408 113TH STREET  ARLINGTON TX 76011 | | 606062, 607058, 644115 | 4,314.00 | | | Services |
| ECO SUPREME WATER INC<br>13912 INDIANA AVE  LUBBOCK TX 79423 | | 603088, 607064, 646042, 647027 | 1,384.48 | | | RO water services |
| ECOLAB INC<br>PO BOX 70343  CHICAGO IL 60673-0343 | | 0 | 9,842.25 | | | Equipment |
| ECO-PEST SOLUTIONS<br>PO BOX 1062  MULBERRY FL 33860-1062 | | 638043, 642050 | 786.45 | | | Pest control services |
| EDWARD DON<br>3501 PLANO PKWY  THE COLONY TX 75056 | | 1053657, 0040410316, 0384503, 1055380, 40436428, 4000472034, 0060001113, 0048443070, 614043, 618039, 1067063, 05015, 1035145, 1045322, 1112077, 645007, 1148265, 1148574, 1192163 | 63,475.68 | | | Food and smallwares |
| ELITE LANDSCAPE SERVICES LLC<br>8438 W PINNACLE PEAK ROAD  PEORIA AZ 85383 | | 611065 | 542.00 | | | Services |
| ELIZABETH WILKERSON<br>PO BOX 16056  FORT WORTH TX 76162 | | 607057 | 826.03 | | | Repairs |
| ENVIRO-MASTER INTERNATIONAL FRANCHI<br>5200 77 CENTER DRIVE SUITE 500  CHARLOTTE NC 28217 | | CNTX000159, CPXW000003, CPXE000001, CWCH000036, CNTX000160 | 5,818.90 | | | Services |

# Abuelo's International, LP

Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| ENVIROMENTAL DRAIN & ODOR CONTROL PO BOX 14359  MESA AZ 85216 | | 614009 | 435.00 | | | Repair |
| EVERGY KANSAS CENTRAL INC PO BOX 419353  KANSAS CITY MO 64141-6353 | | 8816310084, 7356589366 | 7,484.87 | | | Utilities |
| FACILITY SOLUTIONS GROUP P.O. BOX 200942  DALLAS, TX  75320-0942 | | 708805-0045 | 1,713.03 | CUD | | Supplies |
| FARMER BROS CO PO BOX 846224  LOS ANGELES CA 90084-6224 | | 622183, 1626455, 595181, 707778, 436279, 1210501, 1203024, 1203025, 1203104, 1200355, 1214135, 1625387, 638670, 1656600, 5102432, 7201330, 8306581, 8450379, 8450360, 9295666 | 25,539.76 | | | Food |
| FIREWISE TEXAS LLC 4000 W INTERSTATE 20  WEATHERFORD TX 76088 | | 644121 | 1,904.15 | | | Services |
| FISHER59-DENTON 2421 I-35 W NORTH  DENTON TX 76207 | | 49366 | 659.00 | | | Services |
| FIVESTAR RECRUITING,LLC 3304 MAIDEN STREET  VERNON TX 76384 | | | 11,100.00 | | | Professional |
| FRANK GAY SERVICES INC 3763 Mercy Star Ct  ORLANDO FL 32808 | | 642051 | 1,738.19 | | | Professional |
| G S SEARS ENTERPRISES INC PO BOX 1061  WINTERHAVEN FL 33882 | | 638030, 642033 | 5,941.50 | | | Services |
| GAFFORD  PEST CONTROL SERVICES, INC P O BOX 3233  LUBBOCK TX 79452 | | 1574 | 56.83 | | | Services |
| GARRISON BROS SIGNS INC 2523 EAST 50TH STREET  LUBBOCK TX 79404 | | | 624.65 | | | Repair |
| GARY B HUGHES 8002 NCR 5830  SHALLOWATER TX 79363 | | | 110.00 | | | Repairs |
| GAS SOUTH, LLC P.O. BOX 530552  ATLANTA GA 30353-0552 | | 3803400101, 5553626394 | 2,960.37 | | | Utilities |
| GASKET GUY OF DFW LLC 2201 MIDWAY RD STE 324  CARROLLTON TX 75006 | | 606007, 647011 | 895.59 | | | Repair |
| GERRY R CHAPMAN 2700 CANYON DR  AMARILLO TX 79109 | | 601083 | 500.00 | | | Supplies |
| GG DISTRIBUTING LLC 100 N CHURCH  PALESTINE TX 75801-0000 | | G1072 | - | | | Liquor |
| GOLDEN LIGHT EQUIPMENT P O BOX 9005  AMARILLO TX 79105 | | 4102 | 822.92 | | | Equipment |
| GORDON FOOD SERVICE INC PAYMENT PROCESSING CENTER PO BOX 88029 CHICAGO IL 60680-1029 | | 100007659, 100011088, 100027992 | 133,483.27 | | | Food |
| GREASE GUARD LLC 2019 CORPORATE LN SUITE 119  NAPERVILLE IL 60563 | | 602102, 605050 | 269.64 | | | Services |
| GREASEBUSTERS, INC. P.O. BOX 6571  ABILENE TX 79608 | | 605009 | 625.00 | | | Services |

