D225194797   10/16/2025 09:35 AM   Page: 1 of 3   Fee: $28.00   Submitter: Matthews, Shiels, Knott, Eden, Davis & Beanlan
Electronically Recorded by Tarrant County Clerk in Official Public Records

MARY LOUISE NICHOLSON
COUNTY CLERK

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

STATE OF SOUTH CAROLINA §
§
COUNTY OF GREENVILLE §

BEFORE ME, the undersigned authority, a Notary Public in and for the State of South Carolina, on this day personally appeared Stephen Ennis, who being by me here and now duly sworn, upon oath says: That the affiant is a Credit Manager of 1st Source Restaurant Services, Inc., hereinafter called "Claimant," and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished materials and/or labor to improve the property herein described.

1.      China Diner Limited Partnership is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. Upon information and belief, China Diner Limited Partnership ("Owner") has entered into a lease agreement with Abuelo's International, L.P. and/or Food Concepts International, L.P. ("Tenant"), and Tenant is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known addresses of China Diner Limited Partnership are 511 E. John Carpenter Fwy, Suite 200, Irving, Texas 75062; and 122 W. John Carpenter Fwy, Suite 490, Irving, Texas 75039. The last known address of Abuelo's International, L.P. is 4413 82nd St., Suite 250, Lubbock, Texas 79424. The last known address of Food Concepts International, L.P. is 4413 82nd St., Suite 219, Lubbock, Texas 79424.

EXHIBIT

A

2.    Claimant is the original contractor on the project or that portion thereof for which the hereinafter described materials and/or labor were furnished.

3.    Said materials and/or labor were furnished to Abuelo's International, L.P. ("Claimant's Customer") by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.    The materials and/or labor were furnished for the improvement of real property located in Tarrant County, Texas, which real property is described as follows:

> Being Lots 25BR1 and 25BR2 of J.W. Lane Addition, an Addition to the City of Arlington, Tarrant County, Texas, according to the Plat thereof recorded in Cabinet A, Slide 6516, Plat records, Tarrant County, Texas; and

> Being Lot 7RIA1 of J.W. Lane Addition, an Addition to the City of Arlington, Tarrant County, Texas, according to the Plat thereof recorded in Cabinet A, Slide 6515, Plat Records, Tarrant County, Texas; and

> Also known as Abuelo's Arlington, 1041 W. Interstate 20, Arlington, Texas.

5.    The Claimant's physical and mailing address is 665 East Jones Street, Lewisville, Texas 75057.

6.    The principal amount of the claim is $27,060.28, and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed. The materials and/or labor are described as follows: Replacement/repair cooler.

7.    The materials and/or labor for which payment is requested were furnished during the month of August, 2025.

8.    Notices of claim were sent to the Owner and Tenant by certified mail on September 15, 2025.

MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT                                      Page 2
T:\213\6\6710\75089 Arlington\Lien - Abuelo's Arlington.wpd

9.      To the extent that Claimant's contract was with a tenant of the Owner of said property, Claimant claims a lien in such Tenant's tenancy interest. Claimant also claims a lien in the fee simple under the doctrines of related and intertwined parties, and such other legal and equitable grounds as are available to Claimant.



Stephen Ennis


STATE OF SOUTH CAROLINA        §
                               §
COUNTY OF GREENVILLE           §

       SUBSCRIBED AND SWORN TO BEFORE ME, by the said Stephen Ennis,  of 1st Source Restaurant Services, Inc., this the ____ day of September, 2025, to certify which witness my hand and seal of office.

Notary Public, State of South Carolina

My Commission Expires
April 21, 2027