D225195227   10/16/2025 01:37 PM   Page: 1 of 9   Fee: $52.00   Submitter: Matthews, Shiels, Knott, Eden, Davis &
Electronically Recorded by Tarrant County Clerk in Official Public Records

MARY LOUISE NICHOLSON
COUNTY CLERK

### MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

STATE OF SOUTH CAROLINA §
§
COUNTY OF GREENVILLE §

BEFORE ME, the undersigned authority, a Notary Public in and for the State of South Carolina, on this day personally appeared Stephen Ennis, who being by me here and now duly sworn, upon oath says: That the affiant is a Credit Manager of 1st Source Restaurant Services, Inc., hereinafter called "Claimant," and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished materials and/or labor to improve the property herein described.

1.      Hulen Owner LP is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. Upon information and belief, Hulen Owner LP ("Owner") has entered into a lease agreement with Abuelo's International, L.P. and/or Food Concepts International, L.P. ("Tenant"), and Tenant is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon. The last known address of Hulen Owner LP is P. O. Box 101042, Chicago, Illinois 60610. The last known address of Abuelo's International, L.P. is 4413 82nd St., Suite 250, Lubbock, Texas 79424. The last known address of Food Concepts International, L.P. is 4413 82nd St., Suite 250, Lubbock, Texas 79424.

2.      Claimant is the original contractor on the project or that portion thereof for which the hereinafter described materials and/or labor were furnished.

MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT                                                     Page 1
T:\213\6\6710\75090 Abuelo's Hulen\Lien - Abuelo's Hulen.wpd

EXHIBIT
A

D225195227

3.      Said materials and/or labor were furnished to Abuelo's International, L.P. ("Claimant's Customer") by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4.      The materials and/or labor were furnished for the improvement of real property located in Tarrant County, Texas, which real property is described as follows:

> The tracts of land situated in the City of Fort Worth, Tarrant County, Texas, and being more particularly described in Exhibit A, attached hereto and made a part hereof; and
>
> Also known as Abuelo's Hulen, 4740 S. Hulen St., Fort Worth, Texas.

5.      The Claimant's physical and mailing address is 665 East Jones Street, Lewisville, Texas 75057.

6.      The principal amount of the claim is $3,907.51, and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed. The materials and/or labor are described as follows: Replacement/repair cooler.

7.      The materials and/or labor for which payment is requested were furnished during the month of August, 2025.

8.      Notice of claim was sent to the Owner and Tenant by certified mail on September 15, 2025.

9.      To the extent that Claimant's contract was with a tenant of the Owner of said property, Claimant claims a lien in such Tenant's tenancy interest. Claimant also claims a lien in the fee simple under the doctrines of related and intertwined parties, and such other legal and equitable grounds as are available to Claimant.

MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT                                    Page 2

Stephen Ennis

STATE OF SOUTH CAROLINA              §
                                     §
                                     §
COUNTY OF GREENVILLE                 §

     SUBSCRIBED AND SWORN TO BEFORE ME, by the said Stephen Ennis, of 1st Source Restaurant Services, Inc., this the ___8___ day of September, 2025, to certify which witness my hand and seal of office.

Notary Public, State of South Carolina

**My Commission Expires**
**April 21, 2027**

MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT                                   Page 3
T:\213\6\6710\75090 Abuelo's Hulen\Lien - Abuelo's Hulen.wpd

D225195227

## EXHIBIT A

## PROPERTY DESCRIPTION

Tract I

A tract of land situated in the George Shields Survey, Abstract No. 1436, City of Fort Worth, Tarrant County, Texas, and more particularly described in Exhibit "A" attached hereto and made a part hereof.

Tract II

A tract of land situated in the George Shields Survey, Abstract No. 1436, City of Fort Worth, Tarrant County, Texas, and more particularly described in Exhibit "A" attached hereto and made a part hereof.

Commonly known as:   Hulen Mall
250 Hulen Mall
4800 South Hulen Street
Fort Worth, Texas

Hulen Mall

# EXHIBIT A

### SHOPPING CENTER SITE
### 19.611 ACRE TRACT

Being a 19.611 acre tract or parcel of land situated in the George Shields Survey, Abstract No. 1436, City of Fort Worth, Tarrant County, Texas, and being all of Lot 12, Block 1, Hulen Mall Addition, Lot 12 & 13 Replat, an addition to the City of Fort Worth, Tarrant County, Texas as recorded in Cabinet "A", Slide No. 1398 of Plat Records of Tarrant County, Texas (Tract 1- 19.026 acres) and a 0.584 acre tract out of Block 1, Hulen Mall Addition, an addition to the City of Fort Worth, Tarrant County, Texas, recorded in Volume 388-107, Page 54 of the Plat Records of Tarrant County, Texas (Tract II), said 19.611 acre tract is more particularly described in two tracts by metes and bounds as follows:

