IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 25-43339 |
| Abuelo's International, L.P., | § | Chapter 11 |
| | § | |
| Debtor | § | |

---

NOTICE OF PERFECTION, MAINTENANCE, AND CONTINUATION
OF SECURITY INTEREST (MECHANICS LIEN) PURSUANT TO
11 U.S.C. §§ 362, 546(b) BY 1st SOURCE RESTAURANT SERVICES, INC.

---

TO THE DEBTORS, THEIR ATTORNEYS AND ANY AND ALL INTERESTED PERSONS:

NOW INTO THE COURT, Creditor 1st Source Restaurant Services, Inc. ("1st Source") by and through its undersigned counsel, hereby files this notice of perfection, maintenance, and continuation of perfection of its mechanic's lien against Debtor Abuelo's International, L.P. ("Abuelo's"), pursuant to 11 U.S.C. section 362(b)(3) and 546(b)(2)(A) ("Notice"). In support of this Notice, 1st Source represents the following:

1.      1st Source is a Texas corporation, in the business of, *inter alia,* furnishing labor and material for repairs on construction projects, with its principal place of business at 80 International Dr., Suite 300, Greenville, South Carolina 2915-6955.

2.      1st Source entered into contract with Abuelo's, as Tenant, to supply labor and material for cooler repairs at the Abuelo's project located in the City of The Colony, Denton County, Texas ("Construction Project").

3.    Prior to the bankruptcy petition being filed, 1st Source furnished labor and materials for the Construction Project in accordance with the scope of work contained in its contracts with Abuelo's.

4.    The principal sum, exclusive of interest and other charges, currently due and owing to 1st Source for the prepetition labor and materials provided to the Construction Project totals the sum of $2,540.96.

5.    On October 16, 2025, 1st Source recorded its Mechanic's Lien Affidavit against the Construction Project and Project in the total amount of $2,540.96. A true and correct copy of the Mechanic's Lien Affidavit recorded in Denton County Clerk's Real Property Records as Instrument No. 116503 ("Lien") is attached hereto as Exhibit "A" and incorporated herein by reference. The legal description of the Property is included in the Lien attached as Exhibit "A".

6.    Bankruptcy Code, 11 U.S.C. section 362(b)(3), provides that:

> The filing of a petition under section 301, 302, or 303 of this title…does not operate a stay… under subsection (a) of this section, of any act to perfect, or to maintain or continue the perfection of, an interest in property to the extent that the trustee's rights and powers are subject to perfection under Section 546(b) of this title or to the extent that such act is accomplished within the period provide under section 547(e)(2)(A) of this title. 11 U.S.C. § 362(b)(3).

Bankruptcy Code, 11 U.S.C. section 546(b), provides that:

> (1) The rights and powers of a trustee under sections 544, 545, and 549 of this title are subject to any generally applicable law that-
> (A)    permits perfection of an interest in property to be effective against an entity that acquires rights in such property before the date of perfection; or
> (B)    provides for the maintenance or continuation of perfection of an interest in property to be effective against an entity that acquire rights in such property before the date on which action is taken to effect such maintenance or continuation.
> (2) If –
> (A)    a law described in paragraph (1) requires seizure of such property or commencement of an action to accomplish

such perfection, or maintenance or continuation of perfection of an interest in property; and

(B) such property has not been seized or such an action has not been commenced before the date of the filing of the petition;

Such interest in such property shall be perfected, or perfection of such interest shall be maintained or continued, by giving notice within the time fixed by such law for such seizure or such commencement. 11 U.S.C. § 546(b).

7. Pursuant to §53.158 of the Texas Property Code, a lien claimant must commence an action to foreclose its lien not later than the first anniversary of the last day a claimant may file the lien affidavit. Because Abuelo's filed its Chapter 11 petition for bankruptcy on or about September 2, 2025, it created an automatic stay of all actions, including 1st Source's filing suit to foreclose its Lien against Abuelo's leasehold interest in the Property. Thus, 1st Source is prevented from commencing an action to enforce its Mechanic's Lien against Abuelo's and its leasehold interest the Project and perfect its Mechanic's Lien under the law.

8. 1st Source hereby gives this notice in lieu of the commencement of any action to perfect, maintain, or otherwise preserve its Lien pursuant to 11 U.S.C. §546(b) and Chapter 53 of the Texas Property Code, including but not limited to the filing or continuation of a lawsuit to enforce and/or foreclose the Lien, the filing of any *lis pendens* or the service of notice on the owner of the Property or upon Abuelo's, the owner of a leasehold interest in the Construction Project and Property. By virtue of this notice and applicable law, 1st Source demands adequate protection of its interests in the Construction Project and Property.

9. 1st Source hereby gives notice it intends to enforce its rights under its Lien to the fullest extent allowed under the law. This Notice shall preserve and continue to preserve any and all of 1st Source's rights as to its Lien under Texas law and the Bankruptcy Code.

10. 1st Source reserves the right to amend, supplement, or otherwise modify this Notice and reserves any and all rights to seek relief from the automatic stay to take any other further actions which may be necessary to perfect or maintain or continue its perfected claim of Lien against the Construction Project and Property and any of works of improvement

constructed thereon, 1st Source's interest in the Construction Project and 1st Source's leasehold interest in the Real Property, if any.

Dated: October 16, 2025

By: /s/ Robert L. Eden
      Robert L. Eden
      TX Bar No. 06384710
      Email: reden@mssattorneys.com
      Matthews, Shiels, Knott, Eden,
      Davis & Beanland LLP
      8131 LBJ Freeway, Suite 700
      Dallas, TX 75251
      972-234-3400 Telephone
      972-234-1750 Telecopier

      Attorneys for Creditor
      1st Source Restaurant Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record for all parties of record in this case via this Court's CM/ECF system on this 16th day of October, 2025.

/s/ Robert L. Eden
Robert L. Eden