# Denton County
## Juli Luke
**County Clerk**

---

**Instrument Number:** 116503

ERecordings-RP

LIEN

Recorded On: October 16, 2025 09:19 AM                    Number of Pages: 4

---

**" Examined and Charged as Follows: "**

Total Recording: $37.00

---

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

**File Information:**                                      **Record and Return To:**

Document Number:      116503                               Simplifile
Receipt Number:       20251016000128
Recorded Date/Time:   October 16, 2025 09:19 AM
User:                 William D
Station:              Station 10

---



STATE OF TEXAS
COUNTY OF DENTON

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time
printed hereon, and was duly RECORDED in the Official Records of Denton County, Texas.

Juli Luke
County Clerk
Denton County, TX



**EXHIBIT**

**A**

## MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT

STATE OF SOUTH CAROLINA    §
                           §
COUNTY OF GREENVILLE       §

BEFORE ME, the undersigned authority, a Notary Public in and for the State of South Carolina, on this day personally appeared Stephen Ennis, who being by me here and now duly sworn, upon oath says:  That the affiant is a Credit Manager of 1st Source Restaurant Services, Inc., hereinafter called "Claimant," and is duly qualified and authorized to make this affidavit, fully cognizant of the facts herein set out and such facts are true and correct:

Claimant has furnished materials and/or labor to improve the property herein described.

1.     TMGN 2, Ltd. is the owner or reputed owner of the land herein described and possibly some of the improvements located thereon. Upon information and belief, TMGN 2, Ltd. ("Owner") has entered into a lease agreement with Abuelo's International, L.P. and/or Food Concepts International, L.P. ("Tenant"), and Tenant is the owner or reputed owner of a leasehold estate and some or all of the improvements located thereon.  The last known address of TMGN 2, Ltd. is 15907 Ranchita Drive, Dallas, Texas 75248.   The last known address of Abuelo's International, L.P. is 4413 82nd St., Suite 250, Lubbock, Texas 79424. The last known address of Food Concepts International, L.P. is  4413 82nd St., Suite 250, Lubbock, Texas 79424.

2.     Claimant is the original contractor on the project or that portion thereof for which the hereinafter described materials and/or labor were furnished.

MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT                                                    Page 1
T:\213\6\6710\75091 Abuelo's The Colony\Lien - Abuelo's The Colony.wpd

3. Said materials and/or labor were furnished to Abuelo's International, L.P. ("Claimant's Customer") by Claimant pursuant to an agreement between Claimant and Claimant's Customer.

4. The materials and/or labor were furnished for the improvement of real property located in Denton County, Texas, which real property is described as follows:

> Being Lot 5A, Block A, of Amending Plat of Village at 121 Addition, an Addition to the City of The Colony, Denton County, Texas, according to the plat thereof recorded in Volume 2015, Page 389, Plat Records of Denton County, Texas; and

> Also known as Abuelo's The Colony, 5733 SH 121, The Colony, Texas 75056.

5. The Claimant's physical and mailing address is 665 East Jones Street, Lewisville, Texas 75057.

6. The principal amount of the claim is $2,540.96, and said amount is just and correct and all just and lawful offsets, payments and credits known to the affiant have been allowed. The materials and/or labor are described as follows: Replacement/repair cooler.

7. The materials and/or labor for which payment is requested were furnished during the month of August, 2025.

8. Notice of claim was sent to the Owner and Tenant by certified mail on September 22, 2025.

9. To the extent that Claimant's contract was with a tenant of the Owner of said property, Claimant claims a lien in such Tenant's tenancy interest. Claimant also claims a lien in the fee simple under the doctrines of related and intertwined parties, and such other legal and equitable grounds as are available to Claimant.

_____
Stephen Ennis


STATE OF SOUTH CAROLINA      §
             §
COUNTY OF GREENVILLE      §

   SUBSCRIBED AND SWORN TO BEFORE ME, by the said Stephen Ennis, of 1st Source Restaurant Services, Inc., this the ___ day of September, 2025, to certify which witness my hand and seal of office.



_____
Notary Public, State of South Carolina

My Commission Expires
April 21, 2027

MECHANIC'S AND MATERIALMAN'S LIEN AFFIDAVIT          Page 3
T:\213\6\6710\75091 Abuelo's The Colony\Lien - Abuelo's The Colony.wpd