

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 23, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **ABUELO'S INTERNATIONAL, LP,** *et al.,*[1] | § | **Case No. 25-43339-elm11** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**ORDER GRANTING EMERGENCY MOTION TO SELL PERSONAL PROPERTY OF
THE ESTATE BY PUBLIC AUCTION FREE AND CLEAR OF ALL LIENS, CLAIMS,
INTERESTS AND ENCUMBRANCES PURSUANT TO §363 OF THE UNITED STATES
BANKRUPTCY CODE
[Refers to Docket No. 137]**

Came on for consideration the *Emergency Motion to Sell Personal Property of the Estate*

*by Public Auction Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, LP (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

*§363 of the Bankruptcy Code* [Docket No. 137] (the " Motion")[2] filed by Abuelo's International, L.P., and its debtor affiliates, as debtors and Debtors in Possession in in the above-reference chapter 11 cases (collectively, the "Debtors).

Further, the Court finds jurisdiction over the subject matter and parties, notice of the Motion was adequate under the circumstances and the relief sought in the Motion is in order and should be granted. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion be and the same is hereby granted; it is further

**ORDERED, ADJUDGED AND DECREED** that the Debtors be and the same are hereby authorized to sell the Assets by way of auction conducted by Local Liquidators, upon the terms and conditions proposed by the Debtors in the Motion, and the Debtors' application to employ Local Liquidators which is being granted contemporaneously herewith; it is further

**ORDERED, ADJUDGED AND DECREED** that the Assets sold at the auction shall be sold without warranty and on an "as is" "where is" subject to all defects basis; it is further

**ORDERED, ADJUDGED AND DECREED** that the Assets shall be sold free and clear of all liens, claims, interests and encumbrances and all valid liens, claim, interests and encumbrances shall follow and attach to the proceeds of sale in the order established by applicable law; it is further

**ORDERED, ADJUDGED AND DECREED** that the Debtors' are authorized to satisfy, from the proceeds of sale, (a) the auctioneer fees of Local Liquidators and (b) 2025 and prior year ad valorem property taxes assessed against the Assets, with the balance of the proceeds of sale, if any, to be retained by the Debtor to assist in funding future operations; it is further

---

[2] Undefined capitalized words and phrases shall have the meaning ascribed to them in the Motion.

**In re Abuelo's International, LP, et al, Jointly Administered**
**Order Granting Emergency Motion to Sell Personal Property by Public Auction – Page 2**

**ORDERED, ADJUDGED AND DECREED** that all amounts owed to Denton County, City of The Colony, and Lewisville ISD for unpaid ad valorem personal property taxes for all years including 2025, plus interest pursuant to 11 U.S.C. Section 506(b) at the state statutory rate of 1% per month that has accrued from the date of the filing of the petition through the date of the closing of the sale for 2024 and prior year personal property taxes, shall be paid in full as soon as practicable after the conclusion of the auction sale by tendering payment to their respective counsel; it is further

**ORDERED, ADJUDGED AND DECREED** that the Debtors be and the same are hereby authorized to execute all documents and take all actions necessary to carry out the purposes and intent of this order; it is further

**ORDERED, ADJUDGED AND DECREED** that to the extent applicable, the requirements of Bankruptcy Rule 6004(a) are waived; it is further

**ORDERED, ADJUDGED AND DECREED** that notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

### End of Order ###

Prepared by:

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnkoff@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, TX 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com

and

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
211 North Pennsylvania Street, Suite 1330
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

and

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.953.0182
Facsimile: 888.467.5979
http://www.romclaw.com

PROPOSED COUNSEL FOR DEBTORS IN POSSESSION