

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 30, 2025**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **ABUELO'S INTERNATIONAL, L.P.,** *et al.,*[1] | § | **Case No. 25-43339-elm11** |
| | § | |
| **Debtors.** | § | **Joint Administration Requested** |

**ORDER PERTAINING TO NOTICE OF REJECTION OF CERTAIN
EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES
[Refers to Docket No. 113]**

On this day came on for consideration the *Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases* (the "Rejection Notice") [Docket No. 113] filed by the Debtors in Possession in the above-styled and numbered chapter 11 cases (the "Debtors"). In the Rejection Notice, the Debtors gave notice of the intended rejection of the following described

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, L.P. (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

unexpired leases of nonresidential real property (hereinafter, the "Leases"), effective as of September 25, 2025:

| Rejection Counterparty | Description of Contract |
|---|---|
| 10600 Appliances, LLC | Lease Agreement dated November 18, 2005, as amended |
| Jose B. Linares and Polvos II, LLC, d/b/a Polvo's Interior Mexican Food | Sublease Agreement dated March 17, 2022 |

The Court is advised there was no opposition timely filed to the Rejection Notice.

The Court finds jurisdiction over the parties and subject matter, that notice of the Rejection Notice was adequate under the circumstances, and the Rejection Notice is in order and should be granted. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Leases described herein are rejected effective as of September 25, 2025; and it is further

**ORDERED, ADJUDGED AND DECREED** that this Order shall become effective immediately upon entry.

### End of Order ###

Prepared by:

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnkoff@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, TX 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com

and

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
211 North Pennsylvania Street, Suite 1330
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

and

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.953.0182
Facsimile: 888.467.5979
http://www.romclaw.com

COUNSEL FOR DEBTORS IN POSSESSION