Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
Emily M. Campbell
State Bar No. 24143596
Email: ecampbell@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone: 817.347.5261
Facsimile: 817.347.5269
http://www.romclaw.com

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
ROCHELLE MCCULLOUGH, LLP
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.953.0182
Facsimile: 888.467.5979
http://www.romclaw.com

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 N. Meridian Street, Suite 1260
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

COUNSEL FOR DEBTORS IN POSSESSSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **ABUELO'S INTERNATIONAL, L.P., *et al.*,**[1] | § | **Case No. 25-43339-elm11** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**WITNESS AND EXHIBIT LIST FOR USE AT THE MARCH 31, 2026
HEARINGS ON (I) MOTION TO ASSUME UNEXPIRED LEASES OF
NONRESIDENTIAL PROPERTY; AND (II) SECOND MOTION PURSUANT TO 11
U.S.C.§ 365(d)(4) FOR THE EXTENSION OF TIME WITHIN WHICH DEBTORS MAY
ASSUME OR REJECT LEASES OF NONRESIDENTIAL REAL PROPERTY
[Refers to Docket Nos. 222 & 223]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, L.P. (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Abuelo's International, L.P. ("ABI"), the Debtor in Possession in Case No. 25-43339-elm11, Food Concepts International, L.P. ("FCI"), the Debtor in Possession in Case No. Case No. 25-43341-mxm11 and Food Concepts International Holdings, Inc. ("FCIH"), the Debtor in Possession in Case No. Case No. 25-43342-elm11 (collectively "Debtors"), respectfully submit this *Witness and Exhibit List* for use at the March 31, 2026 hearings on *Motion to Assume Unexpired Leases of Nonresidential Real Property* [ABI Dkt. No. 222] and *Second Motion Pursuant to 11 U.S.C. §365(d)(4) for the Extension of Time Period Within Which Debtor May Assume or Reject Leases of Nonresidential Real Property* [ABI Dkt. No. 223] and respectfully state as follows:

## WITNESSES

Debtors may call the following witnesses to testify at the hearings:

1.    John Dorrington

All witnesses designated or called by any other party.

Debtors reserve the right to call additional witnesses as may be deemed necessary and appropriate at the hearings.

## EXHIBITS

Debtors may introduce or request judicial notice of the following exhibits at the hearings:

1.    Schedule of Leases to be Assumed

2.    Ground Lease Agreement Between Arrowhead Fountains Center, L.L.C as Landlord and Food Concepts International, Inc. as Tenant dated May 17th, 2000; Memorandum of Unsubordinated Ground Lease dated December 13th, 2000; Ground Lease Tenant Estoppel Certificate dated July 28, 2014; First Amendment to Ground Lease Agreement dated July 8, 2020; Lease Renewal dated May 17, 2021

3.      Lease Agreement By and Between Freddy's Land, LLC as Landlord and Food Concepts International, LP as Tenant dated July 16, 2024; Commencement and Termination Agreement dated May 26th, 2015; First Addendum to Lease Agreement dated July 31, 2020

4.      Lease Agreement By and Between Tyler Broadway/Centennial LP as Landlord and Food Concepts International, L.P. as Tenant dated September 4, 2013; First Amendment to Lease Agreement dated September 3rd, 2014; Second Amendment to Lease Agreement dated December 1st, 2015, Rent Deferral Letter Dated May 11, 2020; Lease Renewal Letter dated March 17, 2025

5.      Schedule of Leases that Debtors Seek the Second Extension of Time Period to Assume or Reject

6.      Correspondence between Debtors' Counsel and Mark Horn, General Partner of Woodhaven Abilene LLP

7.      Correspondence between Debtors' Counsel and John F. Massouh, Counsel to Tascosa Plaza, LTD

8.      Correspondence between Debtors' Counsel and Michael V. Bailey, Representative of China Diner Limited Partnership

9.      Correspondence between Debtors' Counsel and Danny Stockton, Representative of Pack Five Investments, LLC

10.     Correspondence between Debtors' Counsel and Ivan M. Gold, Counsel to Hulen Mall, LLC

11.     Correspondence between Debtors' Counsel and Manuel Ramon, Representative of Farpoint Shops, LLC

12.     Correspondence between Debtors' Counsel and Laurel D. Roglen, Counsel to Continental Realty (Lakeside Village, Lakeland, FL) and Realty Income (Rogers, AR)

13.     Correspondence between Debtors' Counsel and Ryan J. Bigbee, Counsel to Barney Adams

14.     Correspondence between Debtors' Counsel and Randy Andrews, Representative of Northpark Commons, LLC

15.     Correspondence between Debtors' Counsel and Caleb Holzaepfel, Counsel to CBL & Associates Management, Inc.

16. Proposed *Order Granting Motion to Assume Unexpired Leases of Nonresidential Real Property*

17. Proposed *Order Granting Second Motion Pursuant to 11 U.S.C. §365(d)(4) for the Extension of Time Period Within Which Debtors May Assume or Reject Leases of Nonresidential Real Property*

All exhibits designated or offered by any other party.

All schedules, pleadings, proofs of claim and matters of record as reflected on the case docket sheet and claims register in this proceeding.

Debtors reserve the right to introduce additional exhibits as may be necessary and appropriate at the hearings.

Dated this the 26th day of March 2026.

ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, TX 76102
Telephone: 817.347.5261
Facsimile: 817.347.5269
http://www.romclaw.com

By: ___/s/ Joseph F. Postnikoff_____
       Joseph F. Postnikoff
       State Bar No. 16168320
       Email: jpostnikoff@romclaw.com
       Emily M. Campbell
       State Bar No. 24143596
       Email: ecampbell@romclaw.com

and

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 N. Meridian Street, Suite 1260
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

and

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael Pipkin
State Bar No. 24122988
Email: mpipking@romclaw.com
ROCHELLE MCCULLOUGH, LLP
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.953.0182
Facsimile: 888.467.5979
http://www.romclaw.com

COUNSEL FOR DEBTORS IN POSSESSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of March 2026, a copy of the foregoing Witness and Exhibit List was served via ECF, via email on the following parties:

| Name | Party | Email Address |
|---|---|---|
| John Massouh | Tascosa Plaza, LTD | John.massouh@sprouselaw.com |
| Ryan J. Bigbee | Barney Adams | badams2790@aol.com |
| Randy Andrews | Northpark Commons, LLC | gra@graco.dev |
| Cory Wood | Woodhaven Abilene, LP | cwood@wtconnect.com |
| Manuel Ramon | Farpoint Shops, LLC | manuel@pridedfw.com |
| Mike Bailey | China Diner Limited Partnership | mbailey@windstarproperties.net |
| Scott Redler | Freddy's Land, LLC | ScottR@freddysusa.com |
| Kendal B. Reed | Tyler Broadway/Centennial LP | kreed@condontobin.com |
| Caleb Holzaepfel | Coastal Grand CMBS, LLC | caleb.holzaepfel@huschblackwell.com |
| Ivan M. Gold | Hulen Mall, LLC | igold@matkins.com |
| Laurel D. Roglen | ARC CAFEUSA001, LLC | roglenl@ballardspahr.com |
| Laurel D. Roglen | CRC Lakeside Village Coinvest, LLC | roglenl@ballardspahr.com |
| Danny Stockton | Pack Five Investments, LLC | danny@pkfive.com |
| A. Green | Grnobl, LC | ajgreen@grnobl.com |

_/s/ Joseph F. Postnikoff_
Joseph F. Postnikoff