## EXHIBIT 1

# SCHEDULE OF LEASES TO BE ASSUMED

| Debtor | Landlord | Lease Address | Date of Lease | Term | Cure Amount |
|---|---|---|---|---|---|
| Food Concepts International, LP | Grnobl, L.C. | 16092 N. Arrowhead Fountains Center Dr., Peoria, Arizona, 85382 | June 19, 2000; renewed during 2016 and May 17, 2021 | 5 years | $0.00 |
| Food Concepts International, LP | Tyler Broadway/Centennial, LP | 8926 S. Broadway Avenue, Suite 192, Tyler, Texas 75703 | September 4, 2013 | 10 years | $0.00 |
| Food Concepts International, LP | Freddy's Land, LLC | Ridge 400,located in the City of Wichita, County of Sedgwick, Kansas | July 18, 2014 | 15 years | $0.00 |