# EXHIBIT 5

**SCHEDULE OF LEASES THAT DEBTOR SEEKS SECOND EXTENSION OF TIME
PERIOD TO ASSUME OR REJECT**

| Debtor | Landlord | Lease Address |
|---|---|---|
| Food Concepts International, LP | Tacosa Plaza, Ltd | 3501 45th Avenue, Amarillo, Texas 79109 |
| Food Concepts International, LP | Barney Adams | 4401 82nd Street, Lubbock, Texas 79424 |
| Food Concepts International, LP | Northpark Commons, LLC | 2908 W. Loop 250, Midland, TX 79705 |
| Food Concepts International, LP | Woodhaven Abilene, LP | 4782 South 14th Street, Abilene, TX 79605 |
| Food Concepts International, LP | Farpoint Shops, LLC | 824 Airport Freeway, Hurst, TX 76054 |
| Food Concepts International, LP | China Diner Limited Partnership | 1041 West I-20, Arlington, TX 76017 |
| Food Concepts International, LP | Coastal Grand CMBS, LLC | 740 Coastal Grand Circle, Myrtle Beach, SC 29577 |
| Food Concepts International, LP | Hulen Mall, LLC | Part of Lot 12, of Hulen Mall Addition, Block 1 City of Fort Worth, Tarrant County, Texas |
| Food Concepts International, LP | CRC Lakeside Village Coinvest, LLC | 3700 Lakeside Village Blvd., Lakeland, FL 33803 |
| Food Concepts International, LP | ARC CAFEUSA001, LLC | 4005 West Walnut, Rogers, AR 72756 |
| Food Concepts International, LP | Pack Five Investments, LLC | 4413 82nd Street, Lubbock, Texas 79424 |