# EXHIBIT 6

**Emily Campbell**

---

| | |
|---|---|
| **From:** | cwood@wtconnect.com |
| **Sent:** | Thursday, February 26, 2026 2:58 PM |
| **To:** | Emily Campbell |
| **Cc:** | Joe Postnikoff |
| **Subject:** | RE: In re Abuelos International, LP et. al. |

Emily, we agree to the extension request.

Thank You
Cory Wood
COO
Mark Horn Enterprises, Inc.
325-673-7736



---

**From:** Emily Campbell <ecampbell@romclaw.com>
**Sent:** Thursday, February 26, 2026 10:21 AM
**To:** cwood@wtconnect.com
**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Subject:** RE: In re Abuelos International, LP et. al.

Hi Cory,

I hope you have had a good week. I am following up to see if Woodhaven LP consents to the below extension request. Thank you!

Best,
**Emily Campbell**
Associate
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
www.romclaw.com | ecampbell@romclaw.com



NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not

disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.

---

**From:** Emily Campbell
**Sent:** Wednesday, February 25, 2026 10:37 AM
**To:** 'cwood@wtconnect.com' <cwood@wtconnect.com>
**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Subject:** RE: In re Abuelos International, LP et. al.

Hi Cory,

Thank you for reaching out! Just to be clear from your previous email, Woodhaven Abilene, LP consents to the extended deadline for the Debtors to assume or reject the lease until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026? Thanks again.

Best,

**Emily Campbell**
Associate
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
www.romclaw.com | ecampbell@romclaw.com



NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.

---

**From:** cwood@wtconnect.com <cwood@wtconnect.com>
**Sent:** Wednesday, February 25, 2026 10:30 AM
**To:** Emily Campbell <ecampbell@romclaw.com>
**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Subject:** RE: In re Abuelos International, LP et. al.

Emily,

Please let me know what else you need from us to proceed.

Thank You

Cory Wood
COO
Mark Horn Enterprises, Inc.
325-673-7736



---

**From:** cwood@wtconnect.com <cwood@wtconnect.com>
**Sent:** Monday, February 23, 2026 11:36 AM
**To:** 'Emily Campbell' <ecampbell@romclaw.com>
**Cc:** 'Joe Postnikoff' <JPostnikoff@romclaw.com>
**Subject:** RE: In re Abuelos International, LP et. al.

Kenneth Musgrave is deceased.  The current landlord is Woodhaven Abilene, LP.  The signing authority is,

Mark Horn
Managing Member of Riddermark Capital, LLC
General Partner to Woodhaven Abilene, LP

Thank You
Cory Wood
COO
Mark Horn Enterprises, Inc.
325-673-7736



---

**From:** Emily Campbell <ecampbell@romclaw.com>
**Sent:** Monday, February 23, 2026 10:57 AM
**To:** cwood@wtconnect.com
**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Subject:** In re Abuelos International, LP et. al.

Dear Mr. Wood,

My firm represents Abuelo's International L.P., et al., (the "Debtors") in their Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas (Case No. 25-43339-elm11).

We write regarding the nonresidential real property lease between Debtors and Kenneth L. Musgrave for the premises located at 4782 South 14th Street, Abilene, TX 79605 (the "Lease"). The current deadline for the Debtors to assume or reject the Lease is March 31, 2026.

Pursuant to 11 U.S.C. § 365(d)(4)(B)(ii), the Debtors request Mr. Musgrave's prior written consent to extend the Deadline until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026.

The Debtors intend to file their Chapter 11 plan by March 1, 2026, and proceed to plan confirmation. Additionally, the Debtors anticipate that the subject lease of nonresidential real property will be assumed in conjunction with plan confirmation. A copy of the current draft motion/order to extend the assumption/rejection deadline is attached.

If Mr. Musgrave is agreeable, please confirm written consent by return email. As the deadline is approaching, we would appreciate your response no later than February 27, 2026.

**Emily Campbell**
Associate
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
www.romclaw.com | ecampbell@romclaw.com



NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.