# EXHIBIT 7

| | |
|---|---|
| **From:** | John Massouh |
| **To:** | Emily Campbell |
| **Cc:** | Joe Postnikoff |
| **Subject:** | RE: In re Abuelos International, LP et. al. |
| **Date:** | Tuesday, February 24, 2026 10:04:27 AM |
| **Attachments:** | image001.png |

Emily:

We have no objection to the motion for extension.

Just as an FYI, the parties already entered into a new amended lease agreement.

John


JOHN F. MASSOUH | MEMBER
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500 | Amarillo, Texas | 79101
T: 806.468.3337 | F: 806.373.3454
john.massouh@sprouselaw.com | www.sprouselaw.com


**From:** Emily Campbell <ecampbell@romclaw.com>
**Sent:** Monday, February 23, 2026 10:42 AM
**To:** John Massouh <john.massouh@sprouselaw.com>
**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Subject:** In re Abuelos International, LP et. al.

> This attachment includes an external link. Please use caution.

Dear Counsel,

My firm represents Abuelo's International L.P., et al., (the "Debtors") in their Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas (Case No. 25-43339-elm11).

We write regarding the nonresidential real property lease between Debtors and Tascosa Plaza, LTD for the premises located at 3501 45th Avenue, Amarillo, Texas 79109 (the "Lease"). The current deadline for the Debtor to assume or reject the Lease is March 31, 2026.

Pursuant to 11 U.S.C. § 365(d)(4)(B)(ii), the Debtors request Tascosa Plaza, LTD's prior written consent to extend the Deadline until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026.

The Debtors intend to file their Chapter 11 plan by March 1, 2026, and proceed to plan confirmation. Additionally, the Debtors anticipate that the subject lease of nonresidential real property will be assumed in conjunction with plan confirmation. A copy of the current draft motion/order to extend the assumption/rejection deadline is attached.

If your client is agreeable, please confirm written consent by return email. As the deadline is approaching, we would appreciate your response no later than **February 27, 2026**.

Sincerely,
**Emily Campbell**
Associate
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
www.romclaw.com | ecampbell@romclaw.com



NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.