# EXHIBIT 8

**From:** Mike Bailey
**To:** Emily Campbell
**Cc:** Joe Postnikoff
**Subject:** Abuelos International, LP et. al.
**Date:** Wednesday, February 25, 2026 5:23:12 PM

---

Emily,

The landlord, China Diner Limited Partnership, consents to the extension of the Deadline as indicated in your email below.

Regards,

**Michael V. Bailey**
**WindStar Development**
214-526-2700 - Office
214-526-2750 - Fax
214-538-1022 - Mobile


On Feb 23, 2026, at 11:06 AM, Emily Campbell <ecampbell@romclaw.com> wrote:


> **Caution:** This is an external email and has a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department

Dear Mr. Bailey,

My firm represents Abuelo's International L.P., et al., (the "Debtors") in their Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas (Case No. 25-43339-elm11).

We write regarding the nonresidential real property lease between Debtors and China Diner Limited Partnership for the premises located at 1041 West I-20, Arlington, Texas 76017 (the "Lease"). The current deadline for the Debtors to assume or reject the Lease is March 31, 2026.

Pursuant to 11 U.S.C. § 365(d)(4)(B)(ii), the Debtors request China Diner Limited Partnership 's prior written consent to extend the Deadline until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026.

The Debtors intend to file their Chapter 11 plan by March 1, 2026, and proceed to plan confirmation. Additionally, the Debtors anticipate that the subject lease of nonresidential real property will be assumed in conjunction with plan confirmation. A copy of the current draft motion/order to extend the assumption/rejection deadline is attached.

If China Diner Limited Partnership is agreeable, please confirm written consent by return email. As the deadline is approaching, we would appreciate your response no later than **February 27, 2026**.

**Emily Campbell**

Associate

ROCHELLE MCCULLOUGH, LLP

300 Throckmorton, Suite 520

Fort Worth, Texas 76102

www.romclaw.com | ecampbell@romclaw.com

<image001.png>

NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.

<Abuelos-Second Motion to Extend Time Assume-Reject Lease.pdf>
<Abuelos-Order on Extension of Time to Assume-Reject Lease Nonresidential Real Property.pdf>