# EXHIBIT 9

**From:** Danny Stockton
**To:** Emily Campbell
**Subject:** Re: In re Abuelos International, LP et. al.
**Date:** Monday, February 23, 2026 1:39:03 PM
**Attachments:** image001.png

Pack Five Investments, LLC is agreeable.

Danny Stockton

-------

**Pack Five Investments, LLC**

**Danny Stockton**

.................................................................

**cell**
806 789 7758
danny@pkfive.com
**email**

.................................................................

P.O. Box 64054
Lubbock, Texas 79464

---

**From:** Emily Campbell <ecampbell@romclaw.com>

**Date:** Monday, February 23, 2026 at 11:42 AM

**To:** Danny Stockton <danny@pkfive.com>

**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>

**Subject:** In re Abuelos International, LP et. al.

Dear Mr. Stockton,

My firm represents Abuelo's International L.P., et al., (the "Debtors") in their Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas (Case No. 25-43339-elm11).

We write regarding the nonresidential real property lease between Debtors and Pack Five Investments, LLC for the premises located at 4413 82nd Street Suite 250, Lubbock, Texas 79424 (the "Lease"). The current deadline for the Debtors to assume or reject the Lease is March 31, 2026.

Pursuant to 11 U.S.C. ? 365(d)(4)(B)(ii), the Debtors request Pack Five Investments, LLC 's prior written consent to extend the Deadline until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026.

The Debtors intend to file their Chapter 11 plan by March 1, 2026, and proceed to plan confirmation. Additionally, the Debtors anticipate that the subject lease of nonresidential real property will be assumed in conjunction with plan confirmation. A copy of the current draft motion/order to extend the assumption/rejection deadline is attached.

If Pack Five Investments, LLC is agreeable, please confirm written consent by return email. As the deadline is approaching, we would appreciate your response no later than **February 27, 2026**.

Sincerely,
**Emily Campbell**
Associate
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
www.romclaw.com | ecampbell@romclaw.com



NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.