# EXHIBIT 10

| | |
|---|---|
| **From:** | Gold, Ivan |
| **To:** | Emily Campbell |
| **Cc:** | Joe Postnikoff |
| **Subject:** | RE: In re Abuelos International, LP et. al. |
| **Date:** | Friday, February 27, 2026 4:14:50 PM |
| **Attachments:** | image001.png |

Emily-

On behalf of Hulen Mall, LLC, the proposed extension is acceptable.

**Ivan M. Gold** | Of Counsel
Direct (415) 273-7431 | Main (415) 837-1515
Cell (925) 323-2832
igold@allenmatkins.com | Bio
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 25th Floor, San Francisco, CA 94111-4074

## Allen Matkins

**From:** Emily Campbell <ecampbell@romclaw.com>
**Sent:** Tuesday, February 24, 2026 9:32 AM
**To:** Gold, Ivan <igold@allenmatkins.com>
**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Subject:** In re Abuelos International, LP et. al.

CAUTION: External Email

Dear Counsel,

My firm represents Abuelo's International L.P., et al., (the "Debtors") in their Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas (Case No. 25-43339-elm11).

We write regarding the nonresidential real property lease between Debtors and Hulen Mall, LLC for the premises located at 4740 S. Hulen Street Fort Worth, Texas 76132 (the "Lease"). The current deadline for the Debtors to assume or reject the Lease is March 31, 2026.

Pursuant to 11 U.S.C. Section 365(d)(4)(B)(ii), the Debtors request Hulen Mall, LLC 's prior written consent to extend the Deadline until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026.

The Debtors intend to file their Chapter 11 plan by March 1, 2026, and proceed to plan confirmation. Additionally, the Debtors anticipate that the subject lease of nonresidential real property will be assumed in conjunction with plan confirmation. A copy of the current draft motion/order to extend the assumption/rejection deadline is attached.

If your client is agreeable, please confirm written consent by return email. As the deadline is approaching, we would appreciate your response no later than **February 27, 2026**.

Sincerely,
**Emily Campbell**
Associate
Rochelle McCullough, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
www.romclaw.com | ecampbell@romclaw.com



NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.

**Emily Campbell**
Associate
Rochelle McCullough, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
www.romclaw.com | ecampbell@romclaw.com



NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.