# EXHIBIT 11

| | |
|---|---|
| **From:** | Manuel Ramon |
| **To:** | Emily Campbell |
| **Cc:** | Joe Postnikoff; Lata Narawane; Manuel Ramon |
| **Subject:** | Re: In re Abuelos International, LP et. al. |
| **Date:** | Thursday, February 26, 2026 11:10:51 AM |
| **Attachments:** | image001.png |

Emily,

Yes the Landlord agrees to extend the deadline.

Regards,

**Manuel Ramon**

12377 Merit Drive, Ste. 230

Dallas, TX  75251

(972) 591-4429

manuel@pridedfw.com



**From:** Emily Campbell <ecampbell@romclaw.com>

**Date:** Thursday, February 26, 2026 at 10:23 AM

**To:** Manuel Ramon <manuel@pridedfw.com>

**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>

**Subject:** RE: In re Abuelos International, LP et. al.

Hi Mr. Ramon,

I hope you have had a good week. I am following up to see if you have had a chance to review the below extension request. Thank you!

Best,

**Emily Campbell**

Associate

Rochelle McCullough, LLP

300 Throckmorton, Suite 520

Fort Worth, Texas 76102

www.romclaw.com | ecampbell@romclaw.com



NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.

---

**From:** Emily Campbell
**Sent:** Monday, February 23, 2026 11:01 AM
**To:** 'manuel@pridedfw.com' <manuel@pridedfw.com>
**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Subject:** In re Abuelos International, LP et. al.

Dear Mr. Ramon,

My firm represents Abuelo's International L.P., et al., (the "Debtors") in their Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas (Case No. 25-43339-elm11).

We write regarding the nonresidential real property lease between Debtors and Farpoint Shops, LLC for the premises located at 824 Airport Freeway, Hurst, Texas 76054 (the "Lease"). The current deadline for the Debtors to assume or reject the Lease is March 31, 2026.

Pursuant to 11 U.S.C. ? 365(d)(4)(B)(ii), the Debtors request Farpoint Shops, LLC 's prior written consent to extend the Deadline until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026.

The Debtors intend to file their Chapter 11 plan by March 1, 2026, and proceed to plan confirmation. Additionally, the Debtors anticipate that the subject lease of nonresidential real property will be assumed in conjunction with plan confirmation. A copy of the current draft motion/order to extend the assumption/rejection deadline is attached.

If Farpoint Shops, LLC is agreeable, please confirm written consent by return email. As

the deadline is approaching, we would appreciate your response no later than **February 27, 2026**.

Sincerely,
**Emily Campbell**
Associate
Rochelle McCullough, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
www.romclaw.com | ecampbell@romclaw.com



NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.