# EXHIBIT 12

| | |
|---|---|
| **From:** | Joe Postnikoff |
| **To:** | Roglen, Laurel D.; Curt Hochbein; J. Mark Chevallier; Michael Pipkin; Emily Campbell |
| **Cc:** | Vesper, Margaret; Williamson, Erin |
| **Subject:** | RE: Abuelo"s - Requests for 365(d)(4) Extensions |
| **Date:** | Monday, March 2, 2026 1:59:07 PM |

Thank you very much!

JOSEPH F. POSTNIKOFF

ROCHELLE MCCULLOUGH, LLP

300 THROCKMORTON STREET, SUITE 520

FORT WORTH, TEXAS 76102

DIRECT: (817) 347-5261 | MOBILE: (817) 291-9822

JPOSTNIKOFF@ROMCLAW.COM    WWW.ROMCLAW.COM

**From:** Roglen, Laurel D. <RoglenL@ballardspahr.com>
**Sent:** Monday, March 2, 2026 1:58 PM
**To:** Joe Postnikoff <JPostnikoff@romclaw.com>; Curt Hochbein <CHochbein@romclaw.com>; J. Mark Chevallier <mchevallier@romclaw.com>; Michael Pipkin <mpipkin@romclaw.com>
**Cc:** Vesper, Margaret <VesperM@ballardspahr.com>; Williamson, Erin <williamsone@ballardspahr.com>
**Subject:** RE: Abuelo's - Requests for 365(d)(4) Extensions

Hi Joe:

I followed up with Continental today and confirmed that they will consent to the extension of the 365(d)(4) deadline through the earlier of the date of entry of a confirmation order or June 29, 2026.

Thanks,
Laurel

**Laurel D. Roglen**



919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
302.252.4462 DIRECT
302.252.4466 FAX

914.525.5695 MOBILE | roglenl@ballardspahr.com
VCARD

www.ballardspahr.com

*Please note that Ballard Spahr's Delaware office is moving. Effective March 16, our new address will be 222 Delaware Avenue, 10th Floor, Wilmington, DE 19801-3034.*

**From:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Sent:** Friday, February 27, 2026 4:30 PM
**To:** Roglen, Laurel D. <RoglenL@ballardspahr.com>; Curt Hochbein <CHochbein@romclaw.com>; J. Mark Chevallier <mchevallier@romclaw.com>; Michael Pipkin <mpipkin@romclaw.com>
**Cc:** Vesper, Margaret <VesperM@ballardspahr.com>; Williamson, Erin <williamsone@ballardspahr.com>
**Subject:** RE: Abuelo's - Requests for 365(d)(4) Extensions

⚠ **EXTERNAL**

Laurel, we hope for the best but plan for the worst. With time estimates we generally allow 45-days for disclosure statement approval and another 45-days for confirmation. Any additional time is a buffer for unanticipated issues.

On Realty Income, Abuelo's accepts a deadline extension to the earlier of entry of the confirmation order or May 4, 2026. Thank you.

With respect to Continental Realty, are we good with the earlier of entry of the confirmation order or June 29?

I'm available to discuss later this afternoon or Monday if there's a time that works for you.

Thanks, and have a great weekend.

JOSEPH F. POSTNIKOFF
ROCHELLE MCCULLOUGH, LLP
300 THROCKMORTON STREET, SUITE 520
FORT WORTH, TEXAS 76102
DIRECT: (817) 347-5261 | MOBILE: (817) 291-9822
JPOSTNIKOFF@ROMCLAW.COM   WWW.ROMCLAW.COM

**From:** Roglen, Laurel D. <RoglenL@ballardspahr.com>
**Sent:** Friday, February 27, 2026 10:39 AM
**To:** Joe Postnikoff <JPostnikoff@romclaw.com>; Curt Hochbein <CHochbein@romclaw.com>; J. Mark Chevallier <mchevallier@romclaw.com>; Michael Pipkin <mpipkin@romclaw.com>
**Cc:** Vesper, Margaret <VesperM@ballardspahr.com>; Williamson, Erin <williamsone@ballardspahr.com>
**Subject:** Abuelo's - Requests for 365(d)(4) Extensions

Good Morning, Counsel:

It has come to my attention that my clients, Continental Realty (Lakeside Village, Lakeland, FL) and Realty Income (Rogers, AR), were contacted with a proposed motion and order seeking a consensual further extension of the 365(d)(4) deadline in this case.

I have discussed this request with my clients.  Given the stated intention of filing a plan by March 1, can you please let us know why the requested extension is so long, running as far as June 29?

Continental is working on a lease amendment with the tenant, where I believe there is a deal in principal subject to documentation, which we will continue to work on in good faith, but I am curious why the Debtors need an extra 90 days here beyond the 365(d)(4) deadline, as that may influence whether Continental will consent to the requested extension.

With respect to Realty Income, the landlord is only willing to consent to an extension of the Debtor's 365(d)(4) deadline through the earlier of the date of entry of an order confirming a plan or May 4, 2026, which coincides with the Debtor's deadline to exercise its option under the lease.

Please let me know if you'd like to discuss.

Thanks,
Laurel


**Laurel D. Roglen**

919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
302.252.4462 DIRECT
302.252.4466 FAX

914.525.5695 MOBILE | roglenl@ballardspahr.com
VCARD

www.ballardspahr.com

*Please note that Ballard Spahr's Delaware office is moving. Effective March 16, our new address will be 222 Delaware Avenue, 10th Floor, Wilmington, DE 19801-3034.*