**EXHIBIT 13**

| | |
|---|---|
| **From:** | Ryan Bigbee |
| **To:** | Joe Postnikoff |
| **Cc:** | Mish Manahan-Richardson; Emily Campbell |
| **Subject:** | RE: In re Abuelos International, LP et. al. |
| **Date:** | Tuesday, March 3, 2026 1:25:56 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | Lubbock Lease Fourth Amendment 2026 [fully executed].pdf |

Joe,

Yes our client is agreeable to the extension proposed.

Additionally, attached for your file and further handling is the executed Lease Amendment.

Thank you,

RYAN J. BIGBEE | ATTORNEY
P. 806.319.8520 | D. 806.319.8523| F. 806.686.4038
ryan@bigbeecurtislaw.com



11010 Indiana Ave.
Lubbock, TX 79423 (**PHYSICAL**)
P.O. Box 53068
Lubbock, TX 79453 (**MAILING**)
Website: WWW.BIGBEECURTISLAW.COM

Treasury Circular 230 Disclosure -- To comply with requirements imposed by the Internal Revenue Service, we inform you that any advice contained in this written communication (including any attachment) is not intended or written to be used and cannot be used, by any person for the purpose of avoiding tax penalties.

The information contained in this electronic transmission, and/or the attachments to it, may contain confidential information belonging to the sender which is attorney privileged information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone or at the e-mail address above to arrange for return of the documents.  Thank you.

**From:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Sent:** Monday, March 2, 2026 2:05 PM
**To:** Ryan Bigbee <ryan@bigbeecurtislaw.com>
**Cc:** Mish Manahan-Richardson <mish@bigbeecurtislaw.com>; Emily Campbell <ecampbell@romclaw.com>

**Subject:** RE: In re Abuelos International, LP et. al.

Ryan, I just left a voicemail. Is the lessor, Barney Adams, agreeable to the requested extension?

Either Emily or I are available to discuss if you like.

Thank you for your attention to this matter.

JOSEPH F. POSTNIKOFF
ROCHELLE MCCULLOUGH, LLP
300 THROCKMORTON STREET, SUITE 520
FORT WORTH, TEXAS 76102
DIRECT: (817) 347-5261 | MOBILE: (817) 291-9822
JPOSTNIKOFF@ROMCLAW.COM    WWW.ROMCLAW.COM

---

**From:** Joe Postnikoff
**Sent:** Thursday, February 26, 2026 6:19 PM
**To:** 'Ryan Bigbee' <ryan@bigbeecurtislaw.com>
**Cc:** Mish Manahan-Richardson <mish@bigbeecurtislaw.com>; Emily Campbell <ecampbell@romclaw.com>
**Subject:** RE: In re Abuelos International, LP et. al.

Apologies, Ryan. I missed the connection when we were developing the contacts list for Emily. Connection made.

As indicated in the email thread below, we do need to request another extension of the deadline to assume or reject leases of nonresidential real property. While we expect to file the Abuelo's plan Monday, confirmation won't occur prior to the current March 31, 2026 assumption/rejection deadline.

Will your client consent to extension of the current deadline to the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026?

Thank you for your attention to this matter.

JOSEPH F. POSTNIKOFF
ROCHELLE MCCULLOUGH, LLP
300 THROCKMORTON STREET, SUITE 520
FORT WORTH, TEXAS 76102
DIRECT: (817) 347-5261 | MOBILE: (817) 291-9822
JPOSTNIKOFF@ROMCLAW.COM    WWW.ROMCLAW.COM