# EXHIBIT 14

**From:** Randy Andrews
**To:** Joe Postnikoff
**Cc:** Emily Campbell
**Subject:** Re: In re Abuelos International, LP et. al.
**Date:** Friday, February 27, 2026 9:05:54 AM
**Attachments:** image001.png

Approved

Randy

Sent from my iPhone

On Feb 27, 2026, at 8:58 AM, Joe Postnikoff <JPostnikoff@romclaw.com> wrote:

Randy, would you mind confirming Northpark Commons, LLC consents to the extension of the deadline to assume or reject its lease to the earlier of (a) plan confirmation, or (b) June 29,2026?

We'd like to file the extension motion by Monday.

Thanks.

JOSEPH F. POSTNIKOFF
ROCHELLE MCCULLOUGH, LLP
300 THROCKMORTON STREET, SUITE 520
FORT WORTH, TEXAS 76102
DIRECT: (817) 347-5261 | MOBILE: (817) 291-9822
JPOSTNIKOFF@ROMCLAW.COM    WWW.ROMCLAW.COM

**From:** Emily Campbell <ecampbell@romclaw.com>
**Sent:** Thursday, February 26, 2026 10:16 AM
**To:** grandall@gracorealestate.com
**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Subject:** RE: Re: In re Abuelos International, LP et. al.

Hi Mr. Andrews,

I hope you have had a good week. I am following up to see if you have had a chance to review the below extension request. Thank you!

Sincerely,

**Emily Campbell**

Associate

Rochelle McCullough, LLP

300 Throckmorton, Suite 520

Fort Worth, Texas 76102

www.romclaw.com | ecampbell@romclaw.com

<image001.png>

NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.

**From:** Emily Campbell
**Sent:** Tuesday, February 24, 2026 8:59 AM
**To:** grandall@gracorealestate.com
**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Subject:** Re: In re Abuelos International, LP et. al.

Dear Mr. Andrews,

My firm represents Abuelo's International L.P., et al., (the "Debtors") in their Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas (Case No. 25-43339-elm11).

We write regarding the nonresidential real property lease between Debtors and Northpark Commons, LLC for the premises located at 4010 82nd Street Suite 100, Lubbock, TX 79423 (the "Lease"). The current deadline for the Debtors to assume or reject the Lease is March 31, 2026.

Pursuant to 11 U.S.C. § 365(d)(4)(B)(ii), the Debtors request Northpark Commons, LLC 's prior written consent to extend the Deadline until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026.

The Debtors intend to file their Chapter 11 plan by March 1, 2026, and proceed to plan confirmation. Additionally, the Debtors anticipate that the subject lease of nonresidential real property will be assumed in conjunction with plan confirmation. A copy of the current draft motion/order to extend the assumption/rejection deadline is attached.

If Northpark Commons, LLC is agreeable, please confirm written consent by return email. As the deadline is approaching, we would appreciate your response no later than February 27, 2026.

Sincerely,

**Emily Campbell**

Associate

ROCHELLE MCCULLOUGH, LLP

300 Throckmorton, Suite 520

Fort Worth, Texas 76102

www.romclaw.com | ecampbell@romclaw.com

<image001.png>

NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.

***CAUTION:External***