# EXHIBIT 15

| | |
|---|---|
| **From:** | Holzaepfel, Caleb |
| **To:** | Emily Campbell |
| **Cc:** | Joe Postnikoff |
| **Subject:** | RE: Abuelo"s / Coastal Grand Mall |
| **Date:** | Tuesday, February 24, 2026 7:01:37 AM |
| **Attachments:** | image003.png |
| | image001.png |
| | LEMA 2021 (1).pdf |

Emily -

This firm represents CBL & Associates Management, Inc., ("CBL") the managing agent for Debtor's lease at the Coastal Grand (Myrtle Beach, SC) (the "Lease") location.  Please conduct all future correspondence regarding CBL directly through me.

1. Please note that the landlord for this location is:  Coastal Grand CMBS, LLC (not Mall of South Carolina Limited Partnership).  The current Lease Amendment is attached for your ease of reference.

2. Debtor has failed to pay $2,292.57 is post-petition real estate adjustments.  Can you advise when that amount will be paid?

## Aging Detail as of 2/23/26

| Property | Lease | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Coastal Grand Mall (110-0347)** | | | | | | | | | | | |
| **Abuelo's (l0028573)** | | | | | | | | | | | |
| 110-0347 | Abuelo's | retadj | 11/13/2025 | 11/2025 | 2,292.57 | 0.00 | 0.00 | 0.00 | 2,292.57 | 0.00 | 2,292.57 |
| | **Abuelo's** | | | | **2,292.57** | **0.00** | **0.00** | **0.00** | **2,292.57** | **0.00** | **2,292.57** |
| **110-0347** | | | | | **2,292.57** | **0.00** | **0.00** | **0.00** | **2,292.57** | **0.00** | **2,292.57** |
| **Grand Total** | | | | | **2,292.57** | **0.00** | **0.00** | **0.00** | **2,292.57** | **0.00** | **2,292.57** |

3. As requested, CBL agrees to the extend Debtor's deadline to assume or reject the Lease until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026 – but reserves all rights (i) to require payment of its cure amount as in order to assume the Lease, and (2) to move to compel assumption/rejection of the Lease at an earlier date to the extent Debtor fails to pay the future post-petition rent/charges as they come due.

Thanks.

**Caleb Holzaepfel**
**Partner**
Direct: 423-755-2654
Caleb.Holzaepfel@huschblackwell.com

---

**From:** Emily Campbell <ecampbell@romclaw.com>
**Sent:** Monday, February 23, 2026 12:17 PM
**To:** Justice Wade <Justice.Wade@cblproperties.com>

**Cc:** Joe Postnikoff <JPostnikoff@romclaw.com>
**Subject:** In re Abuelos International, LP et. al.

> Warning: This email originated outside of CBL. Verify the email address (not just the display name) before exchanging emails, clicking links or opening attachments.

Dear Mr. Wade,

My firm represents Abuelo's International L.P., et al., (the "Debtors") in their Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas (Case No. 25-43339-elm11).

We write regarding the nonresidential real property lease between Debtors and Mall of South Carolina Limited Partnership/CBL for the premises located at 740 Coastal Grand Circle, Myrtle Beach, South Carolina 29577 (the "Lease"). The current deadline for the Debtors to assume or reject the Lease is March 31, 2026.

Pursuant to 11 U.S.C. ? 365(d)(4)(B)(ii), the Debtors request Mall of South Carolina Limited Partnership/CBL's prior written consent to extend the Deadline until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026.

The Debtors intend to file their Chapter 11 plan by March 1, 2026, and proceed to plan confirmation. Additionally, the Debtors anticipate that the subject lease of nonresidential real property will be assumed in conjunction with plan confirmation. A copy of the current draft motion/order to extend the assumption/rejection deadline is attached.

If Mall of South Carolina Limited Partnership/CBL is agreeable, please confirm written consent by return email. As the deadline is approaching, we would appreciate your response no later than **February 27, 2026**.

Sincerely,
**Emily Campbell**
Associate
Rochelle McCullough, LLP
300 Throckmorton, Suite 520
Fort Worth, Texas 76102
https://protect.checkpoint.com/v2/r01/___www.romclaw.com___.YzJ1OmNibHByb3BlcnRpZXM6Yzpv
OjZiYmNiZDU4MGMwYzBkOWU5ZGJlNTZiMzU1NDM5MDZmOjc6ZTlmZjpmY2QwOGJmODM4MWU3N
jU2NGY3NWFjNGNmMmQwYWFlYTViMGVlNzNmNWRkNWZlNjhhODU2ZDdjYWFiMjEyZjQyOnQ6VDp
Q | ecampbell@romclaw.com



NOTICE - This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not

disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender (only) and delete the message.

The information contained in this communication is strictly CONFIDENTIAL and may contain privileged attorney-client or work-product information. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient and have received this communication in error, please contact the sender immediately at the telephone number or e-mail address set forth above and destroy all copies of this communication. In addition, you are notified that any distribution or use of this communication is strictly prohibited.

The information contained in this communication is strictly CONFIDENTIAL and may contain privileged attorney-client or work-product information. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient and have received this communication in error, please contact the sender immediately at the telephone number or e-mail address set forth above and destroy all copies of this communication. In addition, you are notified that any distribution or use of this communication is strictly prohibited.

The information contained in this communication is strictly CONFIDENTIAL and may contain privileged attorney-client or work-product information. It is intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient and have received this communication in error, please contact the sender immediately at the telephone number or e-mail address set forth above and destroy all copies of this communication. In addition, you are notified that any distribution or use of this communication is strictly prohibited.