# EXHIBIT 17

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **ABUELO'S INTERNATIONAL, L.P.,** *et al.,*[1] | § | **Case No. 25-43339-elm11** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**ORDER GRANTING SECOND MOTION PURSUANT TO 11 U.S.C. §365(d)(4) FOR
THE EXTENSION OF TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT
LEASES OF NONRESIDENTIAL REAL PROPERTY
[Refers to Docket No. ___]**

Came on for Consideration the *Second Motion Pursuant to 11 U.S.C. §365(d)(4) for the Extension of Time Period Within Which Debtors May Assume or Reject Leases of Nonresidential Real Property* [Docket No. ____] (the "Motion")[2] filed by Debtors. The Court finds jurisdiction over the subject matter and parties, notice of the Motion was adequate under the circumstances

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, LP (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

[2] Capitalized terms not defined herein shall have the meaning given such terms in the Motion.

and the relief requested by the Debtors is in order and should be approved. It is hereby **ORDERED** that:

1.      The Motion is hereby granted.

2.      The Assumption/Rejection Deadline for that lease between ARCCAFEUSA 001, LLC and Food Concepts International, L.P for the premises located at 4005 W. Walnut Street, Rogers, Arkansas 72756 shall be extended until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) May 4, 2026.

3.      The Assumption/Rejection Deadline for all other leases of nonresidential real property under which any one of the Debtors are the lessee may be assumed or rejected is hereby extended until the earlier of (a) the date of entry of an order confirming a plan of reorganization or (b) June 29, 2026.

4.      This Court hereby retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

### End of Order ###

Order submitted by:

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
Emily M. Campbell
State Bar No. 24143596
Email: ecampbell@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone: 817.347.5261
Facsimile: 817.347.5269
http://www.romclaw.com

COUNSEL FOR DEBTOR
IN POSSESSION

---

**In re Abuelo's International, L.P., et al., Debtors in Possession**
**Order on Second Motion Pursuant to 11 U.S.C. § 365(d)(4) for the Extension of Time Within Which Debtor**
**May Assume or Reject Leases of Nonresidential Real Property -- Page 2**