

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 31, 2026**

_____

**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **ABUELO'S INTERNATIONAL, L.P., *et al.,*[1]** | § | **Case No. 25-43339-elm11** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**ORDER GRANTING MOTION TO ASSUME**
**UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**
**[Refers to Docket No. 222]**

On this day, came on for consideration the *Motion to Assume Unexpired Leases of Nonresidential Real Property* (the "Motion") [Dkt. No. 222] filed by Abuelo's International, L.P., and its debtor affiliates, as debtors and Debtors in Possession in the above-reference chapter 11 cases (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, LP (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

Food Concepts International, L.P ("FCI"), Debtor in the above-styled and numbered jointly administered chapter 11 bankruptcy case is a party to three leases of nonresidential real property (the "Leases"):

- The Debtors' restaurant located at 16092 N. Arrowhead Fountains Center Dr., Peoria, Arizona leased from GRNOBL, LC ("Peoria Lease").

- The Debtors' restaurant located within that certain retail shopping center commonly known as Ridge 400 located in the Wichita, County of Sedgwick, Kansas, leased from Freddy's Land, LLC (the "Wichita Lease").

- The Debtors' restaurant located at 8926 S. Broadway Avenue, Suite 192, Tyler, Texas, 75703 leased from Tyler Broadway/Centennial LP (the "Tyler Lease").

In the Motion, the Debtors seek entry of an Order (a) assuming the Leases effective as of March 31, 2026; (b) setting the cure amount as zero for each of the Leases; and (c) directing that the Order shall become effective immediately upon entry.

The Court, having determined that proper notice was given and that no objections have been filed, is of the opinion that the Motion is in the best interests of the estate and should be approved. It is therefore:

**ORDERED** that the Motion of the Debtors is granted; it is further

**ORDERED** that the Leases are assumed effective March 31, 2026; it is further

**ORDERED** that the cure amount for each of the Leases is zero; and it is further

**ORDERED** that the requirements of Rule 6006 are waived, and this Order is effective immediately upon entry.

### End of Order ###

Order submitted by:

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
Emily M. Campbell
State Bar No. 24143596
Email: ecampbell@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone: 817.347.5261
Facsimile: 817.347.5269
http://www.romclaw.com

COUNSEL FOR DEBTOR
IN POSSESSION