Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
211 North Pennsylvania Street, Suite 1330
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.953.0182
Facsimile: 888.467.5979
http://www.romclaw.com

COUNSEL FOR DEBTORS IN POSSESSSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ABUELO'S INTERNATIONAL, LP, *et al.,*[1] | § | Case No. 25-43339-elm11 |
| | § | |
| Debtors. | § | Jointly Administered |

## FEE APPLICATION COVER SHEET

First and Final Application of A&G Realty Partners, LLC

**Capacity**:  Real Estate Consultant and Advisor to the Debtors   **Time Period**: October 22, 2025 to March 31, 2026

**Bankruptcy Petitions Filed on**: September 2, 2025

**Date of Entry of Retention Order**:  December 3, 2025   **Status of Cases**: Active

| **Amount Requested**: | | **Reductions**: | |
|---|---|---|---|
| **Fees**: | $    35,221.67 | **Vol. Fee Reductions**: | N/A |
| **Expenses**: | $          N/A | **Expense Reductions**: | N/A |
| **Total**: | $    35,221.67 | **Total Reductions**: | N/A |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, LP (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
211 North Pennsylvania Street, Suite 1330
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.953.0182
Facsimile: 888.467.5979
http://www.romclaw.com

COUNSEL FOR DEBTORS IN POSSESSSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ABUELO'S INTERNATIONAL, LP, *et al.,*[2] | § | Case No. 25-43339-elm11 |
| | § | |
| Debtors. | § | Jointly Administered |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION
FOR A&G REALTY PARTNERS, LLC, AS REAL ESTATE ADVISOR
AND CONSULTANT TO THE DEBTORS**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN
RESPONSE IS FILED WITH THE CLERK OF THE BANKRUPTCY
COURT AT ELDON B. MAHON FEDERAL BUILDING, 501 W. TENTH
STREET, FORT WORTH, TX 76102 BEFORE CLOSE OF BUSINESS ON
APRIL 28, 2026, WHICH IS AT LEAST TWENTY-ONE (21) DAYS FROM
THE DATE OF SERVICE HEREOF.**

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, LP (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Comes now, Abuelo's International, L.P., and its debtor affiliates, as debtors and debtors in possession in in the above-reference chapter 11 cases (collectively, the "Debtors"), on behalf of A&G Realty Partners, LLC (the "Applicant" or "A&G"), and makes its First and Final Application for Compensation (the "Application"). Pursuant to the provisions of 11 U.S.C. §§ 328 and 330 in support thereof, would respectfully show the Court as follows:

## JURISDICTION

1. This Court has jurisdiction over the subject matter of this Application pursuant to the provisions of 28 U.S.C. §1334 and §157. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This Application is filed pursuant to 11 U.S.C. §§ 330, 328 and 503(b)(2) and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

## CASE INFORMATION AND STATUS

2. On September 2, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 5, 2025, the Court entered its *Order Regarding Filing of Pleadings and Directing the Joint Administration of Cases* [Docket No. 46].

3.      No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no committees have been appointed or designated.

4.      The Debtors own and operate a chain of full-service, casual dining Mexican restaurants serving made-from-scratch Mexican food.   As of the Petition Date, the Debtors operated a total of 16 restaurants located in 7 states throughout the nation. A detailed description of the Debtors and their businesses, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the *Declaration of Robert Lin, President of Food Concepts International Holdings, Inc., in Support of Chapter 11 Petitions and First Day Motions*, filed on September 4, 2025 [Docket No. 34] and incorporated herein by reference.

5.      The Debtors' reorganization efforts include, among other things, working with landlords, on a consensual or non-consensual basis, to modify, assume, assume and assign, or reject their unexpired commercial real property leases (the "Leases").

### FACTS RELEVANT TO APPLICATION

6.      In consideration of the various issues the Debtors would encounter with landlords during these chapter 11 cases, the Debtors determined that the services of experienced real estate consultants would increase their efforts to reorganize and maximize the value of their estates.  The Debtors chose A&G because A&G is well suited to provide the real estate services that the Debtors require.  The principals of A&G have over fifty years of commercial real estate experience and have extensive knowledge and expertise in the retail industry.  A&G is a well-known, reputable and diversified real estate consulting and advisory firm with offices located in New York and Illinois. A&G's professionals have extensive experience in providing services regarding the review, analysis, restructuring, disposition, and negotiation of real property and lease agreements, inside and outside of bankruptcy.

