

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 29, 2026**

_____
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **ABUELO'S INTERNATIONAL, L.P., *et al.,*[1]** | § | **Case No. 25-43339-elm11** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

### ORDER GRANTING SECOND MOTION TO ASSUME
### UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
### [Refers to Docket No. 241]

On this day, came on for consideration the *Second Motion to Assume Unexpired Lease of Nonresidential Real Property* (the "Motion") [Dkt. No. 241] filed by Abuelo's International, L.P., and its debtor affiliates, as debtors and Debtors in Possession in the above-reference chapter 11 cases (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, LP (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

Food Concepts International, L.P ("FCI"), Debtor in the above-styled and numbered jointly administered chapter 11 bankruptcy case is a party to a lease of nonresidential real property located at 4005 W. Walnut Street, Rogers, Arkansas 72756 leased from ARCCAFEUSA 001, LLC (the "Lease").

In the Motion, the Debtors seek entry of an Order (a) assuming the Lease effective as of April 29, 2026; (b) setting the cure amount as zero for the Lease; and (c) directing that the Order shall become effective immediately upon entry.

The Court, having determined that proper notice was given and that no objections have been filed, is of the opinion that the Motion is in the best interests of the estate and should be approved. It is therefore:

**ORDERED** that the Motion of the Debtors is granted; it is further

**ORDERED** that the Lease is assumed effective April 29, 2026; it is further

**ORDERED** that the cure amount for the Lease is zero; and it is further

**ORDERED** that the requirements of Rule 6006 are waived, and this Order is effective immediately upon entry.

### End of Order ###

Order submitted by:

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
Emily M. Campbell
State Bar No. 24143596
Email: ecampbell@romclaw.com
ROCHELLE MCCULLOUGH, LLP
300 Throckmorton Street, Suite 520
Fort Worth, Texas 76102
Telephone: 817.347.5261
Facsimile: 817.347.5269
http://www.romclaw.com

and

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
300 N. Meridian Street, Suite 1260
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

and

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael T. Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.580.2530
Facsimile: 888.467.5979
http://www.romclaw.com

COUNSEL FOR DEBTORS
IN POSSESSION

---

**In re Abuelo's International, L.P., et al., Debtors in Possession**
**Order Granting Second Motion to Assume Unexpired Leases of Nonresidential Real Property– Page 3**