

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 29, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **ABUELO'S INTERNATIONAL, L.P., *et al.,*[1]** | § | **Case No. 25-43339-elm11** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**ORDER GRANTING SECOND MOTION TO EXTEND THE
EXCLUSIVE PERIOD DURING WHICH DEBTOR MAY SOLICIT
ACCEPTANCES OF A CHAPTER 11 PLAN
[Refers to Docket No. 242]**

CAME ON for consideration the *Second Motion to Extend the Exclusive Period During Which Debtors May Solicit Acceptances of a Chapter 11 Plan* [Docket No. 242] (the "Motion") filed by Abuelo's International, L.P., *et al.,* the Debtors in Possession in the above referenced bankruptcy proceeding (hereinafter "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, LP (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

The Court finds jurisdiction over the parties and the subject matter, that notice of the Motion has been adequate under the circumstances and that the relief sought in the Motion, for good cause shown, is in order and should be approved.  It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED** as set forth herein; it is further

**ORDERED, ADJUDGED AND DECREED** that the Solicitation Period is extended from April 30, 2026 through and including June 29, 2026; it is further

**ORDERED, ADJUDGED AND DECREED** that any party, other than the Debtors, is prohibited from filing a competing plan or soliciting acceptances of any such competing plan during the extended Solicitation Period; it is further

**ORDERED, ADJUDGED AND DECREED** that the extension of the Solicitation Period is without prejudice to the right of (a) the Debtors to seek further extensions of the Solicitation Period, or (b) any party in interest to seek to reduce the Solicitation Period for cause; it is further

**ORDERED, ADJUDGED AND DECREED** that the terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order; and it is further

**ORDERED, ADJUDGED AND DECREED** that this Court retains jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order.

### End of Order ###

Prepared by:

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH, LLP
Emily M. Campbell
State Bar No. 24143596
Email: ecampbell@romclaw.com
300 Throckmorton, Suite 520
Fort Worth, TX 76102
Telephone: 817.347.5261
Facsimile: 817.347.5269
http://www.romclaw.com

and

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
300 N. Meridian St. Suite 1260
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

and

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael T. Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.953.0182
Facsimile: 888.467.5979
http://www.romclaw.com

COUNSEL FOR DEBTORS IN POSSESSION