

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 26, 2026**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **ABUELO'S INTERNATIONAL, L.P.,** *et al.,* [1] | § | **Case No. 25-43339-elm11** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**ORDER PERTAINING TO NOTICE OF ASSUMPTION OF CERTAIN**
**EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES**
**[Refers to Docket No. 270]**

On this day came on for consideration the *Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases* (the "Assumption Notice") [Docket No. 270] filed by the Debtors in Possession in the above-styled and numbered chapter 11 cases (the "Debtors"). In the Assumption Notice, the Debtors gave notice of the intended assumption of the following described unexpired leases of nonresidential real property (hereinafter, the "Leases"), effective as

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, L.P. (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

of June 29, 2026:

| Assumption Counterparty | Description of Lease |
|---|---|
| Barney Adams<br>8008 Slide Road, Suite 7<br>Lubbock, Texas 79424 | Lease Agreement By and Between NCNB Texas National Bank and Chinese Kitchen Inc. d/b/a Abuelo's dated March 22, 1989, as amended |
| China Diner Limited Partnership<br>122 W. John Carpenter Fwy., Suite 490<br>Irving, Texas 75039 | Lease Agreement By and Between Winstar Land Partners I, LTD, a Texas Limited Partnership and Food Concepts, Inc., a Texas Corporation dated February 20, 1998, as amended |
| Coastal Grand CMBS, LLC<br>CBL Center, Suite 500<br>Chattanooga, TN 37421 | Ground Lease Between Mall of South Carolina Limited Partnership, a South Carolina Limited Partnership and Food Concepts International, LP a Texas Limited Partnership, dated November 4, 2004, as amended |
| CRC Lakeside Village Coinvest, LLC<br>1427 Clarkview Rd, Suite 500<br>Baltimore, MD 21209 | Lease Agreement By and Between Casto-Oakbridge Venture, Ltd. And Food Concepts International, L.P. dated May 29, 2007, as amended |
| Farpoint Shops, LLC<br>6220 Campbell Rd, Suite 104<br>Dallas, TX 75248 | Lease Agreement By and Between Double B Holdings, LLC and Food Concepts International, L.P. dated March 25, 2023, as amended |
| Hulen Mall, LLC<br>4800 S Hulen St Suite 250<br>Fort Worth, Texas 76132 | Hulen Mall Ground Lease By and Between Hulen Mall, LLC and Food Concepts International, LP dated April 22, 2011, as amended |
| Northpark Commons, LLC<br>4010 82nd Street Suite 100<br>Lubbock, TX 79423 | Ground Lease Agreement by and Between Northpark Commons, LLC and Food Concepts International, LP dated August 23, 2013, as amended |

| | |
|---|---|
| Pack Five Investments, LLC<br>PO Box 64054<br>Lubbock, TX 79464 | Commercial Lease By and Between Pack Five Investments, LLC and Food Concepts International LP dated April 14, 2014, as amended |
| Tascosa Plaza, LTD<br>200-D Westgate Parkway<br>Amarillo, TX 79121 | Standard Net Shopping Center Lease By and Between Tascosa Village Shopping Center and Chinese Kitchen, Inc. dated July 1, 1987, as amended |
| Woodhaven LP<br>PO BOX 1720<br>Abilene, TX 79604 | Lease Agreement By and Between Kenneth L. Musgrave and Food Concepts, Inc. dated April 13, 1993, as amended |

The Court is advised there was no opposition timely filed to the Assumption Notice. The Court finds jurisdiction over the parties and subject matter, that notice of the Assumption Notice was adequate under the circumstances, and the Assumption Notice is in order and should be granted. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Leases described herein are assumed effective as of June 29, 2026; and it is further

**ORDERED, ADJUDGED AND DECREED** that the cure amount for each Lease shall be zero; and it is further

**ORDERED, ADJUDGED AND DECREED** that all accrued but not yet billed charges due under the Leases will be paid in ordinary course. Similarly, any credits for previously billed charges related to year end billings will be applied by landlord in ordinary course; and it is further

**ORDERED, ADJUDGED AND DECREED** that this Order shall become effective immediately upon entry.

### END OF ORDER ###

Prepared by:

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH PLLC
Emily Campbell
State Bar No. 24143596
Email: ecampbell@romclaw.com
300 Throckmorton, Suite 520
Fort Worth, TX 76102
Telephone: 817.347.5261
Facsimile: 817.347.5269
 http://www.romclaw.com

and

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
ROCHELLE MCCULLOUGH PLLC
300 N. Meridian St., Ste. 1260
Indianapolis, Indiana 46204
Telephone: 317.608.1137
https://www.romclaw.com

and

J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
ROCHELLE MCCULLOUGH PLLC
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.953.0182
Facsimile: 888.467.5979
http://www.romclaw.com

COUNSEL FOR DEBTORS IN POSSESSION