J. Mark Chevallier
State Bar No. 04189170
Email: mchevallier@romclaw.com
Michael T. Pipkin
State Bar No. 24122988
Email: mpipkin@romclaw.com
ROCHELLE MCCULLOUGH PLLC
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.953.0182
Facsimile: 888.467.5979
http://www.romclaw.com

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH PLLC
300 Throckmorton Street, Suite 520
Fort Worth, TX 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com

Curt D. Hochbein
State Bar No. (IN) 29284-29
Email: chochbein@romclaw.com
ROCHELLE MCCULLOUGH PLLC
300 N. Meridian St., Suite 1260
Indianapolis, IN 46204
Telephone: (317) 348-5677
http://www.romclaw.com

COUNSEL FOR DEBTORS IN POSSESSSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **ABUELO'S INTERNATIONAL, LP,** *et al.,*[1] | § | **Case No. 25-43339-elm11** |
| | § | |
| **Debtors.** | § | **Joint Administration Requested** |
| | § | **Hearing Set: 08/17/26 @ 9:30 a.m.** |

**NOTICE OF FILING OF (i) JOINT AMENDED PLAN OF REORGANIZATION
FOR THE DEBTORS; (ii) DISCLOSURE STATEMENT FOR THE JOINT AMENDED
PLAN OF REORGANIZATION FOR THE DEBTORS; AND NOTICE OF HEARING TO
CONSIDER APPROVAL OF DISCLOSURE STATEMENT AND DEADLINE FOR
FILING OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT
[Refers to Docket Nos. 290 and 291]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, include: Abuelo's International, LP (1108), Food Concepts International, L.P. (5079) and Food Concepts International Holdings, Inc. (2576).

PLEASE TAKE NOTICE that on July 10, 2026, Abuelo's International, LP, *et al.*, Debtors and Debtors in Possession in the above-styled and numbered bankruptcy case, filed their (i) *Debtors' Amended Joint Plan of Reorganization* (the "Plan") [Docket No. 290], and (ii) *Disclosure Statement for the Amended Joint Plan of Reorganization Proposed for the Debtors* (the "Disclosure Statement") [Docket No. 291]. Copies of the Plan and Disclosure Statement may be obtained through the Court's electronic filing system PACER at https://ecf.txnb.uscourts.gov/ or by written request to Michelle Wilson at mwilson@romclaw.com.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Disclosure Statement has been set for **August 17, 2026 at 9:30 a.m. (Central Time) in the Bankruptcy Court of the Honorable Edward L. Morris, Room 204, United States Courthouse, 501 W. 10th Street, Fort Worth, Texas 76102**. The hearing will be a hybrid hearing. To participate remotely, the WebEx videoconference may be accessed by the following link:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Meeting ID: 473 581 124

WebEx Hearing Instructions may be obtained from Judge Morris' hearing/calendar site at:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-morris-hearing-dates-0

PLEASE TAKE FURTHER NOTICE that any objections to approval of the Disclosure Statement must be made in writing and filed with the Bankruptcy Court on or before **5:00 p.m. (Central Time) on August 10, 2026**.

PLEASE TAKE FURTHER NOTICE that no acceptances of the Plan are being solicited at this time and no acceptances of the Plan shall be solicited until such time as the Bankruptcy Court

**In re Abuelo's International, L.P.,** *et al.,* **Debtors and Debtors in Possession**
**Notice of Filing and Notice of Hearing – Page 2**

has entered an order approving the Disclosure Statement.  Until the Bankruptcy Court has entered an order approving the Disclosure Statement and the Disclosure Statement is formally transmitted to parties for purposes of soliciting acceptances of the Plan, no party may rely on anything contained in either the Plan or the Disclosure Statement.  Both the Plan and Disclosure Statement are subject to amendment, supplementation, and/or modification based on continuing negotiations between the Debtors and parties in interest. Furthermore, the Disclosure Statement may be amended, supplemented, and/or modified as a result of the hearing to consider approval of the Disclosure Statement, with notice only to those parties in attendance at such hearing.

Dated this the 13th day of July 2026.

Respectfully submitted,

ROCHELLE MCCULLOUGH PLLC
901 Main Street, Suite 3200
Dallas, TX 75202
Telephone: 214.580.2530
Facsimile: 888.467.5979
http://www.romclaw.com

By:   /s/ J. Mark Chevallier
         J. Mark Chevallier
         State Bar No. 04189170
         Email: mchevallier@romclaw.com
         Michael T. Pipkin
         State Bar No. 24122988
         Email: mpipkin@romclaw.com

and

Joseph F. Postnikoff
State Bar No. 16168320
Email: jpostnikoff@romclaw.com
ROCHELLE MCCULLOUGH PLLC
300 Throckmorton, Suite 520
Fort Worth, TX 76102
Telephone: 817.347.5260
Facsimile: 817.347.5269
http://www.romclaw.com

---

**In re Abuelo's International, L.P.,** *et al.,* **Debtors and Debtors in Possession**
**Notice of Filing and Notice of Hearing – Page 3**

and

Curt Hochbein
IN Bar No.2984-29
Email: chochbein@romclaw.com
ROCHELLE MCCULLOUGH PLLC
300 N. Meridian Street, Suite 1260
Indianapolis, IN 46204
Telephone: 317.608.1137
Facsimile: 888.467.5979
http://www.romclaw.com

COUNSEL FOR DEBTORS IN POSSESSION