UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF
TEXAS
FORT WORTH DIVISION

Case number  25-43339-ELM11

In re:  ABUELO'S INTERNATIONAL, L.P.

Taxpayer number:  XXXXXXX1088

WITHDRAWAL OF
CLAIM # 53
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
                          Bankruptcy & Collections Division MC-008
                          P.O. Box 12548
                          Austin, TX 78711-2548
                          Phone:  512-463-2173

1. DATE OF CLAIM:  05/01/2026

2. TOTAL AMOUNT OF CLAIM:  $ 3,565.04
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2025

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  07/31/2026                                  /S/ TOMMY TRAN
                                                         TOMMY TRAN
                                                         Accounts Examiner
                                                         Revenue Accounting Division
                                                         Texas Comptroller of Public Accounts
                                                         512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)