**Abuelo's International, LP**
Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| GUARDIAN POWER CLEANING 1339 N. RICHMOND TULSA OK 74115 | | 612010 | 540.00 | | | Services |
| HAMCO BUSINESS SOLUTIONS P.O. BOX 1237 SILOAM SPRINGS AR 72761 | | ABUEL1 | 628.96 | | | Supplies |
| HIGH-TECH VINYL REPAIR PO BOX 1943 EULESS TX 76039 | | 644015 | 657.07 | | | Repair |
| HOUSE OF SCHWAN INC 3636 N. COMOTARA WICHITA KS 67226 | | 001413, 645035 | - | | | Advertising |
| HS4 MIDCO CORP PO BOX 18364 PALATINE IL 60055-8364 | | C140412, C140417 | 99.42 | | | Medical |
| JACOB LIQUOR EXCHANGE 3049 N ROCK ROAD WICHITA KS 67226 | | 10-002-2036-01645036 | 149.82 | | | Liquor |
| JAMES YOUNG 4413 82ND STREET, SUITE 250 LUBBOCK, TX 79424 | | | 750,000.00 | | Y | Subordinated Loan |
| JMA BROTHERS PLUMBING 314 SW 45TH AMARILLO TX 79110 | | 601065 | 360.13 | | | Repair |
| JESSICA LLOYD | DINSMORE & SHOHL, LLP 707 VIRGINIA STREET E., SUITE 1300 CHARLESTON, WV 25301 | | Unknown | CUD | | EEOC Claim |
| JOE EAST ENTERPRISES, INC 3414 MIDCOURT STE 108 CARROLLTON TX 75006 | | 607063 | 681.98 | | | Services |
| JOE JOHNSON P.O. BOX 53245 LUBBOCK TX 79453 | | 602048 | 3,721.01 | | | Repairs |
| JOHNSON PUMPING INC. 1901 E. CR 7110 LUBBOCK TX 79404 | | 602027 | 373.00 | | | Repair |
| KAREN HOLLEY 2704 MEADOWS DR PLANO TX 75074 | | 609074 | 1,497.00 | | | Repair |
| KIM HUNTER 9548 W. JJ RANCH ROAD PEORIA, AZ 85383 | JABURG WILK 1850 N CENTRAL AVE STE 1200 PHOENIX, AZ 85004-4537 | | Unknown | CUD | | EEOC Claim |
| KDN ENTERPRISES LLC 650 S 79TH STREET CHANDLER AZ 85226 | | 614032 | 1,297.40 | | | Services |
| KEVIN KOBLIZEK 873 ALAMEDA ABILENE TX 79605 | | 605041 | 675.00 | | | Services |
| KEY CITY SEPTIC SERVICE P O BOX 3196 ABILENE TX 79604 | | 605014 | 2,083.11 | | | Services |
| LAKELAND ELECTRIC P.O. BOX 32006 LAKELAND FL 33802-2006 | | 3349970 | 7,116.09 | | | Utilities |
| LAMAR TEXAS LIMITED PARTNERSHIP P.O. BOX 96030 BATON ROUGE LA 70896 | | 107427, 70407 | 14,645.00 | | | Services |
| LANE & MCCLAIN DISTRIBUTORS INC 2245 MIDWAY RD SUITE 300 CARROLLTON TX 75006 | | 000213, 137025, 605031, 136667, 000213, 135562, 135561, 614035, 618020, 135568, 626033, 135513, 000213, 100170, 645040, 137993, 138164, 140079 | 2,282.93 | | | Services |
| LDF SALES & DISTRIBUTING 10718 E MARSHALL ST TULSA OK 74116-5678 | | 80135 | 188.35 | | | Liquor |