## TRACT I

COMMENCING at the intersection of the westerly right-of-way line of South Hulen Street (a variable width right-of-way) with the northerly right of way line of Overton Ridge Boulevard (a 120 foot wide right-of-way), and being the southeasterly corner of said Block 1, Hulen Mall Addition;

THENCE North 47°23'30" West with the northerly right-of way line of said Overton Ridge Boulevard and the southerly line of said Block 1 a distance of 253.00 feet to the beginning of a curve to the left;

THENCE continuing with said northerly right-of-way line and said southerly Block line along said curve to the left having a radius of 1122.93 feet, a central angle of 31°38'26" for an arc distance of 620.12 feet to a cut mark in concrete found for the POINT OF BEGINNING of the herein described tract;

THENCE continuing with said northerly right-of-way line and said southerly Block line along a curve to the left having a radius of 1122.93 feet, a central angle 01°27'48" (chord bears N 79°45'50" W, 28.68 feet) for an arc distance of 28.68 feet to a cut mark in concrete found for the southwesterly corner of the herein described tract and the aforementioned Lot 12 and the southeasterly corner of Lot 2, Block 1, Hulen Mall Addition, an addition to the City of Fort Worth, as described by plat recorded in Volume 388-113, Page 742, PRTCT;

THENCE with the easterly and northeasterly lines of said Lot 2 some being the most westerly line of said Lot 12, the following:

Northeasterly, with a curve to the left having a radius of 19.50 feet, a central angle of 27°20'33" (chord bears N 24°38'20" E, 9.22 feet) for an arc distance of 9.31 feet to a cut mark in concrete found for a tangential point;

North 10°58'04" East a distance of 8.84 feet to an iron rod found for the point of curvature of a curve to the right;

Northeasterly with said curve to the right having a radius of 176.50 feet, a central angle of 31°16'37" (chord bears N 26°36'23" E, 95.16 feet) for an arc distance of 96.35 feet to an iron rod found for a point of reverse curvature;

Northwesterly with a curve to the left having a radius of 19.50 feet, a central angle of 73°59'01" (chord bears N 05°14'30" E, 23.47 feet) for an arc distance of 25.19 feet to an iron rod found for a tangential point;

Exhibit A, Page 1

THENCE North 31°45'00" West, at 164.74 feet passing the northerly corner of said Lot 2 and the southeasterly corner of a called 4.9150 acre tract as described by deed recorded in Volume 6954, Page 501, DRTCT, for a total distance of 305.00 feet to an iron rod found for the point of curvature of a curve to the right;

THENCE with the easterly line of said 4.9150 acre tract and said curve to the right having a radius of 763.94 feet, a central angle of 50°32'18" (chord beard N 06°28'51" W, 652.21 feet) for an arc distance of 673.84 feet to an iron rod found for a point of compound curvature and being in the easterly line of Lot 1, Block 1, Hulen Mall Addition, an addition to the City of Fort Worth as described by plat recorded in Volume 388-123, Page 55, PRTCT;

THENCE with said easterly Lot line and a curve to the right having a radius of 530.00 feet, a central angle of 45°10'35" (chord bears N 41°22'34" E, 407.15 feet) for an arc distance of 417.89 feet to an iron rod found for corner;

THENCE North 26°02'07" West, continuing with said easterly line of Lot 1 a distance of 87.25 feet to an iron rod found in the southerly line of Lot 4, Block 1 Hulen Mall Addition, an addition to the City of Fort Worth, as described by plat recorded in Volume 388-132, Page 71, PRTCT;

THENCE with the southerly and easterly lines of said Lot 4, Block 1, the following:

South 85°12'00" East a distance of 54.16 feet to a cut mark in concrete found for corner;

South 26°02'07" East a distance of 39.99 feet to a cut mark in concrete found for the point of curvature of a curve to the left;

Southeasterly with said curve to the left having a radius of 19.50 feet, a central angle of 90°00'00" (chord bears S 71°02'07" E, 27.58 feet) for an arc distance of 30.63 feet to a cut mark in concrete found for a tangential point;

North 63°57'53" East a distance of 53.26 feet to an iron rod found for corner in the westerly line of Lot 13 of the aforementioned Hulen Mall Addition Replat;

THENCE with the westerly, southerly and easterly lines of said Lot 13, the following:

South 26°02'06" East, for a distance of 33.00 feet to an iron rod set for corner;