7. Therefore, on November 10, 2025, the Debtors filed their Application for Entry of an Order Authorizing the Retention and Employment of A&G Realty Partners, LLC as a Real Estate Consultant and Advisor to the Debtors (the "Retention Application") [Dkt. No. 172].

8. In the Retention Application, the Debtors requested that this Court (i) approve the Real Estate Services Agreement between them and A&G dated October 22, 2025 (the "Services Agreement"), and (ii) authorize their retention and employment of A&G to render, among other things, the following services on a post-Petition Date basis (collectively, the "Services"):

a. assist the Debtors with real estate strategy;

b. consult with the Debtors to discuss the Debtors' goals, objectives and financial parameters in relation to the Leases;

c. provide ongoing advice and guidance related to individual financial and non-financial lease restructuring opportunities;

d. negotiate with the Landlords on behalf of the Debtors to obtain Lease Modifications;[3]

e. if requested by the Debtors, negotiate with Landlords on behalf of the Debtors to obtain Early Termination Rights; and

f. provide regular update reports to the Debtors regarding the status of the Services.

9. Subject to the Bankruptcy Court's approval, the Debtors agreed to compensate A&G in accordance with the terms and conditions set forth in the Services Agreement, including Schedule B thereto, as follows (collectively, the "Fee Structure"):

---

[3] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Servies Agreement.

a. <u>Monetary Lease Modifications</u>. For each Monetary Lease Modification obtained by A&G on behalf of the Debtors, A&G shall earn and be paid a fee for each Lease so modified, in the amount of six percent (6%) of the Occupancy Cost Savings.

b. <u>Non-Monetary Lease Modifications</u>. For each Non-Monetary Lease Modification obtained by A&G on behalf of the Debtors, A&G shall earn and be paid a fee of $1,500 per Lease modified.

c. <u>Early Termination Rights</u>. For each Early Termination Right obtained by A&G on behalf of the Debtors, A&G shall earn and be paid a fee of one-third (1/3) of one (1) month's Gross Occupancy Cost per Lease.

10. On December 3, 2025, this Court entered its *Order Granting Application to Employ A&G Realty Partners, LLC as a Real Estate Consultant* (the "<u>Employment Order</u>") [Dkt. No. 205]. The Employment Order authorized the Debtors, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016, to employ and retain A&G as their real estate advisors, effective as of October 22, 2025, on the terms and conditions set forth in the Services Agreement, as modified by the Retention Order. Pursuant to the Retention Order, the United States Trustee retained the right to object to A&G's request(s) for compensation based on any ground, including the reasonableness standard provided in section 330 of the Bankruptcy Code.

**FIRST INTERIM APPLICATION**

11. This Application covers the period from October 22, 2025 to March 31, 2026 (the "<u>Application Period</u>").

12. Pursuant to this Application, A&G seeks final allowance of fees in the amount of $35,221.67 for Services rendered on behalf of the Debtors and no reimbursement of out-of-pocket

expenses. All Services for which compensation is requested by A&G pursuant to this Application were performed for or on behalf of the Debtors in these Chapter 11 Cases.

13. During the Application Period, A&G obtained the following results on the Debtors' behalf:

    a. Gross Occupancy Cost Savings of approximately $400,000; and

    b. Three Monetary Lease Modifications and One Early Termination Right.

14. By and through this Application, Applicant requests approval of fees in the amount of $35,221.67 and no reimbursement of expenses for the Application Period. The invoices issued to the Debtors for the Services and back-up for the invoices are attached collectively as **<u>Exhibit A</u>**.

15. The fees charged by A&G were billed in accordance with the Services Agreement and Employment Order and are reasonable in light of, among other things, (a) industry practice, (b) market rates charged for comparable services both in and out of the chapter 11 context and (c) A&G's substantial experience with respect to real estate consulting and advisory services. The Fee Structure appropriately reflects the nature and scope of Services performed by A&G in these Chapter 11 Cases, the time constraints of these cases and the fee structures typically utilized by A&G. A&G also respectfully submits that such fees are reasonable based upon the customary compensation charged by similarly skilled professionals in comparable bankruptcy cases in the competitive real estate market.

16. Applicant does not hold nor has it represented at any time during this engagement any interest adverse to the Debtors or their estates and has been, at all times, a disinterested party. Applicant has made no agreement for the sharing of compensation for Services rendered in or in connection with these cases with any other person, other than those affiliated with Applicant's firm.