**Abuelo's International, LP**
Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| LEWIS STREET GLASS CO INC 743 S MARKET WICHITA KS 67211 | | | 150.50 | | | Repair |
| LIMEHOUSE PRODUCE LLC 2660 CARNER AVENUE NORTH CHARLESTON SC 29405-8345 | | 083404 | 14,850.57 | | | Food |
| LONESTAR LOGO MANAGEMENT COMPANY, L 3701 BEE CAVES RD STE 202 AUSTIN TX 78746 | | FOOD0049 | 3,286.25 | | | Repair |
| LOOKOUT EQUITIES, INC 3983 DICK POND ROAD MYRTLE BEACH SC 29588 | | 262016 | 801.15 | | | Repair |
| MANCILL LLC 3201 MR JOE WHITE AVENUE MYRTLE BEACH SC 29577 | | 626087 | 3,385.39 | | | Services |
| MANER FIRE EQUIPMENT PARTNERSHIP LP PO BOX 26 ARLINGTON TX 76004 | | 606046, 646013 | 3,190.67 | | | Services |
| MARMIC FIRE & SAFETY CO INC P.O. BOX 1939 LOWELL AR 72745 | | 612112, 618079, 650083 | 6,772.08 | | | Services |
| MATLOCK SECURITY SERVICES PO BOX 428 c/o Cornerstone Billing BEDFORD PARK IL 60499-0428 | | CB7692 | 120.00 | | | Services |
| MCCOY'S PLUMBING CO INC 13085 CR 192 TYLER TX 75703 | | 646037 | 186.16 | | | Repair |
| MEDICAL CITY NORTH HILLS PO BOX 406321 ATLANTA GA 30384-6321 | | | 1,004.01 | | | Medical |
| MEDICAL CITY PLANO PO BOX 406462 ATLANTA GA 30384-6462 | | | 25,372.56 | | | Medical |
| MICHAEL SEAL MASTER OF DISASTER 3909 VAN DEMAN DR BENBROOK TX 76116 | | 644006 | 2,279.00 | | | Services |
| MICHAELS KEYS INC 1313 KARLA DRIVE HURST TX 76053 | | 606052 | 368.05 | | | Repair |
| MIDLAND MEMORIAL HOSPITAL 400 ROSALIND REDFERN GROVER PKY MIDLAND TX 79701 | | | 4,323.19 | | | Medical |
| MR PLUMBGOOD 1016 W 15TH STREET ODESSA TX 79763 | | 603086 | 345.93 | | | Repair |
| MYRTLE BEACH EXHAUST SERVICES 8350 BALMWOOD CIRCLE MYRTLE BEACH SC 29588 | | 626034 | 2,199.50 | | | Repair |
| NELBUD SERVICES LLC PO BOX 809641 CHICAGO IL 60680 | | 620068 | 1,464.74 | | | Repair |
| NEXT PRO LLC P.O. BOX 423363 KISSIMMEE FL 34741 | | 642058 | 290.26 | | | Professional |
| NUTRITION MADE SIMPLE 163 LUCHASE ROAD LINDEN VA 22642 | | | 500.00 | | | Services |
| O.P.A.C.S. P.O. BOX 41896 MESA AZ 85274 | | 614045, ABU828 | 1,549.96 | | | Supplies |
| OCCUPATIONAL HEALTH CENTERS P.O. BOX 9005 ADDISON TX 75001 | | | 1,471.73 | | | Medical |
| OFFICE OF THE UNITED STATES TRUSTEE 1100 COMMERCE ST STE 976 DALLAS, TX 75242-1011 | | | - | | | |
| OKLAHOMA NATURAL GAS P O BOX 219296 KANSAS CITY MO 64121-9296 | | 111-3394124-001, 213470952 2594167 91 | 221.05 | | | Utilities |
| ONSITE MEDIA SOLUTIONS LLC PO BOX 682675 PARK CITY UT 84068 | | | 503.36 | | | Professional |