South 63°57'53" West, for a distance of 53.21 feet to a PK Nail set for an angle point;

South 60°30'00" West, for a distance of 66.17 feet to an iron rod set in a curve to the left;

Southeasterly with said curve to the left having a radius of 493.00 feet, a central angle of 45°10'35" (chord bears S 41°22'34" W, 378.73 feet) for an arc distance of 388.72 feet to an iron rod set for a point of compound curvature;

Southeasterly with said curve to the left having a radius of 726.94 feet, a central angle of 50°32'18" (chord bears S 06°28'51" E, 620.62 feet) for an arc distance of 641.21 feet to a PK Nail set for a tangential point;

South 31°45'00" East, for a distance of 86.92 feet to a PK Nail set for corner;

North 24°11'15" East, for a distance of 103.48 feet to a PK Nail set for corner;

Exhibit A, Page 2

D225195227

South 65°48'45" East, for a distance of 152.00 feet to a PK Nail set for corner;

North 24°11'15" East, for a distance of 338.00 feet to a PK Nail set for corner;

North 65°48'45" West, for a distance of 27.50 feet to a PK Nail set for corner;

North 24°11'15" East, for a distance of 300.00 feet to a PK Nail set for corner;

South 65°48'45" East, for a distance of 6.89 feet to a PK Nail set for corner;

North 24°11'15" East, for a distance of 91.49 feet to a PK Nail set for corner;

North 65°48'45" West, for a distance of 111.47 feet to an iron rod set for corner;

North 20°48'45" West, for a distance of 250.00 feet to an iron rod set for corner;

North 69°11'15" East, for a distance of 55.00 feet to an iron rod set for corner;

North 20°48'45" West, for a distance of 31.00 feet to an iron rod set for corner;

South 85°12'00" East, for a distance of 191.50 feet to an iron rod set for the point of curvature of a curve to the left;

Northeasterly with said curve to the left having a radius of 164.50 feet, a central angle of 37°10'22" (chord bears N 76°12'49" E, 104.86 feet) for an arc distance of 106.73 feet to a PK Nail set at the intersection with a curve to the left and being a westerly line of Lot 10, Block 1, HULEN MALL ADDITION, an addition to the City of Fort Worth as described by plat recorded in Cabinet A, Slide 571, PRCT;

THENCE with the westerly and southerly lines of said Lot 10 the following:

Southerly with a curve to the left having a radius of 300.00 feet, a central angle of 01°11'51" (chord bears S 24°47'55" W, 6.27 feet) for an arc distance of 6.27 feet to a PK Nail found for the point of tangency;

South 24°12'00" West a distance of 138.38 feet to a PK Nail found for corner;

South 65°48'00" East a distance of 212.00 feet to an iron rod found for corner;

South 24°12'00" West a distance of 177.50 feet to a PK Nail found for corner;

South 65°48'00" East a distance of 886.60 feet to a PK Nail found for corner;

South 24°12'00" West a distance of 105.34 feet to a PK Nail found for corner;

South 65°48'00" East a distance of 163.00 feet to a cut mark in concrete found in a curve in the Westerly right-of-way line of the aforementioned South Hulen Street and being the southeasterly corner of said Lot 10, Block 1;

THENCE with said westerly right-of-way line and a curve to the right having a radius of 3307.58', a central angle of 00°48'42" (chord bears S 35°03'18" W, 46.86 feet) for an arc distance of 46.86 feet to a cut mark in concrete found for corner and being the northeasterly corner of a called 14.1065 acre tract as described by deed recorded in Volume 7783, Page 1010, DRTCT;

Exhibit A, Page 3

D225195227    Page 8 of 9

THENCE with the northwesterly, northerly, and southwesterly lines of said 14.1065 acre tract the following:

North 65°48'00" West a distance of 154.19 feet to a PK Nail found for corner;

South 24°12'00" West a distance of 83.50 feet to a PK Nail found for the point of curvature of a curve to the left;

Southwesterly with said curve to the left having a radius of 200.00 feet, a central angle of 26°10'00" (chord bears S 11°07'00" W, 90.55 feet) for an arc distance of 91.34 feet to a PK Nail found for a tangential point;

South 01°58'00" East a distance of 40.68 feet to a PK Nail found for the point of curvature to right;

Southwesterly with said curve to the right having a radius of 180.00 feet, a central angle of 44°34'00" (chord bears S 20°19'00" W, 136.51 feet) for an arc distance of 140.01 feet to a PK Nail found for a tangential point;

South 42°36'00" West a distance of 36.10 feet to a PK Nail found for corner;