17.     Applicant's proposed form of Order approving this Application is attached hereto as **Exhibit B**.

## PRAYER FOR RELIEF

WHEREFORE, the Debtors respectfully pray that the Court enter an order granting Applicant (i) a first and final fee award as real estate consultant and advisor for the Debtors in the total amount of $35,221.67 and (ii) such other relief as the Court deems just and appropriate under the circumstances, including approving payment received from the Debtors to date by A&G (which, as of the date of this Application, are all the invoices issued by Applicant to the Debtors).

DATED: April 7, 2026

Respectfully submitted,

ROCHELLE MCCULLOUGH, LLP
300 Throckmorton, Suite 520
Fort Worth, TX 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com

By:     */s/ Joseph F. Postnikoff*
Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnkoff@romclaw.com

and

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
211 North Pennsylvania Street, Suite 1330
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

and

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.953.0182
Facsimile: 888.467.5979
http://www.romclaw.com

COUNSEL    FOR    DEBTORS    IN
POSSESSION

## CERTIFICATE OF COMPLIANCE

I hereby certify that (1) I have read this application; (2) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with these guidelines, except as specifically noted in the application; and (3) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by Applicant and generally accepted by Applicant's clients.

*/s/ Andrew Graiser*
Andrew Graiser

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of April 2026, a copy of the foregoing Application was served via ECF on parties registered with the Court to receive ECF and via email to the representative of the Debtors.

*/s/ Joseph F. Postnikoff*
Joseph F. Postnikoff



# INVOICE

445 Broadhollow Rd, Suite 420

Melville, NY 11747

## EXHIBIT A

**DATE:** December 9, 2025

**Invoice #** Abuelos20251209

**BILL TO:**

Abuelo's International, LP

4413 82nd Street, Suite 250

Lubbock, Texas 79424-3366

Attn: Robert Linn

| DESCRIPTION | AMOUNT |
|---|---|
| Abuelo's Invoice for locations 601 & 606 Fully Executed | 29,010.48 |

**Payment due within 5 days of receipt of invoice**

| TOTAL: | $29,010.48 |
|---|---|

**Send Checks to Above address or**
**Make All Wires Payable To:**

JP Morgan Chase Bank

A&G Realty Partners

445 Broadhollow Rd, Suite 420

Melville, NY 11747

Account #: 404526712

Routing #: 021000021

If you have any questions, please contact Emilio Amendola (631) 465-9507

| Store Number | Legal Status | Total Gross Rent Reduction | Term Reduction Savings | Rent Abatement Savings | Rent Deferral Savings | LL Capital Contribution | TOTAL DEAL SAVINGS excl Options | Monetary Lease Modification (6%) | Non Monetary ($1,500) | Early Termination Right (1/3 Months Gross) | Fee Comments | TOTAL FEE | Previously Invoiced | Invoice 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | 245,357.90 | - | 60,950.00 | - | - | 306,307.90 | 18,378.47 | 1,500.00 | 9,132.01 | | 29,010.48 | - | 29,010.48 |
| 606 | Fully Executed | 178,852.80 | | 40,250.00 | | | 219,102.80 | 13,146.17 | - | 9,132.01 | Occupancy Savings | 22,278.18 | - | 22,278.18 |
| 601 | Fully Executed | 66,505.10 | | 20,700.00 | | | 87,205.10 | 5,232.31 | 1,500.00 | | Occupancy Savings and Term Extension | 6,732.31 | - | 6,732.31 |



# INVOICE

445 Broadhollow Rd, Suite 420

Melville, NY 11747

**DATE:**  March 6, 2026

**Invoice #**  Abuelos20260306

**BILL TO:**

Abuelo's International, LP

4413 82nd Street, Suite 250

Lubbock, Texas 79424-3366

Attn: Robert Linn

| DESCRIPTION | AMOUNT |
|---|---|
| Abuelo's Invoice for location 602 | 4,473.60 |

**Payment due within 5 days of receipt of invoice**

| | |
|---|---|
| **TOTAL:** | **$4,473.60** |

**Send Checks to Above address or**
**Make All Wires Payable To:**

JP Morgan Chase Bank

A&G Realty Partners

445 Broadhollow Rd, Suite 420

Melville, NY 11747

Account #: 404526712

Routing #: 021000021

If you have any questions, please contact Emilio Amendola (631) 465-9507

| Store Number | Legal Status | Total Gross Rent Reduction | Term Reduction Savings | Rent Abatement Savings | Rent Deferral Savings | LL Capital Contribution | TOTAL DEAL SAVINGS excl Options | Monetary Lease Modification (6%) | Non Monetary ($1,500) | Early Termination Right (1/3 Months Gross) | Fee Comments | TOTAL FEE | Previously Invoiced | Invoice 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 35,560.00 | - | 14,000.00 | - | - | 49,560.00 | 2,973.60 | 1,500.00 | - | | 4,473.60 | - | 4,473.60 |
| 602 | Fully Executed | 35,560.00 | | 14,000.00 | | | 49,560.00 | 2,973.60 | 1,500.00 | | Occupancy Savings and Term Extension | 4,473.60 | | 4,473.60 |