**Abuelo's International, LP**
Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| ORKIN<br>1611 DIVIDEND LOOP MYRTLE BEACH SC 29577 | | 626038 | 616.00 | | | Services |
| O'SHUCKS, INC<br>P.O. BOX 93311 PHOENIX AZ 85070-3311 | | 614053 | 369.00 | | | Services |
| OSWALT RESTAURANT SUPPLY<br>4532 ENTERPRISE DRIVE OKLAHOMA CITY OK 73128 | | 04-ABU0002, 01-FOO0101, 01-FOO0101, 04-ABU0018, 04-ABU0026 | 1,219.46 | | | Equipment |
| OWEN'S LIQUOR<br>8000 N. KINGS HWY MYRTLE BEACH SC 29572 | | 4485533 | - | | | Liquor |
| PACIFIC WEST LLC<br>1555 W 2200 S SUITE A SALT LAKE CITY UT 84119 | | 611078 | 29,717.11 | | | Repair |
| PARKIS AIR CARE INC<br>401 S TERRELL ST MIDLAND TX 79701 | | | 649.50 | | | Repair |
| PATTON TERMITE & PEST CONTROL, INC<br>7920 W KELLOGG DR SUITE 201 WICHITA KS 67209 | | 62005845071 | 739.62 | | | Services |
| PB PARENT HOLDCO LP<br>PO BOX 735358 DALLAS TX 75373-5358 | | C467560, C442160 | 790.13 | | | Repair |
| PERFORMANCE AWARD CENTER, INC<br>FILE#916241 PO BOX 961094 FT WORTH TX 76161-0094 | | | 5,833.49 | | | Supplies |
| PINKIE'S LIQUOR -MIDLAND<br>1426 E. 8TH STREET ODESSA TX 79761 | | 9000 | 2,662.35 | | | Liquor |
| PLANT CARE DESIGN LLC<br>12520 SCHROEDER RD STE 103 DALLAS TX 75243 | | E01272 | 2,458.54 | | | Services |
| PLAYNETWORK INC<br>PO BOX 204515 DALLAS TX 75320-4515 | | | 4,257.82 | | | Internet Services |
| PREMIER BEVERAGE COMPANY<br>P.O. BOX 820410 SOUTH FLORIDA FL 33082 | | 700025353, 700053939 | 465.90 | | | Liquor |
| PROTECHS RCS LLC<br>15987 COUNTY RD 355 TERRELL TX 75161 | | 646048 | 887.65 | | | Services |
| PROTOCALL LLC<br>303 W LOOP 281 STE 110 PMP 149 LONGVIEW TX 75605 | | 607060 | 5,604.25 | | | Services |
| PUBLIC SERVICE COMPANY OF OKLAHOMA<br>PO BOX 371496 PITTSBURGH PA 15250-7496 | | 957-797-890-1-5 | 9,264.14 | | | Utilities |
| PURIFIED SOLUTIONS, LLC<br>5815 82ND STREET #145-141 LUBBOCK TX 79424 | | 601074, 602090, 605048 | 4,854.89 | | | Services |
| RADIATE HOLDINGS LP<br>PO BOX 679367 DALLAS TX 75267-9367 | | 8401-0800827-01 | 337.03 | | | Telephone |
| RAFAEL MARTINEZ<br>4421 S PIPKIN RD LAKELAND FL 33811 | | 638052 | 486.00 | | | Services |
| RAIDER POWER WASH LLC<br>12007 FM 3431 SLATON TX 79364 | | 602100 | 1,299.00 | | | Services |
| RAQUEL CANO RAMIREZ LAWNCARE<br>6904 MARGARET DRIVE FORT WORTH TX 76140 | | 606055 | 1,250.00 | | | Services |
| REDDI INDUSTRIES, LLC<br>6205 E KELLOGG DR WICHITA KS 67218 | | 110456 | 2,870.16 | | | Supplies |
| REED BEVERAGE INC<br>4101 AMARILLO STREET ABILENE TX 79602 | | 4309 | 48.60 | | | Liquor |