North 65°48'00" West a distance of 785.65 feet to a PK Nail found for corner in a curve;

Southwesterly with a curve to the right having a radius of 175.00 feet, a central angle of 13°24'06" (chord bears S 17°29'57" W, 40.84 feet) for an arc distance of 40.93 feet to a PK Nail found for a tangential point;

South 24°12'00" West a distance of 49.44 feet to a PK Nail found for corner;

North 65°48'00" West a distance of 205.20 feet to a PK Nail found for corner;

South 24°12'00" West a distance of 27.50 feet to a PK Nail found for corner;

North 65°48'00" West a distance of 92.09 feet to a PK Nail found for corner in a curve;

Southwesterly with a curve to the right having a radius of 350.00 feet, a central angle of 14°35'20" (chord bears S 16°54'20" W, 88.88 feet) for an arc distance of 89.12 feet to a PK Nail found for a tangential point;

South 24°12'00" West a distance of 184.34 feet to a PK Nail found for the point of curvature of a curve to the left;

Southwesterly with said curve to the left having a radius of 175.00 feet, a central angle of 29°20'23" (chord bears S 09°31'49" W, 88.64 feet) for an arc distance of 89.61 feet to a PK Nail found for corner;

South 45°28'00" West a distance of 49.36 feet to a cut mark in concrete found for the point of curvature of a curve to the left;

Southwesterly with said curve to the left having a radius of 150.00 feet, a central angle of 34°29'56" (chord bears S 28°13'02" W, 88.96 feet) for an arc distance of 90.32 feet to a cut mark in concrete found for a tangential point;

Exhibit A, Page 4

South 10°58'04" West a distance of 17.43 feet to the POINT OF BEGINNING and containing a computed area of 19.026 acres (828,790 square feet) of land in Tract I.

**TRACT II**

COMMENCING at the intersection of the westerly right-of-way line of South Hulen Street (a variable width right-of-way) with the northerly right of way line of Overton Ridge Boulevard ( 120 foot wide right-of-way), and being the southeasterly corner of said Block 1, Hulen Mall Addition;

THENCE North 42°36'00" East, 750 feet with the westerly right-of-way line of said South Hulen Street for a distance of 750.00 feet to the point of curvature of a curve to the left;

THENCE continuing with said westerly right of way line and said curve to the left having a radius of 3319.58 feet, a central angle of 00°25'27" for an arc distance of 24.58 feet to an iron rod set for the POINT OF BEGINNING of the herein described tract;

THENCE North 65°48'00" West, leaving said westerly right-of-way line for a distance of 14.13 feet to an iron rod set for corner;

THENCE North 42°36'00" East, for a distance of 30.62 feet to an "x" cut set for the point of curvature of a curve to the left;

THENCE, with said curve to the left having a radius of 196.50 feet, a central angle of 44°34'00" (chord bears N 20°19'00" E, 149.02') for an arc distance of 152.85' to an "x" cut set for a tangential point;

THENCE North 01°58'00" West, for a distance of 40.68 feet to an "x" cut set for the point of curvature of a curve to the right;

THENCE with said curve to the right having a radius of 183.50 feet, a central angle of 26°10'00" (chord bears N 11°07'00" E, 83.08') for an arc distance of 83.81 feet to an "x" cut set for a tangential point;

THENCE North 24°12'00" East for a distance of 10.50 feet to an iron rod set for the point of curvature of a curve to the right;

THENCE with said curve to the right having a radius of 54.50 feet, a central angle of 90°00'00" (chord bears N 69°12'00" E, 77.08') for an arc distance of 85.61 feet to an iron rod set for a tangential point;

THENCE South 65°48'00" East for a distance of 46.46 feet to an iron rod set for the beginning of a curve to the right;

THENCE with said curve to the right having a radius of 44.50 feet, a central angle of 64°05'05" (chord bears S 33°42'27" E, 47.22 feet) for an arc distance of 49.77 feet to an iron rod set in the westerly line of the aforementioned South Hulen Street in a curve to the right;

THENCE with said westerly right-of-way line and said curve to the right having a radius of 3319.58 feet, a central angle of 05°59'24" (chord bears S 39°10'51" W, 346.88') for an arc distance of 347.04' to the POINT OF BEGINNING and containing a computed area of 0.584 acres (25,460 square feet) of land in TRACT II.

AGGREGATING a total area of 19.611 Acres in Tracts I and II.

NOTE:     THE COMPANY DOES NOT REPRESENT THAT THE ACREAGE OR SQUARE FOOTAGE CALCULATIONS FOR TRACT I AND TRACT II ARE CORRECT.

Exhibit A, Page 5