# INVOICE

445 Broadhollow Rd, Suite 420

Melville, NY 11747

| DATE: | March 18, 2026 |
|---|---|
| Invoice # | Abuelos20260318 |

**BILL TO:**

Abuelo's International, LP

4413 82nd Street, Suite 250

Lubbock, Texas 79424-3366

Attn: Robert Linn

| DESCRIPTION | AMOUNT |
|---|---|
| Abuelo's Invoice for location 638 | 1,737.59 |

**Payment due within 5 days of receipt of invoice**

| | TOTAL: | $1,737.59 |
|---|---|---|

**Send Checks to Above address or**
**Make All Wires Payable To:**

JP Morgan Chase Bank

A&G Realty Partners

445 Broadhollow Rd, Suite 420

Melville, NY 11747

Account #: 404526712

Routing #: 021000021

If you have any questions, please contact Emilio Amendola (631) 465-9507

| Store Number | Legal Status | Total Gross Rent Reduction | Term Reduction Savings | Rent Abatement Savings | Rent Deferral Savings | LL Capital Contribution | TOTAL DEAL SAVINGS excl Options | Monetary Lease Modification (6%) | Non Monetary ($1,500) | Early Termination Right (1/3 Months Gross) | Fee Comments | TOTAL FEE | Previously Invoiced | Invoice 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 3,959.75 | - | - | - | - | 3,959.75 | 237.59 | 1,500.00 | - | | 1,737.59 | - | 1,737.59 |
| 638 | Fully Executed | 3,959.75 | | - | | | 3,959.75 | 237.59 | 1,500.00 | | Occupancy Savings and Term Extension | 1,737.59 | | 1,737.59 |

# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **ABUELO'S INTERNATIONAL, LP,** *et al.,*[1] | § | **Case No. 25-43339-elm11** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE
OF COMPENSATION FOR A&G REALTY PARTNERS, LLC, AS REAL ESTATE
ADVISOR AND CONSULTANT TO THE DEBTORS
[Refers to Docket No. \_\_]**

On this day, came on for consideration the *First and Final Application for Allowance of Compensation for A&G Realty Partners, LLC, as Real Estate Advisor and Consultant to the Debtors* [Docket No. \_\_] (the "Application")[2] filed by Abuelo's International, L.P., and its debtor affiliates, as debtors and debtors in possession in in the above-reference chapter 11 cases

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, LP (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

[2] Undefined capitalized words and phrases shall have the meaning ascribed to them in the Application.

(collectively, the "Debtors"), on behalf of A&G Realty Partners, LLC (the "Applicant" or "A&G").

In the Application, Applicant requests approval of fees in the amount of $35,221.67 and no reimbursement of expenses for the period of October 22, 2025 through March 31, 2026 (the "Application Period").

The Court is advised no opposition to the Application has been timely filed.

The Court finds jurisdiction over the subject matter and parties, notice of the Application has been adequate under the circumstances and the relief requested is in order and should be approved.  It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Application is granted; and it is further

**ORDERED**, **ADJUDGED AND DECREED** that Applicant is allowed the first and final fee award as real estate consultant and advisor for the Debtors in the total amount of $35,221.67 payment of which has already been made by the Debtors pursuant to the Retention Application, Services Agreement and Employment Order.

### End of Order ###

Order Prepared by:

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone: 817.347.5261
Facsimile: 817.347.5269
http://www.romclaw.com

and

Curt D. Hochbein
State Bar No. (IN) 29284-29
chochbein@romclaw.com
ROCHELLE MCCULLOUGH, LLP
One Indiana Square
211 North Pennsylvania St., Ste. 1330
Indianapolis, Indiana 46204
Telephone: 317.608.1137
https://www.romclaw.com

and

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.953.0182
Facsimile: 888.467.5979
http://www.romclaw.com

COUNSEL FOR DEBTORS IN POSSESSION