**Abuelo's International, LP**

Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| REEDCO LLC 4210 WEST BANFF LN  PHOENIX AZ 85053 | | 614061 | 1,078.90 | | | Liquor |
| REPUBLIC NATIONAL DIST-GRAND PRAIRE 1010 ISUZU PKWY  GRAND PRAIRIE TX 75050-6476 | | 201013075, 201013080, 201013508, 202033465, 200022979 | 308.88 | | | Liquor |
| REPUBLIC NATIONAL DIST-LUBBOCK 507 LUBBOCK BUSINESS PARK BLVD  LUBBOCK TX 79403 | | 400008536, 500010901 | (120.00) | | | Liquor |
| REPUBLIC NATIONAL DIST-TAMPA P.O. BOX 24598  TAMPA FL 33623-4598 | | 635612, 592766 | 273.00 | | | Liquor |
| RNDC TEXAS LLC 1010 ISUZU PARKWAY  GRAND PRAIRE TX 75050 | | 0 | 173.97 | | | Liquor |
| SAFETY-HOOD INC PO BOX 132124  TYLER TX 75713 | | 646008 | 378.88 | | | Services |
| SAFETYTEC HOOD CLEANING 3503 W HARRY  WICHITA KS 67213 | | 620028, 645055 | 945.00 | | | Services |
| SANTEE COOPER PO BOX 188  MONCKS CORNER SC 29461-0188 | | 3648410000 | 8,553.72 | | | Utilities |
| SAPPHIRE WINDOW CLEANING INC 10032 S SHERIDAN SUITE I  TULSA OK 74133 | | 612089 | 286.00 | | | Services |
| SECURITAS TECHNOLOGY CORPORATION PO BOX 643731  PITTSBURGH PA 15264-3731 | | ABU-001, FOO-003 | 9,254.38 | | | IT systems security |
| SERVICEXPERTS INC 27311 W 4TH NORTH  GARDEN PLAIN KS 67050 | | 620049 | 11,488.58 | | | Repair |
| SEWELL MECHANICAL INC. 4813 S 101st  E AVE  TULSA OK 74146 | | 612014 | 4,590.00 | | | Repair |
| SHAMROCK FOODS COMPANY 2540 N 29TH AVE  PHOENIX AZ 85009 | | 0043386, 0046016 | 108,869.32 | | | Food |
| SIMON ROOFING AND SHEET METAL CORP P.O. BOX 951109  CLEVELAND OH 44193 | | 642085 | 7,608.46 | | | Repair |
| SMELLS SO FRESH LLC 8 SEQUOIA WAY  KISSIMMEE FL 34758 | | 642060 | 644.58 | | | Services |
| SMG US MIDCO 2, INC 1100 NORTH 6TH STREET  ABILENE TX 79601 | | 605034 | 1,971.06 | | | Services |
| SOCi, INC 8605 SANTA MONICA BLVD PMB 47149  WEST HOLLYWOOD CA 90069-4109 | | | 6,665.46 | | | Internet, social media monitoring |
| SOUTHERN CROWN PARTNERS COASTAL 908 JACKSON STREET  MYRTLE BEACH SC 29577 | | 626 | - | | | Liquor |
| SOUTHERN GLAZER'S WINE AND SPIRITS 4550 EXCEL PARKWAY SUITE 500  ADDISON TX 75001 | | 1000041150, 1000041426, 100032819, 1000041877, 1000264604, 1000264565, 100264573, 1000264280, 1000115722, 650043 | 1,452.61 | | | Liquor |
| SOUTHWEST GAS CORPORATION PO BOX 24531  OAKLAND CA 94623-1531 | | 421-5744209-002, 421-5926779-002 | 2,880.92 | | | Utilities |

Page 10 of 13

# Abuelo's International, LP

Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| SOUTHWEST WATER CONDITIONING P.O. BOX 77043  MINNEAPOLIS MN 55480-7743 | | 291-00030874-7 | 3,081.22 | | | Services |
| SOUTHWESTERN ELECTRIC POWER P.O BOX 371496  PITTSBURGH PA 15250-7496 | | 960-110-148-0-8 | 6,854.81 | | | Utilities |
| SPARKLING CLEAN MAINTENANCE PO BOX 2138  CONWAY SC 29528 | | 6260068 | 570.00 | | | Services |
| SPECS FAMILY PARTNERS LTD 2410 SMITH ST  HOUSTON TX 77006 | | 109699, 109698, 109697, 646027, 110151, 195124 | 2,994.45 | | | Liquor |
| SSPR LLC 105 E MORENO AVE #101  COLORADO SPRINGS CO 80903 | | | 18,823.90 | | | Services |
| STANDARD SALES CO 901 E. 66 TH STREET  LUBBOCK TX 79404 | | 5127 | - | | | Liquor |
| STAPLES CONTRACT & COMMERCIAL, INC PO BOX 660409  DALLAS TX 75266-0409 | | B24224, 601057, 1066741, 1066742, 10057467, 1066745, 1066746, 10057467, 618033, 1066757, 1066762, 1066773, 1066777, 1066779, DA@B36425, DA@B36438 | 3,417.02 | | | Supplies |
| SUMMER BALL SHOWDOWN INC 6501 W. IRVING ST  WICHITA KS 67209 | | | 1,000.00 | | | Advertising |
| SUMMIT FIRE & SECURITY LLC PO BOX 855227  MINNEAPOLIS MN 55485-5227 | | ABUELOS42, ABUELO1066, ABUEL89745 | 2,724.61 | | | Services |
| SUNRISE LANDSCAPE MAINTENANCE, LLC PO BOX 50994  MESA AZ 85208 | | 614022 | 2,885.00 | | | Services |
| SUPERIOR LINEN SERVICE 8224 W RENO  OKLAHOMA CITY OK 73127 | | 1199, 618041, 1000003795, 1000005470, 1000006740 | 10,664.61 | | | Supplies |
| TAYLOR FREEZER SALES 2825 E. CHAMBERS ST.  PHOENIX AZ 85040 | | A187 | 72.35 | | | Equipment |
| TECO PEOPLE GAS PO BOX 31318  TAMPA FL 33631-3318 | | | 1,626.20 | | | Utilities |
| TENNESSEE AMERICAN WATER P.O. BOX 6029  CAROL STREAM IL 60197-6029 | | | 123.66 | | | Utilities |
| TEXAS ALCOHOL BEVERAGE COMMISSION LICENSE AND PERMITS DIVISION PO BOX 13127  AUSTIN, TX 78711 | | | - | | | |
| TEXAS ATTORNEY GENERAL'S OFFICE BANKRUPTCY-COLLECTIONS DIVISION P.O. BOX 12548  AUSTIN, TX 78711-2548 | | | - | | | |
| THE CITY OF WICHITA PO BOX 2922  WICHITA KS 67201-2922 | | | 2,596.81 | | | Utilities |
| TODDS QUALITY TOMATOES INC 2350 1 BEARDALL AVE  SANFORD FL 32771 | | 638064, 642 | 9,885.33 | | | Food |

**Abuelo's International, LP**

Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| TOP QUALITY CARPET & TILE CLEANING 213 CAROLINA CROSSING BLVD  LITTLE RIVER SC 29566 | | 626078 | 2,175.00 | | | Services |
| TORCH SERVICE COMPANY LLC P.O. BOX 2218  OWASSO OK 74055 | | 612105 | 2,244.00 | | | Services |
| TRIPADVISOR HOLDINGS, LLC 400 1ST AVENUE  NEEDHAM MA 02494 | | | 2,967.75 | | | Advertising |
| TROPICAL PLANT DESIGN INC 2702 W SKELLY DRIVE  TULSA OK 74107 | | 650048 | 701.88 | | | Services |
| TRUTEK AIR CONDITIONING AND HEATING 419 W LONE CACTUS DR  PHOENIX AZ 85027 | | 611076 | 6,128.13 | | | Repair |
| TWC SERVICES, INC. PO BOX 14496  DES MOINES IA 50306-1612 | | 256237 | 726.27 | | | Supplies |
| TWIN CITY PRODUCE OF SPRINGDALE 1100 71-PLAZA CT SUITE 11  SPRINGDALE AR 72764 | | 618065 | 437.50 | | | Food |
| TWO SHORKIES LLC 1008 NE 12TH STREET  FORT WORTH TX 76102 | | 606044 | 249.99 | | | Services |
| TXU ENERGY P.O. BOX 650638  DALLAS TX 75265-0638 | | 100032548975, 100033417824, 100042988721, 100043349970, 900064250174, 100034126652, 100033417813, 100033417801, 100033417846 | 31,287.97 | | | Utilities |
| ULTRA-PAK, INC. PO BOX 850812  MESQUITE TX 75185-0812 | | 606023 | 102.84 | | | Supplies |
| UNITED STATES ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY 1100 COMMERCE ST 3RD FLOOR  DALLAS, TX 75242-1699 | | | - | | | |
| UPHOLSTERY PROFESSIONALS PO BOX 291973  TAMPA FL 33687 | | 638066 | 537.50 | | | Repair |
| USA CLEAN & GREEN 1331 AIRLINE DR  GRAPEVINE TX 76051 | | 606047, 607042, 644030, 647008 | 5,877.98 | | | Services |
| VIRTUAL VISA FIRST BANK & TRUST, 9816 SLIDE ROAD, LUBBOCK, TX  79424 | | | 36,028.02 | | | |
| VSC FIRE & SECURITY, INC. P.O. BOX 749259  ATLANTA GA 30374-9259 | | FOODCONC626060 | 1,380.00 | | | Services |
| W.W.GRANGER, INC 502 E. 40TH STREET, LUBBOCK, TX  79404 | | | 95.90 | | | |
| WATTS HEATING & HOT WATER SOLUTIONS 425 W EVERMAN PKWY SUITE 101  FORT WORTH TX 76134 | | 601079, 603087, 620067, 626095 | 35,342.83 | | | Repair |
| WEIDNER TECHNICAL SOLUTIONS PO BOX 970  AMARILLO TX 79109 | | 601033 | 11,725.47 | | | Repair |
| WEST TENNESSEE CROWN DISTRIBUTING C 3485 TCHULATECH DR, MEMPHIS, TN 38118 | | | 489.32 | | | |
| WEST TEXAS FILTERS, INC PO BOX 16560  LUBBOCK TX 79490-6560 | | 3348 | 120.74 | | | Services |
| WESTERN SIGNS & LIGHTING LLC 2452 W BIRCHWOOD AVE BLDG 6 STE 111  MESA ARIZONA 85202 | | 614062 | 173.37 | | | Repair |

**Abuelo's International, LP**
Case No. 25-43339

Exhibit for Schedule F

| Vendor Name & Address | Others to be Notified about Unsecured Claim | Vendor Account # | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|---|---|
| WHALEY FOODSERVICE LLC PO BOX 615  LEXINGTON SC 29071 | | 188187 | 2,751.18 | | | Food |
| WHITLEY PENN LLP PO BOX 676360  DALLAS TX 75267-6360 | | | 76,952.99 | | | Professional |
| WILLIE ITULE PRODUCE INC 301 NORTH 45TH AVE  PHOENIX AZ 85043 | | PR611, PR614 | 12,221.84 | | | Food |
| WIND RIVER ENVIROMENTAL LLC P.O. BOX 22074  NEW YORK NY 10087-2074 | | 2773165_1733822 | 3,200.00 | | | Services |
| WINDOWS BY CHAD 3231 118TH STREET  LUBBOCK TX 79423 | | 602047 | 117.99 | | | Services |
| WINDSTREAM PO BOX 9001908  LOUISVILLE KY 40290-1908 | | 100351604 | 804.45 | | | Internet Connectivity |
| WRIGHT'S HEAT AIR AND REFRIGERATION 1405 S JOPLIN AVENUE SUITE 1  TULSA OK 74112 | | 612122, 650088 | 2,169.09 | | | Repair |
| XCEL ENERGY PO BOX 9477  MPLS MN 55484-9477 | | 54-1567026-1 | 6,521.55 | | | Utilities |
| YELP INC PO BOX 204393  DALLAS TX 75320-4393 | | | 1,295.00 | | | Advertising |
| | | | 3,387,611.15 | | | |

**Abuelo's International, LP**
Case # 25-43339

Exhibit Schedule G - Other Contracts

| Contract Description | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **Credit Agreements** | | | | |
| Master Creditor Agreement | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 1st Amendment and Restated Master Credit Agreement | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 2nd Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 3nd Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 4th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 5nd Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 6nd Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 7th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 8th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 9th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 10th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 11th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 12th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 13th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 14th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 15th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 16th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 17th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 18th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 19th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 20th Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 21st Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 22nd Amendment | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Revolving Loan | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 8/18/2025 | Assume |
| Term Note XXXXX4186 | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 10/12/2029 | Assume |
| Construction Note XXXXX2770 | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/12/2029 | Assume |
| Term Note XXXXX8392 | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2032 | Assume |
| 2018 Single Advance Note XXXXX7782 | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Security Agreement (general) | First Bank & Trust * | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| $500,000 Subordinated Note | James Young | 4413 82nd St,Suite 250, Lubbock, TX 79424 | 1/1/2028 | Assume |
| $250,000 Subordinated Note | James Young | 4413 82nd St,Suite 250, Lubbock, TX 79424 | 1/1/2028 | Assume |

**\* All First Bank agreements are related as Co-Debtors with Food Concepts International, LP, Food Concepts International Holdings, Inc. and James Young**

**Commodity Volume Based Commitments**

| | | | | |
|---|---|---|---|---|
| Beef Fajita Meat Volume Commitment Purchase | Buckhead Meats | 4216 Mint Way, Dallas, TX 75237 | est. 12/31/25 | Assume |
| Beef Tenderlon Volume Commitment Purchase | Buckhead Meats | 4216 Mint Way, Dallas, TX 75237 | est. 12/31/25 | Assume |
| Beef Ribeye Volume Commitment Purchase | Buckhead Meats | 4216 Mint Way, Dallas, TX 75237 | est. 10/30/25 | Assume |
| Beef Sirloin Volume Commitment Purchase | Buckhead Meats | 4216 Mint Way, Dallas, TX 75237 | est. 12/31/25 | Assume |
| Soybean Frying Oil Volume Commitment Purchase | Ventura Oils | 40 Pointe Dr., Brea, CA 92821 | est. 2/28/26 | Assume |
| Canola Oil Volume Commitment Purchase | Ventura Oils | 40 Pointe Dr., Brea, CA 92821 | est. 2/28/26 | Assume |
| Tomato Products Volume Commitment Purchase | Neil Jones Foods | 1701 W 16th St, Vancouver, WA 98660 | 10/31/2026 | Assume |
| U12 Wild Shrimp Volume Commitment Purchase | Meridian Shrimp | 3505 Boca Chica Blvd, Brownsville, TX 78521 | est. 2/1/26 | Assume |

## Abuelo's International, LP
Case # 25-43339

Exhibit Schedule G - Other Contracts

| Contract Description | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **Land O' Lakes** | | | | |
| American Loaf Cheese Volume Commitment Purchase | Land O Lakes | 4001 Lexington Ave. N., Arden Hills, MN 55126 | 12/31/2025 | Assume |
| **Beverage Agreements** | | | | |
| Purchase Agreement for Dr. Pepper products | Keurig Dr. Pepper Inc. | 6425 Hall of Fame Lane, Frisco, TX 75034 | 5/1/22 - 4/30/29 | Assume |
| **HR Contracts** | | | | |
| The - E-verify memorandum of understanding MOU Companay ID: 378981 Client Company ID Number: 1110928 (People Matter is our third party vendor - Fourth) | US Department of Homeland Security and Social Security Administration | | N/A | Assume |
| **Severance Agreements** | | | | |
| Severance Agreement | Jessica Dils | 8519 E Keats Ave Meza, AZ 85201 | 7/17/25 to 8/27/25 | |
| Severance Agreement | Michael Codner | 12877 Enclave Dr. Orlando, FL 32837 | 7/17/25 to 8/13/25 | |
| Severance Agreement | Juan Carlos Andino Figueroa | 3216 Brewster Dr. Kissimmee, FL 34743 | 7/17/25 to 8/27/25 | |
| Severance Agreement | Kelley Cortez | 310 54th Street Lubbock, TX 79404 | 7/31/2025 to 8/31/2025 | |
| Severance Agreement | Belinda Brewton | 5027 Hanover Street Lubbock, TX 79416 | 7/31/25 to 9/15/2025 | |
| Severance Agreement | Donna Lamm | 13407 Indiana Ave #2304 Lubbock, TX 79423 | 7/31/2025 to 8/31/2025 | |
| **IT Contracts** | | | | |
| Internet Connectivity - East Wichita | Cox Business | 901 George Washington Wichita, KS 67211 | 12/18/2025 | Assume |
| Internet Connectivity - Nickle Creek | Cox Business | 11811 East 51st Street South Tulsa, OK 74126 | 12/15/2025 | Assume |
| Internet Connectivity - Peoria | Cox Business | 1550 W Deer Valley Rd Phoenix, AZ 85027 | 2/17/2026 | Assume |
| Internet Connectivity - Rogers | Cox Business | 4978 S 48th St Springdale, AR 72764 | 12/15/2025 | Assume |
| Internet Connectivity - West Wichita | Cox Business | 901 George Washington Wichita, KS 67211 | 12/18/2025 | Assume |
| Internet Connectivity - Amarillo | Vexus Business | 4006 W Loop 289 Acc Rd, Lubbock, TX 79407 | 3/12/2026 | Assume |
| **Marketing Contracts** | | | | |
| Sponsorship | Red Raider Sports Properties, LEARFIELD, c/o Learfield Communications, LLC | PO Box 843038, Kansas City, MO 64184-3038 | 6/30/2027 | Assume |
| Social media monitoring | SOCI, Inc | PO Box 31001-3081 Pasadena, CA 91110-3081 | 1/4/2026 | Assume |
| Loyalty | Paytronix Systems, Inc | 80 Bridge St., Newton, MA 02458 | 2/28/2026 | Assume |
| Lamar Outdoor - Tulsa NC | Lamar Companies | PO Box 746966, Atlanta, GA 30374 | 1/25/2026 | Assume |
| Lamar Outdoor - Amarillo | Lamar Companies | PO Box 746966, Atlanta, GA 30374 | 5/22/2026 | Assume |
| Amarillo Sod Poodles | Panhandle Baseball Club, Inc. | PO Box 9880, Amarillo, TX 79105 | 9/30/2026 | Assume |
| Lone Star Logos | Lone Star Logos | 3701 Bee Caves Rd., Ste. 202, Austin, TX 78746 | 12/31/2026 | Assume |

**Abuelo's International, LP**

Case # 25-43339

Exhibit Schedule G - Other Contracts

| Contract Description | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **Off Premise Contracts** | | | | |
| Delivery services | DoorDash, Inc. | 303 2nd Street, South Tower, Suite 800, San Francisco, CA 94107 | Terminable on 30 days notice | Assume |
| On Line catering | EZ Cater, Inc. | 40 Water Street, 5th Floor, Boston MA 02109 | Terminable on 30 days notice | Assume |
| Delivery services | NeighborFavor, Inc. | 1705 Guadalupe St. Ste. 300 Austin, TX 78701 | Terminable on 30 days notice | Assume |
| Delivery services | Dlivrd | 300 Welsh Road Building 1, Suite 100, Horsham, PA 19044 | Terminable at will | Assume |
| Delivery services | Zinoff & Company | 4895 Dressler Road NW, Suite B, Canton, OH 44718 | Terminable on 14 days' notice | Assume |

Page 3 of 3